JOHN L. BURRIS, Esq., SBN 69888
BENJAMIN NISENBAUM, Esq., SBN 222173
JAMES COOK, Esq., SBN 300212
**BURRIS, NISENBAUM, CURRY & LACY, LLP**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
John.Burris@bncllaw.com
Ben.Nisenbaum@bncllaw.com
James.Cook@bncllaw.com

Attorneys for Plaintiffs,

*GRANTED — Judge Thomas S. Hixson*

# UNITED STATES DISTRICT COURT

## FOR THE NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENT ALLEN, et. al., | CASE NO.: 3:23-cv-01895-TSH |
| Plaintiffs, | **REQUEST FOR CONTINUATION OF DEADLINES** |
| v. | |
| CITY OF ANTIOCH, et. al., | |
| Defendants. | |

### REQUEST FOR CONTINUATION

1. Whereas on April 19, 2023 plaintiffs filed an initial complaint in this matter.

2. Whereas between April 19, 2023 and June 15, 2023, additional plaintiffs joined this matter.

3. Whereas on June 15, 2023 plaintiffs filed a first amended complaint.

4. Whereas on June 22, 2023 plaintiffs received the updated summons in this matter.

5. Whereas the current deadline for the parties to meet and confer is June 29, 2023

6. Whereas the current deadline for the parties to file a joint case management statement is July 13, 2023.

7. Whereas the plaintiffs have not yet served the named defendants.

8. Plaintiffs respectfully request a continuation of the deadlines set forth by the court in the Court's order dated April 20, 2023. Plaintiff's request a 60 day extension on the current deadlines for meeting and conferring, and initial disclosures, and for a continuation of the initial case management conference set for July 20, 2023.

Dated: June 23, 2023                    **BURRIS, NISENBAUM, CURRY & LACY, LLP**

/s/ *James Cook*
John L. Burris
Benjamin Nisenbaum
James Cook
Attorneys for Plaintiffs

## ORDER

Plaintiffs' request for a continuance is GRANTED. The case management conference is continued to September 21, 2023 at 10:00 a.m.  All related deadlines are adjusted accordingly.

IT IS SO ORDERED.

Dated: June 23, 2023

_____
Thomas S. Hixson
United States Magistrate Judge