UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Plaintiff(s),<br><br>v.<br><br><br>Defendant(s). | Case No.<br><br>**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline to magistrate judge jurisdiction in this matter. Sign this form below your selection.

☐ **CONSENT to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **<u>consent</u>** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☐ **DECLINE Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **<u>decline</u>** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE:  _____, 20____          NAME:  _____

                                                            _____
                                                                        *Signature*

                    COUNSEL FOR
                    (OR "PRO SE"):

1

**FEDERAL COURT PROOF OF SERVICE**
ALLEN, et al. v. CITY OF ANTIOCH, et al.

2
USDC/Northern District Case No. 3:23-cv-01895-TSH

3   STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

4           At the time of service, I was over 18 years of age and not a party to the action.  My
business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071.  I am employed in

5   the office of a member of the bar of this Court at whose direction the service was made.

6           On September 11, 2023, I served the following document(s):  **CONSENT OR
DECLINATION TO MAGISTRATE JUDGE JURISDICTION**

7

            I served the documents on the following persons at the following addresses (including fax

8   numbers and e-mail addresses, if applicable):

9   John L. Burris, Esq.                          **ATTORNEYS FOR PLAINTIFFS:**
    Benjamin Nisenbaum, Esq.                      TRENT ALLEN, individually; SHAGOOFA

10  James Cook, Esq.                               KHAN, individually; ADAM CARPENTER,
    LAW OFFICES OF BURRIS, NISENBAUM,              individually; JOSHUA BUTLER, individually;

11  CURRY, & LACY                                  DEJON RICHARDS, individually;
    Airport Corporate Centre                       DRESHAWN JACKSON, individually;

12  7677 Oakport Street, Suite 1120               KARDELL SMITH, individually; and DAVID
    Oakland, CA  94621                             MACKIN, individually

13  Tel: (510) 839-5200
    Fax: (510) 839-3882

14  Joh.Burris@bncllaw.com
    Ben.Nisenbaum@bncllaw.com

15  James.Cook@bncllaw.com

16
            The documents were served by the following means:

17
    ☒       (BY E-MAIL OR ELECTRONIC TRANSMISSION)  Based on a court order or an

18          agreement of the parties to accept service by e-mail or electronic transmission, I caused the
            documents to be sent to the persons at the e-mail addresses listed above.  I did not receive,

19          within a reasonable time after the transmission, any electronic message or other indication
            that the transmission was unsuccessful.

20
            I declare under penalty of perjury under the laws of the United States of America and the

21  State of California that the foregoing is true and correct.

22          Executed on September 11, 2023, at Los Angeles, California.

23

24                                          /s/ *Curfew F. Wilson*
                                            _____

25                                          Curfew F. Wilson

26

27

28