UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY ROBINSON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ANTIOCH, et al.,<br><br>Defendants. | Case No. 23-cv-03773-SI<br>*Also Filed in 23-cv-1895-VC*<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Vincent Chhabria for consideration of whether the case is related to 23-cv-1895-VC, *Allen, et al. v. City of Antioch.*

**IT IS SO ORDERED.**

Dated: October 27, 2023

_____
SUSAN ILLSTON
United States District Judge