1 │ DALE L. ALLEN, JR., State Bar No. 145279
    │ dallen@aghwlaw.com
2 │ MATTHEW T. MATEJCEK, State Bar No. 319147
    │ mmatejcek@aghwlaw.com
3 │ ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
    │ 180 Montgomery Street, Suite 1200
4 │ San Francisco, CA  94104
    │ Telephone:      (415) 697-2000
5 │ Facsimile:       (415) 813-2045

6 │ Attorneys for Defendant
    │ ERIC ROMBOUGH

7

8 │                  UNITED STATES DISTRICT COURT

9 │                 NORTHERN DISTRICT OF CALIFORNIA

10

11 │ TRENT ALLEN, individually;           │ Case No. 3:23-cv-01895-VC
     │ SHAGOOFA KHAN, individually;        │ (consolidated with case nos. 3:23-cv-03773-VC and
12 │ ADAM CARPENTER, individually;       │ 3:23-cv-06573-VC)
     │ JOSHUA BUTLER, individually; DEJON  │
13 │ RICHARDS, individually; DRESHAWN    │ **DEFENDANT ERIC ROMBOUGH ANSWER**
     │ JACKSON, individually; KARELL        │ **TO PLAINTIFFS' CONSOLIDATED**
14 │ SMITH, individually; DAVID MACKIN,  │ **COMPLAINT FOR DAMAGES; JURY TRIAL**
     │ individually; TERRY DWAYNE           │ **DEMANDED**
15 │ ROBINSON, JR., individually;        │
     │ MANDINGO CAIN, individually;        │ Hon. Judge Vince Chhabria
16 │ AMADEO GARCIA, JR., individually;   │
     │ ARON TYSON, individually; DAUNTE    │
17 │ GELLINGTON, individually; ROBERT    │
     │ YOUNG, individually; TERRY           │
18 │ THOMAS, individually; SHAQUILLE     │
     │ HILLARD, individually; KAYCEE        │
19 │ SUITTER, individually; MARCELL      │
     │ LEWIS, individually; GREGORIO        │
20 │ YARBOROUGH, individually; QUINCY    │
     │ MASON, individually; TAHJAY          │
21 │ MCCULLOUGH, individually,           │

22 │                  Plaintiffs,

23 │       v.

24 │ CITY OF ANTIOCH, a municipal
     │ corporation; TAMMANY BROOKS,
25 │ individually and in his official capacity as
     │ police chief for the CITY OF ANTIOCH;
26 │ TONY MOREFIELD, individually and in
     │ his official capacity as interim police chief
27 │ for the CITY OF ANTIOCH; STEVEN
     │ FORD, individually and in his official
28 │ capacity as police chief for the CITY OF

                                    1                    DEF ERIC ROMBOUGH'S ANSWER
                                                         3:23-CV-01895-VC

641958.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

1   ANTIOCH; MATTHEW NUTT,
individually and in his official capacity as
2   a police officer for the CITY OF
ANTIOCH; JOSH EVANS, individually
3   and in his official capacity as a police
sergeant for the CITY OF ANTIOCH;
4   ERIC ROMBOUGH, individually and in
his official capacity as a police officer for
5   the CITY OF ANTIOCH; MORTEZA
AMIRI, individually and in his official
6   capacity as a police officer for the CITY
OF ANTIOCH; SCOTT DUGGAR,
7   individually and in his official capacity as
a police officer for the CITY OF
8   ANTIOCH; JOHN RAMIREZ,
individually and in his official capacity as
9   a police officer for the CITY OF
ANTIOCH; TOM LENDERMAN,
10   individually and in his official capacity as
a police officer for the CITY OF
11   ANTIOCH; LOREN BLEDSOE,
individually and in his official capacity as
12   a police sergeant for the CITY OF
ANTIOCH; THOMAS SMITH,
13   individually and in his official capacity as
a police officer for the CITY OF
14   ANTIOCH; CALVIN PRIETO,
individually and in his official capacity as
15   a police officer for the CITY OF
ANTIOCH; ANDREA RODRIGUEZ,
16   individually and in her official capacity as
a police officer for the CITY OF
17   ANTIOCH; JONATHAN ADAMS,
individually and in his official capacity as
18   a police officer for the CITY OF
ANTIOCH; DEVEN WENGER,
19   individually and in his official capacity as
a police officer for the CITY OF
20   ANTIOCH; DANIEL HARRIS,
individually and in his official capacity as
21   a police officer for the CITY OF
ANTIOCH; DANIEL HARRIS,
22   individually and in his official capacity as
a police officer for the CITY OF
23   ANTIOCH; ROBERT GERBER,
individually and in his official capacity as
24   a police officer for the CITY OF
ANTIOCH; KYLE HILL, individually and
25   in his official capacity as a police officer
for the CITY OF ANTIOCH; Officer
26   MARCOTT, individually and in his
official capacity as a police officer for the
27   CITY OF ANTIOCH; ARRON HUGHES,
individually and in his official capacity as
28   a police officer for the CITY OF

2

641958.1

1   ANTIOCH; RYAN GEIS, individually and
2   in his official capacity as a police officer
    for the CITY OF ANTIOCH; ANTIOCH
3   POLICE DEPARTMENT OFFICER
    MOORE, individually and in his official
4   capacity as a police officer for the CITY
    OF ANTIOCH; and DOES 1-100,
5   inclusive,

6                                   Defendants.

7          Come now ERIC ROMBAUGH ("Defendant") in answer to First Amended complaint on

8   file by plaintiffs TRENT ALLEN, SHAGOOFA KHAN, ADAM CARPENTER, JOSHUA

9   BUTLER, DEJON RICHARDS, DRESHAWN JACKSON, KARELL SMITH, DAVID

10  MACKIN, TERRY DWAYNE ROBINSON, JR., MANDINGO CAIN, AMADEO GARCIA,

11  JR., ARON TYSON, DAUNTE GELLINGTON, ROBERT YOUNG, TERRY THOMAS,

12  SHAQUILLE HILLARD, KAYCEE SUITTER, MARCELL LEWIS, GREGORIO

13  YARBOROUGH, QUINCY MASON, and TAHJAY MCCULLOUGH, ("plaintiffs"), herein

14  admit and allege as follows:

15                              **INTRODUCTION**

16      1.  In answer to the allegations of paragraph 1 of the complaint, this defendant has no

17          information or belief to enable him to answer said allegations, and for that reason and

18          basing his denial on that ground, denies both generally and specifically, each and every,

19          all and singular, the allegations contained therein.

20      2.  In answer to the allegations of paragraph 2 of the complaint, this defendant has no

21          information or belief to enable him to answer said allegations, and for that reason and

22          basing his denial on that ground, denies both generally and specifically, each and every,

23          all and singular, the allegations contained therein.

24      3.  In answer to the allegations of paragraph 3 of the complaint, this defendant has no

25          information or belief to enable him to answer said allegations, and for that reason and

26          basing his denial on that ground, denies both generally and specifically, each and every,

27          all and singular, the allegations contained therein.

28

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

DEF ERIC ROMBOUGH'S ANSWER
3:23-CV-01895-VC

641958.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP**
180 Montgomery Street, Suite 1200
San Francisco, California 94104

4. In answer to the allegations of paragraph 4 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

5. In answer to the allegations of paragraph 5 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

## JURISDICTION AND VENUE

6. In answer to the allegations of paragraph 6 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

## PARTIES

7. In answer to the allegations of paragraph 7 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

8. In answer to the allegations of paragraph 8 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

9. In answer to the allegations of paragraph 9 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

10. In answer to the allegations of paragraph 10 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and

DEF ERIC ROMBOUGH'S ANSWER
3:23-CV-01895-VC

641958.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

11. In answer to the allegations of paragraph 11 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

12. In answer to the allegations of paragraph 12 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

13. In answer to the allegations of paragraph 13 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

14. In answer to the allegations of paragraph 14 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

15. In answer to the allegations of paragraph 15 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

16. In answer to the allegations of paragraph 16 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

17. In answer to the allegations of paragraph 17 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and

641958.1

basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

18. In answer to the allegations of paragraph 18 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

19. In answer to the allegations of paragraph 19 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

20. In answer to the allegations of paragraph 20 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

21. In answer to the allegations of paragraph 21 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

22. In answer to the allegations of paragraph 22 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

23. In answer to the allegations of paragraph 23 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

24. In answer to the allegations of paragraph 24 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

641958.1

1  basing his denial on that ground, denies both generally and specifically, each and every,

2  all and singular, the allegations contained therein.

3  25. In answer to the allegations of paragraph 25 of the complaint, this defendant has no

4  information or belief to enable him to answer said allegations, and for that reason and

5  basing his denial on that ground, denies both generally and specifically, each and every,

6  all and singular, the allegations contained therein.

7  26. In answer to the allegations of paragraph 26 of the complaint, this defendant has no

8  information or belief to enable him to answer said allegations, and for that reason and

9  basing his denial on that ground, denies both generally and specifically, each and every,

10  all and singular, the allegations contained therein.

11  27. In answer to the allegations of paragraph 27 of the complaint, this defendant has no

12  information or belief to enable him to answer said allegations, and for that reason and

13  basing his denial on that ground, denies both generally and specifically, each and every,

14  all and singular, the allegations contained therein.

15  28. In answer to the allegations of paragraph 28 of the complaint, this defendant has no

16  information or belief to enable him to answer said allegations, and for that reason and

17  basing his denial on that ground, denies both generally and specifically, each and every,

18  all and singular, the allegations contained therein.

19  29. In answer to the allegations of paragraph 29 of the complaint, this defendant has no

20  information or belief to enable him to answer said allegations, and for that reason and

21  basing his denial on that ground, denies both generally and specifically, each and every,

22  all and singular, the allegations contained therein.

23  30. In answer to the allegations of paragraph 30 of the complaint, this defendant has no

24  information or belief to enable him to answer said allegations, and for that reason and

25  basing his denial on that ground, denies both generally and specifically, each and every,

26  all and singular, the allegations contained therein.

27  31. In answer to the allegations of paragraph 31 of the complaint, this defendant has no

28  information or belief to enable him to answer said allegations, and for that reason and

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

DEF ERIC ROMBOUGH'S ANSWER
3:23-CV-01895-VC

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

32. In answer to the allegations of paragraph 32 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

33. In answer to the allegations of paragraph 33 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

34. In answer to the allegations of paragraph 34 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

35. In answer to the allegations of paragraph 35 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

36. In answer to the allegations of paragraph 36 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

37. In answer to the allegations of paragraph 37 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

38. In answer to the allegations of paragraph 38 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and

641958.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

1  basing his denial on that ground, denies both generally and specifically, each and every,

2  all and singular, the allegations contained therein.

3  39. In answer to the allegations of paragraph 39 of the complaint, this defendant has no

4  information or belief to enable him to answer said allegations, and for that reason and

5  basing his denial on that ground, denies both generally and specifically, each and every,

6  all and singular, the allegations contained therein.

7  40. In answer to the allegations of paragraph 40 of the complaint, this defendant has no

8  information or belief to enable him to answer said allegations, and for that reason and

9  basing his denial on that ground, denies both generally and specifically, each and every,

10  all and singular, the allegations contained therein.

11  41. In answer to the allegations of paragraph 41 of the complaint, this defendant has no

12  information or belief to enable him to answer said allegations, and for that reason and

13  basing his denial on that ground, denies both generally and specifically, each and every,

14  all and singular, the allegations contained therein.

15  42. In answer to the allegations of paragraph 42 of the complaint, this defendant has no

16  information or belief to enable him to answer said allegations, and for that reason and

17  basing his denial on that ground, denies both generally and specifically, each and every,

18  all and singular, the allegations contained therein.

19  43. In answer to the allegations of paragraph 43 of the complaint, this defendant has no

20  information or belief to enable him to answer said allegations, and for that reason and

21  basing his denial on that ground, denies both generally and specifically, each and every,

22  all and singular, the allegations contained therein.

23  44. In answer to the allegations of paragraph 44 of the complaint, this defendant has no

24  information or belief to enable him to answer said allegations, and for that reason and

25  basing his denial on that ground, denies both generally and specifically, each and every,

26  all and singular, the allegations contained therein.

27  45. In answer to the allegations of paragraph 45 of the complaint, this defendant has no

28  information or belief to enable him to answer said allegations, and for that reason and

DEF ERIC ROMBOUGH'S ANSWER
3:23-CV-01895-VC

641958.1

basing his denial on that ground, denies both generally and specifically, each and every,
all and singular, the allegations contained therein.

46. In answer to the allegations of paragraph 46 of the complaint, this defendant has no
information or belief to enable him to answer said allegations, and for that reason and
basing his denial on that ground, denies both generally and specifically, each and every,
all and singular, the allegations contained therein.

47. In answer to the allegations of paragraph 47 of the complaint, this defendant has no
information or belief to enable him to answer said allegations, and for that reason and
basing his denial on that ground, denies both generally and specifically, each and every,
all and singular, the allegations contained therein.

48. In answer to the allegations of paragraph 48 of the complaint, this defendant has no
information or belief to enable him to answer said allegations, and for that reason and
basing his denial on that ground, denies both generally and specifically, each and every,
all and singular, the allegations contained therein.

49. In answer to the allegations of paragraph 49 of the complaint, this defendant has no
information or belief to enable him to answer said allegations, and for that reason and
basing his denial on that ground, denies both generally and specifically, each and every,
all and singular, the allegations contained therein.

50. In answer to the allegations of paragraph 50 of the complaint, this defendant has no
information or belief to enable him to answer said allegations, and for that reason and
basing his denial on that ground, denies both generally and specifically, each and every,
all and singular, the allegations contained therein.

51. In answer to the allegations of paragraph 51 of the complaint, this defendant has no
information or belief to enable him to answer said allegations, and for that reason and
basing his denial on that ground, denies both generally and specifically, each and every,
all and singular, the allegations contained therein.

52. In answer to the allegations of paragraph 52 of the complaint, this defendant has no
information or belief to enable him to answer said allegations, and for that reason and

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

DEF ERIC ROMBOUGH'S ANSWER
3:23-CV-01895-VC

641958.1

1    basing his denial on that ground, denies both generally and specifically, each and every,

2    all and singular, the allegations contained therein.

3    53. In answer to the allegations of paragraph 53 of the complaint, this defendant has no

4    information or belief to enable him to answer said allegations, and for that reason and

5    basing his denial on that ground, denies both generally and specifically, each and every,

6    all and singular, the allegations contained therein.

7    54. In answer to the allegations of paragraph 54 of the complaint, this defendant has no

8    information or belief to enable him to answer said allegations, and for that reason and

9    basing his denial on that ground, denies both generally and specifically, each and every,

10    all and singular, the allegations contained therein.

11    **FACTUAL ALLEGATIONS**

12    55. In answer to the allegations of paragraph 55 of the complaint, this defendant has no

13    information or belief to enable him to answer said allegations, and for that reason and

14    basing his denial on that ground, denies both generally and specifically, each and every,

15    all and singular, the allegations contained therein.

16    56. In answer to the allegations of paragraph 56 of the complaint, this defendant has no

17    information or belief to enable him to answer said allegations, and for that reason and

18    basing his denial on that ground, denies both generally and specifically, each and every,

19    all and singular, the allegations contained therein.

20    57. In answer to the allegations of paragraph 57 of the complaint, this defendant has no

21    information or belief to enable him to answer said allegations, and for that reason and

22    basing his denial on that ground, denies both generally and specifically, each and every,

23    all and singular, the allegations contained therein.

24    58. In answer to the allegations of paragraph 58 of the complaint, this defendant has no

25    information or belief to enable him to answer said allegations, and for that reason and

26    basing his denial on that ground, denies both generally and specifically, each and every,

27    all and singular, the allegations contained therein.

28

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

DEF ERIC ROMBOUGH'S ANSWER
3:23-CV-01895-VC

641958.1

59. In answer to the allegations of paragraph 59 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

60. In answer to the allegations of paragraph 60 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

**TRENT ALLEN**

61. In answer to the allegations of paragraph 61 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

62. In answer to the allegations of paragraph 62 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

63. In answer to the allegations of paragraph 63 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

**SHAGOOFA KHAN**

64. In answer to the allegations of paragraph 64 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

65. In answer to the allegations of paragraph 65 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

DEF ERIC ROMBOUGH'S ANSWER
3:23-CV-01895-VC

641958.1

1   basing his denial on that ground, denies both generally and specifically, each and every,

2   all and singular, the allegations contained therein.

3   **ADAM CARPTENTER**

4   66. In answer to the allegations of paragraph 66 of the complaint, this defendant has no

5   information or belief to enable him to answer said allegations, and for that reason and

6   basing his denial on that ground, denies both generally and specifically, each and every,

7   all and singular, the allegations contained therein.

8   67. In answer to the allegations of paragraph 67 of the complaint, this defendant has no

9   information or belief to enable him to answer said allegations, and for that reason and

10   basing his denial on that ground, denies both generally and specifically, each and every,

11   all and singular, the allegations contained therein.

12   **JOSHUA BUTLER**

13   68. In answer to the allegations of paragraph 68 of the complaint, this defendant has no

14   information or belief to enable him to answer said allegations, and for that reason and

15   basing his denial on that ground, denies both generally and specifically, each and every,

16   all and singular, the allegations contained therein.

17   69. In answer to the allegations of paragraph 69 of the complaint, this defendant has no

18   information or belief to enable him to answer said allegations, and for that reason and

19   basing his denial on that ground, denies both generally and specifically, each and every,

20   all and singular, the allegations contained therein.

21   **DEJON RICHARDS**

22   70. In answer to the allegations of paragraph 70 of the complaint, this defendant has no

23   information or belief to enable him to answer said allegations, and for that reason and

24   basing his denial on that ground, denies both generally and specifically, each and every,

25   all and singular, the allegations contained therein.

26   71. In answer to the allegations of paragraph 71 of the complaint, this defendant has no

27   information or belief to enable him to answer said allegations, and for that reason and

28

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

DEF ERIC ROMBOUGH'S ANSWER
3:23-CV-01895-VC

641958.1

basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

**DRESHAWN JACKSON**

72. In answer to the allegations of paragraph 72 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

73. In answer to the allegations of paragraph 73 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

**KARDELL SMITH**

74. In answer to the allegations of paragraph 74 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

75. In answer to the allegations of paragraph 75 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

**DAVID MACKIN**

76. In answer to the allegations of paragraph 76 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

77. In answer to the allegations of paragraph 77 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

DEF ERIC ROMBOUGH'S ANSWER
3:23-CV-01895-VC

641958.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

1  basing his denial on that ground, denies both generally and specifically, each and every,

2  all and singular, the allegations contained therein.

3  **TERRY ROBINSON, JR.**

4  78. In answer to the allegations of paragraph 78 of the complaint, this defendant has no

5  information or belief to enable him to answer said allegations, and for that reason and

6  basing his denial on that ground, denies both generally and specifically, each and every,

7  all and singular, the allegations contained therein.

8  79. In answer to the allegations of paragraph 79 of the complaint, this defendant has no

9  information or belief to enable him to answer said allegations, and for that reason and

10  basing his denial on that ground, denies both generally and specifically, each and every,

11  all and singular, the allegations contained therein.

12  **MANDINGO CAIN**

13  80. In answer to the allegations of paragraph 80 of the complaint, this defendant has no

14  information or belief to enable him to answer said allegations, and for that reason and

15  basing his denial on that ground, denies both generally and specifically, each and every,

16  all and singular, the allegations contained therein.

17  81. In answer to the allegations of paragraph 81 of the complaint, this defendant has no

18  information or belief to enable him to answer said allegations, and for that reason and

19  basing his denial on that ground, denies both generally and specifically, each and every,

20  all and singular, the allegations contained therein.

21  **AMADEO GARCIA**

22  82. In answer to the allegations of paragraph 82 of the complaint, this defendant has no

23  information or belief to enable him to answer said allegations, and for that reason and

24  basing his denial on that ground, denies both generally and specifically, each and every,

25  all and singular, the allegations contained therein.

26  83. In answer to the allegations of paragraph 83 of the complaint, this defendant has no

27  information or belief to enable him to answer said allegations, and for that reason and

28

DEF ERIC ROMBOUGH'S ANSWER
3:23-CV-01895-VC

1   basing his denial on that ground, denies both generally and specifically, each and every,

2   all and singular, the allegations contained therein.

3   **ARON TYSON**

4   84. In answer to the allegations of paragraph 84 of the complaint, this defendant has no

5   information or belief to enable him to answer said allegations, and for that reason and

6   basing his denial on that ground, denies both generally and specifically, each and every,

7   all and singular, the allegations contained therein.

8   85. In answer to the allegations of paragraph 85 of the complaint, this defendant has no

9   information or belief to enable him to answer said allegations, and for that reason and

10  basing his denial on that ground, denies both generally and specifically, each and every,

11  all and singular, the allegations contained therein.

12  **DAUNTE GELLINGTON**

13  86. In answer to the allegations of paragraph 86 of the complaint, this defendant has no

14  information or belief to enable him to answer said allegations, and for that reason and

15  basing his denial on that ground, denies both generally and specifically, each and every,

16  all and singular, the allegations contained therein.

17  87. In answer to the allegations of paragraph 87 of the complaint, this defendant has no

18  information or belief to enable him to answer said allegations, and for that reason and

19  basing his denial on that ground, denies both generally and specifically, each and every,

20  all and singular, the allegations contained therein.

21  **ROBERT YOUNG**

22  88. In answer to the allegations of paragraph 88 of the complaint, this defendant has no

23  information or belief to enable him to answer said allegations, and for that reason and

24  basing his denial on that ground, denies both generally and specifically, each and every,

25  all and singular, the allegations contained therein.

26  89. In answer to the allegations of paragraph 89 of the complaint, this defendant has no

27  information or belief to enable him to answer said allegations, and for that reason and

28

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

DEF ERIC ROMBOUGH'S ANSWER
3:23-CV-01895-VC

641958.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

1  basing his denial on that ground, denies both generally and specifically, each and every,

2  all and singular, the allegations contained therein.

3  **TERRY THOMAS**

4  90. In answer to the allegations of paragraph 90 of the complaint, this defendant has no

5  information or belief to enable him to answer said allegations, and for that reason and

6  basing his denial on that ground, denies both generally and specifically, each and every,

7  all and singular, the allegations contained therein.

8  91. In answer to the allegations of paragraph 91 of the complaint, this defendant has no

9  information or belief to enable him to answer said allegations, and for that reason and

10  basing his denial on that ground, denies both generally and specifically, each and every,

11  all and singular, the allegations contained therein.

12  **SHAQUILLE HILLARD**

13  92. In answer to the allegations of paragraph 92 of the complaint, this defendant has no

14  information or belief to enable him to answer said allegations, and for that reason and

15  basing his denial on that ground, denies both generally and specifically, each and every,

16  all and singular, the allegations contained therein.

17  93. In answer to the allegations of paragraph 93 of the complaint, this defendant has no

18  information or belief to enable him to answer said allegations, and for that reason and

19  basing his denial on that ground, denies both generally and specifically, each and every,

20  all and singular, the allegations contained therein.

21  94. In answer to the allegations of paragraph 94 of the complaint, this defendant has no

22  information or belief to enable him to answer said allegations, and for that reason and

23  basing his denial on that ground, denies both generally and specifically, each and every,

24  all and singular, the allegations contained therein.

25  **DANYEL EARL LACY**

26  95. In answer to the allegations of paragraph 95 of the complaint, this defendant has no

27  information or belief to enable him to answer said allegations, and for that reason and

28

641958.1

1  basing his denial on that ground, denies both generally and specifically, each and every,

2  all and singular, the allegations contained therein.

3  96. In answer to the allegations of paragraph 96 of the complaint, this defendant has no

4  information or belief to enable him to answer said allegations, and for that reason and

5  basing his denial on that ground, denies both generally and specifically, each and every,

6  all and singular, the allegations contained therein.

7  **KAYCEE SUITTER**

8  97. In answer to the allegations of paragraph 97 of the complaint, this defendant has no

9  information or belief to enable him to answer said allegations, and for that reason and

10  basing his denial on that ground, denies both generally and specifically, each and every,

11  all and singular, the allegations contained therein.

12  98. In answer to the allegations of paragraph 98 of the complaint, this defendant has no

13  information or belief to enable him to answer said allegations, and for that reason and

14  basing his denial on that ground, denies both generally and specifically, each and every,

15  all and singular, the allegations contained therein.

16  **MARCELL LEWIS**

17  99. In answer to the allegations of paragraph 99 of the complaint, this defendant has no

18  information or belief to enable him to answer said allegations, and for that reason and

19  basing his denial on that ground, denies both generally and specifically, each and every,

20  all and singular, the allegations contained therein.

21  100. In answer to the allegations of paragraph 100 of the complaint, this defendant has no

22  information or belief to enable him to answer said allegations, and for that reason and

23  basing his denial on that ground, denies both generally and specifically, each and every, all

24  and singular, the allegations contained therein.

25  101. In answer to the allegations of paragraph 101 of the complaint, this defendant has no

26  information or belief to enable him to answer said allegations, and for that reason and

27  basing his denial on that ground, denies both generally and specifically, each and every, all

28  and singular, the allegations contained therein.

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

DEF ERIC ROMBOUGH'S ANSWER
3:23-CV-01895-VC

641958.1

1  **GREGORIO YARBOROUGH**

2  102. In answer to the allegations of paragraph 102 of the complaint, this defendant has no

3      information or belief to enable him to answer said allegations, and for that reason and

4      basing his denial on that ground, denies both generally and specifically, each and every,

5      all and singular, the allegations contained therein.

6  103. In answer to the allegations of paragraph 103 of the complaint, this defendant has no

7      information or belief to enable him to answer said allegations, and for that reason and

8      basing his denial on that ground, denies both generally and specifically, each and every,

9      all and singular, the allegations contained therein.

10 104. In answer to the allegations of paragraph 104 of the complaint, this defendant has no

11      information or belief to enable him to answer said allegations, and for that reason and

12      basing his denial on that ground, denies both generally and specifically, each and every,

13      all and singular, the allegations contained therein.

14 **QUINCY MASON**

15 105. In answer to the allegations of paragraph 105 of the complaint, this defendant has no

16      information or belief to enable him to answer said allegations, and for that reason and

17      basing his denial on that ground, denies both generally and specifically, each and every,

18      all and singular, the allegations contained therein.

19 106. In answer to the allegations of paragraph 106 of the complaint, this defendant has no

20      information or belief to enable him to answer said allegations, and for that reason and

21      basing his denial on that ground, denies both generally and specifically, each and every,

22      all and singular, the allegations contained therein.

23 107. In answer to the allegations of paragraph 107 of the complaint, this defendant has no

24      information or belief to enable him to answer said allegations, and for that reason and

25      basing his denial on that ground, denies both generally and specifically, each and every, all

26      and singular, the allegations contained therein.

27 108. In answer to the allegations of paragraph 108 of the complaint, this defendant has no

28      information or belief to enable him to answer said allegations, and for that reason and

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

1  basing his denial on that ground, denies both generally and specifically, each and every, all

2  and singular, the allegations contained therein.

3  **TAHJAY MCCULLOUGH**

4  109. In answer to the allegations of paragraph 109 of the complaint, this defendant has no

5  information or belief to enable him to answer said allegations, and for that reason and

6  basing his denial on that ground, denies both generally and specifically, each and every,

7  all and singular, the allegations contained therein.

8  110. In answer to the allegations of paragraph 110 of the complaint, this defendant has no

9  information or belief to enable him to answer said allegations, and for that reason and

10  basing his denial on that ground, denies both generally and specifically, each and every, all

11  and singular, the allegations contained therein.

12  111. In answer to the allegations of paragraph 111 of the complaint, this defendant has no

13  information or belief to enable him to answer said allegations, and for that reason and

14  basing his denial on that ground, denies both generally and specifically, each and every,

15  all and singular, the allegations contained therein.

16  112. In answer to the allegations of paragraph 112 of the complaint, this defendant has no

17  information or belief to enable him to answer said allegations, and for that reason and

18  basing his denial on that ground, denies both generally and specifically, each and every,

19  all and singular, the allegations contained therein.

20  **CAUSES OF ACTION FOR PLAINTIFF TRENT ALLEN**

21  **TRENT ALLEN'S FIRST CAUSE OF ACTION**

22  **(42 U.S.C. § 1983 –Unreasonable Seizure)**

23  **(Plaintiff TRENT ALLEN against Defendants ROMBOUGH, MANLY WILLIAMS,**

24  **and DOES 1 - 100)**

25  113. In answer to the allegations of paragraph 113 of the complaint, this defendant has no

26  information or belief to enable him to answer said allegations, and for that reason and

27  basing his denial on that ground, denies both generally and specifically, each and every,

28  all and singular, the allegations contained therein.

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

641958.1

114. In answer to the allegations of paragraph 114 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

115. In answer to the allegations of paragraph 115 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

## TRENT ALLEN'S SECOND CAUSE OF ACTION

### (42 U.S.C. § 1981 – Bias)

### (Plaintiff TRENT ALLEN Against Defendants ROMBOUGH, MANLY WILLIAMS, and DOES 1 - 100)

116. In answer to the allegations of paragraph 116 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

117. In answer to the allegations of paragraph 117 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

## TRENT ALLEN'S THIRD CAUSE OF ACTION

### (42 U.S.C. § 1981 - Malicious Prosecution)

### (Plaintiffs TRENT ALLEN against Defendants ROMBOUGH, MANLY WILLIAMS, and DOES 1 - 100)

118. In answer to the allegations of paragraph 118 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

641958.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

119. In answer to the allegations of paragraph 119 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

120. In answer to the allegations of paragraph 120 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

## **CAUSES OF ACTION FOR PLAINTIFF SHAGOOFA KHAN**

## **SHAGOOFA KHAN'S FIRST CAUSE OF ACTION**

### **(42 U.S.C. § 1983 –Unreasonable Seizure)**

### **(Plaintiff SHAGOOFA KHAN against Defendants EVANS, MANLY WILLIAMS, LENDERMAN, BLEDSOE, SMITH, and DOES 1 - 100)**

121. In answer to the allegations of paragraph 121 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

122. In answer to the allegations of paragraph 122 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

123. In answer to the allegations of paragraph 123 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

/ / /

/ / /

/ / /

641958.1

1

## SHAGOOFA KHAN'S SECOND CAUSE OF ACTION

## (42 U.S.C. § 1981 – Bias)

## (Plaintiff SHAGOOFA KHAN Against Defendants EVANS, MANLY WILLIAMS, LENDERMAN, BLEDSOE, SMITH, and DOES 1 - 100)

124. In answer to the allegations of paragraph 124 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

125. In answer to the allegations of paragraph 125 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

## SHAGOOFA KHAN'S THIRD CAUSE OF ACTION

## (42 U.S.C. § 1981 - Malicious Prosecution)

## (Plaintiffs SHAGOOFA KHAN against Defendants EVANS, MANLY WILLIAMS, LENDERMAN, BLEDSOE, SMITH, and DOES 1 - 100)

126. In answer to the allegations of paragraph 126 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

127. In answer to the allegations of paragraph 127 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

128. In answer to the allegations of paragraph 128 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

DEF ERIC ROMBOUGH'S ANSWER
3:23-CV-01895-VC

641958.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

129. In answer to the allegations of paragraph 129 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

**CAUSES OF ACTION FOR PLAINTIFF ADAM CARPENTER**

**ADAM CARPENTER'S FIRST CAUSE OF ACTION**

**(42 U.S.C. § 1983 –Unreasonable Seizure)**

**(Plaintiff ADAM CARPENTER against Defendants ROMBOUGH, DUGGAR, AMIRI, MANLY WILLIAMS, and DOES 1 - 100)**

130. In answer to the allegations of paragraph 130 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

131. In answer to the allegations of paragraph 131 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

132. In answer to the allegations of paragraph 132 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

**ADAM CARPENTER'S SECOND CAUSE OF ACTION**

**(42 U.S.C. § 1981 – Bias)**

**(Plaintiff ADAM CARPENTER Against Defendants ROMBOUGH, DUGGAR, AMIRI, MANLY WILLIAMS, and DOES 1 - 100)**

133. In answer to the allegations of paragraph 133 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and

DEF ERIC ROMBOUGH'S ANSWER
3:23-CV-01895-VC

641958.1

1    basing his denial on that ground, denies both generally and specifically, each and every,

2    all and singular, the allegations contained therein.

3    134. In answer to the allegations of paragraph 134 of the complaint, this defendant has no

4    information or belief to enable him to answer said allegations, and for that reason and

5    basing his denial on that ground, denies both generally and specifically, each and every,

6    all and singular, the allegations contained therein.

7    **ADAM CARPENTER'S THIRD CAUSE OF ACTION**

8    **(42 U.S.C. § 1981 - Malicious Prosecution)**

9    **(Plaintiffs ADAM CARPENTER against Defendants ROMBOUGH, DUGGAR, AMIRI,**

10   **MANLY WILLIAMS, and DOES 1 - 100)**

11   135. In answer to the allegations of paragraph 135 of the complaint, this defendant has no

12   information or belief to enable him to answer said allegations, and for that reason and

13   basing his denial on that ground, denies both generally and specifically, each and every,

14   all and singular, the allegations contained therein.

15   136. In answer to the allegations of paragraph 136 of the complaint, this defendant has no

16   information or belief to enable him to answer said allegations, and for that reason and

17   basing his denial on that ground, denies both generally and specifically, each and every,

18   all and singular, the allegations contained therein.

19   137. In answer to the allegations of paragraph 137 of the complaint, this defendant has no

20   information or belief to enable him to answer said allegations, and for that reason and

21   basing his denial on that ground, denies both generally and specifically, each and every,

22   all and singular, the allegations contained therein.

23   138. In answer to the allegations of paragraph 138 of the complaint, this defendant has no

24   information or belief to enable him to answer said allegations, and for that reason and

25   basing his denial on that ground, denies both generally and specifically, each and every,

26   all and singular, the allegations contained therein.

27   / / /

28   / / /

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

DEF ERIC ROMBOUGH'S ANSWER
3:23-CV-01895-VC

641958.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

## CAUSES OF ACTION FOR PLAINTIFF JOSHUA BUTLER

## JOSHUA BUTLER'S FIRST CAUSE OF ACTION

## (42 U.S.C. § 1983 –Unreasonable Seizure)

## (Plaintiff JOSHUA BUTLER against Defendants EVAN, and DOES 1 - 100)

139. In answer to the allegations of paragraph 139 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

140. In answer to the allegations of paragraph 140 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

141. In answer to the allegations of paragraph 141 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

## JOSHUA BUTLER'S SECOND CAUSE OF ACTION

## (42 U.S.C. § 1981 – Bias)

## (Plaintiff JOSHUA BUTLER Against Defendants EVANS, and DOES 1 - 100)

142. In answer to the allegations of paragraph 142 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

143. In answer to the allegations of paragraph 143 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

641958.1

**JOSHUA BUTLER'S THIRD CAUSE OF ACTION**

**(42 U.S.C. § 1981 - Malicious Prosecution)**

**(Plaintiffs JOSHUA BUTLER against Defendants EVANS, and DOES 1 - 100)**

144. In answer to the allegations of paragraph 144 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

145. In answer to the allegations of paragraph 145 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

146. In answer to the allegations of paragraph 146 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

147. In answer to the allegations of paragraph 147 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

**CAUSES OF ACTION FOR PLAINTIFF DEJON RICHARDS**

**DEJON RICHARDS' FIRST CAUSE OF ACTION (42 U.S.C. § 1983 –Unreasonable Seizure)**

**(Plaintiff DEJON RICHARDS against Defendants DUGGAR, and DOES 1 - 100)**

148. In answer to the allegations of paragraph 148 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

DEF ERIC ROMBOUGH'S ANSWER
3:23-CV-01895-VC

641958.1

149. In answer to the allegations of paragraph 149 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

150. In answer to the allegations of paragraph 150 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

## **DEJON RICHARDS' SECOND CAUSE OF ACTION**

### **(42 U.S.C. § 1981 – Bias)**

**(Plaintiff DEJON RICHARDS Against Defendants DUGGAR, and DOES 1 - 100)**

151. In answer to the allegations of paragraph 151 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

152. In answer to the allegations of paragraph 152 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

## **DEJON RICHARDS' THIRD CAUSE OF ACTION**

### **(42 U.S.C. § 1981 - Malicious Prosecution)**

**(Plaintiffs DEJON RICHARDS against Defendants DUGGAR, and DOES 1 - 100)**

153. In answer to the allegations of paragraph 153 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

154. In answer to the allegations of paragraph 154 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and

DEF ERIC ROMBOUGH'S ANSWER
3:23-CV-01895-VC

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

641958.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

1    basing his denial on that ground, denies both generally and specifically, each and every,

2    all and singular, the allegations contained therein.

3    155. In answer to the allegations of paragraph 155 of the complaint, this defendant has no

4    information or belief to enable him to answer said allegations, and for that reason and

5    basing his denial on that ground, denies both generally and specifically, each and every,

6    all and singular, the allegations contained therein.

7    156. In answer to the allegations of paragraph 156 of the complaint, this defendant has no

8    information or belief to enable him to answer said allegations, and for that reason and

9    basing his denial on that ground, denies both generally and specifically, each and every,

10   all and singular, the allegations contained therein.

11                **CAUSES OF ACTION FOR PLAINTIFF DRESHAWN JACKSON**

12                **DRESHAWN JACKSON'S FIRST CAUSE OF ACTION**

13                **(42 U.S.C. § 1983 –Unreasonable Seizure)**

14   **(Plaintiff DRESHAWN JACKSON against Defendants ROMBOUGH, and DOES 1 - 100)**

15   157. In answer to the allegations of paragraph 157 of the complaint, this defendant has no

16   information or belief to enable him to answer said allegations, and for that reason and

17   basing his denial on that ground, denies both generally and specifically, each and every,

18   all and singular, the allegations contained therein.

19   158. In answer to the allegations of paragraph 158 of the complaint, this defendant has no

20   information or belief to enable him to answer said allegations, and for that reason and

21   basing his denial on that ground, denies both generally and specifically, each and every,

22   all and singular, the allegations contained therein.

23   159. In answer to the allegations of paragraph 159 of the complaint, this defendant has no

24   information or belief to enable him to answer said allegations, and for that reason and

25   basing his denial on that ground, denies both generally and specifically, each and every,

26   all and singular, the allegations contained therein.

27   / / /

28   / / /

641958.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

**DRESHAWN JACKSON'S SECOND CAUSE OF ACTION**

**(42 U.S.C. § 1981 – Bias)**

**(Plaintiff DRESHAWN JACKSON Against Defendants ROMBOUGH, and DOES 1 - 100)**

160. In answer to the allegations of paragraph 160 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

161. In answer to the allegations of paragraph 161 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

**DRESHAWN JACKSON'S THIRD CAUSE OF ACTION**

**(42 U.S.C. § 1981 - Malicious Prosecution)**

**(Plaintiffs DRESHAWN JACKSON against Defendants ROMBOUGH, and DOES 1 - 100)**

162. In answer to the allegations of paragraph 162 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

163. In answer to the allegations of paragraph 163 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

164. In answer to the allegations of paragraph 164 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

165. In answer to the allegations of paragraph 165 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and

641958.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

1  basing his denial on that ground, denies both generally and specifically, each and every,

2  all and singular, the allegations contained therein.

3  ### **CAUSES OF ACTION FOR PLAINTIFF KARDELL SMITH**

4  ### **KARDELL SMITH 'S FIRST CAUSE OF ACTION**

5  ### **(42 U.S.C. § 1983 –Unreasonable Seizure)**

6  ### **(Plaintiff KARDELL SMITH against Defendants AMIRI, and DOES 1 - 100)**

7  166. In answer to the allegations of paragraph 166 of the complaint, this defendant has no

8  information or belief to enable him to answer said allegations, and for that reason and

9  basing his denial on that ground, denies both generally and specifically, each and every,

10  all and singular, the allegations contained therein.

11  167. In answer to the allegations of paragraph 167 of the complaint, this defendant has no

12  information or belief to enable him to answer said allegations, and for that reason and

13  basing his denial on that ground, denies both generally and specifically, each and every,

14  all and singular, the allegations contained therein.

15  168. In answer to the allegations of paragraph 168 of the complaint, this defendant has no

16  information or belief to enable him to answer said allegations, and for that reason and

17  basing his denial on that ground, denies both generally and specifically, each and every,

18  all and singular, the allegations contained therein.

19  ### **KARDELL SMITH 'S SECOND CAUSE OF ACTION**

20  ### **(42 U.S.C. § 1981 – Bias)**

21  ### **(Plaintiff KARDELL SMITH Against Defendants AMIRI, and DOES 1 - 100)**

22  169. In answer to the allegations of paragraph 169 of the complaint, this defendant has no

23  information or belief to enable him to answer said allegations, and for that reason and

24  basing his denial on that ground, denies both generally and specifically, each and every,

25  all and singular, the allegations contained therein.

26  170. In answer to the allegations of paragraph 170 of the complaint, this defendant has no

27  information or belief to enable him to answer said allegations, and for that reason and

28

DEF ERIC ROMBOUGH'S ANSWER
3:23-CV-01895-VC

641958.1

1  basing his denial on that ground, denies both generally and specifically, each and every,

2  all and singular, the allegations contained therein.

3  **KARDELL SMITH 'S THIRD CAUSE OF ACTION**

4  **(42 U.S.C. § 1981 - Malicious Prosecution)**

5  **(Plaintiffs KARDELL SMITH against Defendants AMIRI, and DOES 1 - 100)**

6  171. In answer to the allegations of paragraph 171 of the complaint, this defendant has no

7  information or belief to enable him to answer said allegations, and for that reason and

8  basing his denial on that ground, denies both generally and specifically, each and every,

9  all and singular, the allegations contained therein.

10  172. In answer to the allegations of paragraph 172 of the complaint, this defendant has no

11  information or belief to enable him to answer said allegations, and for that reason and

12  basing his denial on that ground, denies both generally and specifically, each and every,

13  all and singular, the allegations contained therein.

14  173. In answer to the allegations of paragraph 173 of the complaint, this defendant has no

15  information or belief to enable him to answer said allegations, and for that reason and

16  basing his denial on that ground, denies both generally and specifically, each and every,

17  all and singular, the allegations contained therein.

18  174. In answer to the allegations of paragraph 174 of the complaint, this defendant has no

19  information or belief to enable him to answer said allegations, and for that reason and

20  basing his denial on that ground, denies both generally and specifically, each and every,

21  all and singular, the allegations contained therein.

22  **CAUSES OF ACTION FOR PLAINTIFF DAVID MACKIN**

23  **DAVID MACKIN'S FIRST CAUSE OF ACTION**

24  **(42 U.S.C. § 1983 –Unreasonable Seizure)**

25  **(Plaintiff DAVID MACKIN against Defendants ROMBOUGH, and DOES 1 - 100)**

26  175. In answer to the allegations of paragraph 175 of the complaint, this defendant has no

27  information or belief to enable him to answer said allegations, and for that reason and

28

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

DEF ERIC ROMBOUGH'S ANSWER
3:23-CV-01895-VC

641958.1

1    basing his denial on that ground, denies both generally and specifically, each and every,

2    all and singular, the allegations contained therein.

3    176. In answer to the allegations of paragraph 176 of the complaint, this defendant has no

4    information or belief to enable him to answer said allegations, and for that reason and

5    basing his denial on that ground, denies both generally and specifically, each and every,

6    all and singular, the allegations contained therein.

7    177. In answer to the allegations of paragraph 177 of the complaint, this defendant has no

8    information or belief to enable him to answer said allegations, and for that reason and

9    basing his denial on that ground, denies both generally and specifically, each and every,

10   all and singular, the allegations contained therein.

11   **DAVID MACKIN'S SECOND CAUSE OF ACTION**

12   **(42 U.S.C. § 1981 – Bias)**

13   **(Plaintiff DAVID MACKIN Against Defendants ROMBOUGH, and DOES 1 - 100)**

14   178. In answer to the allegations of paragraph 178 of the complaint, this defendant has no

15   information or belief to enable him to answer said allegations, and for that reason and

16   basing his denial on that ground, denies both generally and specifically, each and every,

17   all and singular, the allegations contained therein.

18   179. In answer to the allegations of paragraph 179 of the complaint, this defendant has no

19   information or belief to enable him to answer said allegations, and for that reason and

20   basing his denial on that ground, denies both generally and specifically, each and every,

21   all and singular, the allegations contained therein.

22   **DAVID MACKIN'S THIRD CAUSE OF ACTION**

23   **(42 U.S.C. § 1981 - Malicious Prosecution)**

24   **(Plaintiffs DAVID MACKIN against Defendants ROMBOUGH, and DOES 1 - 100)**

25   180. In answer to the allegations of paragraph 180 of the complaint, this defendant has no

26   information or belief to enable him to answer said allegations, and for that reason and

27   basing his denial on that ground, denies both generally and specifically, each and every,

28   all and singular, the allegations contained therein.

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

DEF ERIC ROMBOUGH'S ANSWER
3:23-CV-01895-VC

641958.1

181. In answer to the allegations of paragraph 181 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

182. In answer to the allegations of paragraph 182 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

183. In answer to the allegations of paragraph 183 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

## CAUSES OF ACTION FOR PLAINTIFF TERRY ROBINSON, JR.

## TERRY ROBINSON, JR.'S FIRST CAUSE OF ACTION

## (42 U.S.C. § 1983 –Unreasonable Seizure)

## (Plaintiff TERRY ROBINSON, JR. against Defendants NUTT, and DOES 1 - 100)

184. In answer to the allegations of paragraph 184 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

185. In answer to the allegations of paragraph 185 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

186. In answer to the allegations of paragraph 186 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

DEF ERIC ROMBOUGH'S ANSWER
3:23-CV-01895-VC

641958.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

### TERRY ROBINSON, JR.'S SECOND CAUSE OF ACTION

### (42 U.S.C. § 1981 – Bias)

### (Plaintiff TERRY ROBINSON, JR. Against Defendants NUTT, and DOES 1 - 100)

187. In answer to the allegations of paragraph 187 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

188. In answer to the allegations of paragraph 188 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

### CAUSES OF ACTION FOR PLAINTIFF MANDINGO CAIN

### MANDINGO CAIN'S FIRST CAUSE OF ACTION

### (42 U.S.C. § 1983 –Unreasonable Seizure)

### (Plaintiff MANDINGO CAIN against Defendants DOES 1 - 100)

189. In answer to the allegations of paragraph 189 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

190. In answer to the allegations of paragraph 190 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

191. In answer to the allegations of paragraph 191 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

/ / /

DEF ERIC ROMBOUGH'S ANSWER
3:23-CV-01895-VC

641958.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

## MANDINGO CAIN'S SECOND CAUSE OF ACTION

## (42 U.S.C. § 1981 – Bias)

## (Plaintiff MANDINGO CAIN Against Defendants DOES 1 - 100)

192. In answer to the allegations of paragraph 192 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

193. In answer to the allegations of paragraph 193 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

## MANDINGO CAIN'S THIRD CAUSE OF ACTION

## (42 U.S.C. § 1981 - Malicious Prosecution)

## (Plaintiffs MANDINGO CAIN against Defendants and DOES 1 - 100)

194. In answer to the allegations of paragraph 194 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

195. In answer to the allegations of paragraph 195 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

196. In answer to the allegations of paragraph 196 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

197. In answer to the allegations of paragraph 197 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and

DEF ERIC ROMBOUGH'S ANSWER
3:23-CV-01895-VC

641958.1

1   basing his denial on that ground, denies both generally and specifically, each and every,

2   all and singular, the allegations contained therein.

3   **CAUSES OF ACTION FOR PLAINTIFF AMADEO GARCIA, JR.**

4   **AMADEO GARCIA, JR.'S FIRST CAUSE OF ACTION**

5   **(42 U.S.C. § 1983 –Unreasonable Seizure)**

6   **(Plaintiff AMADEO GARCIA, JR. against Defendants DOES 1 - 100)**

7   198. In answer to the allegations of paragraph 198 of the complaint, this defendant has no

8   information or belief to enable him to answer said allegations, and for that reason and

9   basing his denial on that ground, denies both generally and specifically, each and every,

10  all and singular, the allegations contained therein.

11  199. In answer to the allegations of paragraph 199 of the complaint, this defendant has no

12  information or belief to enable him to answer said allegations, and for that reason and

13  basing his denial on that ground, denies both generally and specifically, each and every,

14  all and singular, the allegations contained therein.

15  200. In answer to the allegations of paragraph 200 of the complaint, this defendant has no

16  information or belief to enable him to answer said allegations, and for that reason and

17  basing his denial on that ground, denies both generally and specifically, each and every,

18  all and singular, the allegations contained therein.

19  **AMADEO GARCIA, JR.'S SECOND CAUSE OF ACTION**

20  **(42 U.S.C. § 1981 – Bias)**

21  **(Plaintiff AMADEO GARCIA, JR. Against Defendants DOES 1 - 100)**

22  201. In answer to the allegations of paragraph 201 of the complaint, this defendant has no

23  information or belief to enable him to answer said allegations, and for that reason and

24  basing his denial on that ground, denies both generally and specifically, each and every,

25  all and singular, the allegations contained therein.

26  202. In answer to the allegations of paragraph 202 of the complaint, this defendant has no

27  information or belief to enable him to answer said allegations, and for that reason and

28

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

DEF ERIC ROMBOUGH'S ANSWER
3:23-CV-01895-VC

641958.1

1    basing his denial on that ground, denies both generally and specifically, each and every,

2    all and singular, the allegations contained therein.

3    ### AMADEO GARCIA, JR.'S THIRD CAUSE OF ACTION

4    ### (42 U.S.C. § 1981 - Malicious Prosecution)

5    ### (Plaintiffs AMADEO GARCIA, JR. against Defendants and DOES 1 - 100)

6    203. In answer to the allegations of paragraph 203 of the complaint, this defendant has no

7        information or belief to enable him to answer said allegations, and for that reason and

8        basing his denial on that ground, denies both generally and specifically, each and every,

9        all and singular, the allegations contained therein.

10   204. In answer to the allegations of paragraph 204 of the complaint, this defendant has no

11       information or belief to enable him to answer said allegations, and for that reason and

12       basing his denial on that ground, denies both generally and specifically, each and every,

13       all and singular, the allegations contained therein.

14   205. In answer to the allegations of paragraph 205 of the complaint, this defendant has no

15       information or belief to enable him to answer said allegations, and for that reason and

16       basing his denial on that ground, denies both generally and specifically, each and every,

17       all and singular, the allegations contained therein.

18   206. In answer to the allegations of paragraph 206 of the complaint, this defendant has no

19       information or belief to enable him to answer said allegations, and for that reason and

20       basing his denial on that ground, denies both generally and specifically, each and every,

21       all and singular, the allegations contained therein.

22   ### CAUSES OF ACTION FOR PLAINTIFF ARON TYSON

23   ### ARON TYSON'S FIRST CAUSE OF ACTION

24   ### (42 U.S.C. § 1983 –Unreasonable Seizure)

25   ### (Plaintiff ARON TYSON against Defendants DOES 1 - 100)

26   207. In answer to the allegations of paragraph 207 of the complaint, this defendant has no

27       information or belief to enable him to answer said allegations, and for that reason and

28

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

DEF ERIC ROMBOUGH'S ANSWER
3:23-CV-01895-VC

641958.1

1  basing his denial on that ground, denies both generally and specifically, each and every,

2  all and singular, the allegations contained therein.

3  208. In answer to the allegations of paragraph 208 of the complaint, this defendant has no

4  information or belief to enable him to answer said allegations, and for that reason and

5  basing his denial on that ground, denies both generally and specifically, each and every,

6  all and singular, the allegations contained therein.

7  209. In answer to the allegations of paragraph 209 of the complaint, this defendant has no

8  information or belief to enable him to answer said allegations, and for that reason and

9  basing his denial on that ground, denies both generally and specifically, each and every,

10  all and singular, the allegations contained therein.

11  **ARON TYSON'S SECOND CAUSE OF ACTION**

12  **(42 U.S.C. § 1981 – Bias)**

13  **(Plaintiff ARON TYSON Against Defendants and DOES 1 - 100)**

14  210. In answer to the allegations of paragraph 210 of the complaint, this defendant has no

15  information or belief to enable him to answer said allegations, and for that reason and

16  basing his denial on that ground, denies both generally and specifically, each and every,

17  all and singular, the allegations contained therein.

18  211. In answer to the allegations of paragraph 211 of the complaint, this defendant has no

19  information or belief to enable him to answer said allegations, and for that reason and

20  basing his denial on that ground, denies both generally and specifically, each and every,

21  all and singular, the allegations contained therein.

22  **ARON TYSON'S THIRD CAUSE OF ACTION**

23  **(42 U.S.C. § 1981 - Malicious Prosecution)**

24  **(Plaintiffs ARON TYSON against Defendants and DOES 1 - 100)**

25  212. In answer to the allegations of paragraph 212 of the complaint, this defendant has no

26  information or belief to enable him to answer said allegations, and for that reason and

27  basing his denial on that ground, denies both generally and specifically, each and every,

28  all and singular, the allegations contained therein.

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

DEF ERIC ROMBOUGH'S ANSWER
3:23-CV-01895-VC

641958.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

213. In answer to the allegations of paragraph 213 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

214. In answer to the allegations of paragraph 214 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

215. In answer to the allegations of paragraph 215 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

## CAUSES OF ACTION FOR PLAINTIFF DAUNTE GELLINGTON

## DAUNTE GELLINGTON'S FIRST CAUSE OF ACTION

## (42 U.S.C. § 1983 –Unreasonable Seizure)

## (Plaintiff DAUNTE GELLINGTON against Defendants DOES 1 - 100)

216. In answer to the allegations of paragraph 216 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

217. In answer to the allegations of paragraph 217 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

218. In answer to the allegations of paragraph 218 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

641958.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

## **DAUNTE GELLINGTON'S SECOND CAUSE OF ACTION**

## **(42 U.S.C. § 1981 – Bias)**

### **(Plaintiff DAUNTE GELLINGTON Against Defendants DOES 1 - 100)**

219. In answer to the allegations of paragraph 219 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

220. In answer to the allegations of paragraph 220 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

## **CAUSES OF ACTION FOR PLAINTIFF ROBERT YOUNG**

## **ROBERT YOUNG'S FIRST CAUSE OF ACTION**

## **(42 U.S.C. § 1983 –Unreasonable Seizure)**

### **(Plaintiff ROBERT YOUNG against Defendants ROMBOUGH, and DOES 1 - 100)**

221. In answer to the allegations of paragraph 221 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

222. In answer to the allegations of paragraph 222 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

223. In answer to the allegations of paragraph 223 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

///

641958.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

1

## ROBERT YOUNG'S SECOND CAUSE OF ACTION

## (42 U.S.C. § 1981 – Bias)

## (Plaintiff ROBERT YOUNG Against Defendants ROMBOUGH, and DOES 1 - 100)

224. In answer to the allegations of paragraph 224 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

225. In answer to the allegations of paragraph 225 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

## CAUSES OF ACTION FOR PLAINTIFF TERRY THOMAS

## TERRY THOMAS' FIRST CAUSE OF ACTION

## (42 U.S.C. § 1983 –Unreasonable Seizure)

## (Plaintiff TERRY THOMAS against Defendants ROMBOUGH, GERBER, HILL, and DOES 1 - 100)

226. In answer to the allegations of paragraph 226 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

227. In answer to the allegations of paragraph 227 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

228. In answer to the allegations of paragraph 228 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

641958.1

1

## TERRY THOMAS' SECOND CAUSE OF ACTION

2

## (42 U.S.C. § 1981 – Bias)

3

## (Plaintiff TERRY THOMAS Against Defendants ROMBOUGH, GERBER, HILL, and

4

## DOES 1 - 100)

5   229. In answer to the allegations of paragraph 229 of the complaint, this defendant has no

6        information or belief to enable him to answer said allegations, and for that reason and

7        basing his denial on that ground, denies both generally and specifically, each and every,

8        all and singular, the allegations contained therein.

9   230. In answer to the allegations of paragraph 230 of the complaint, this defendant has no

10       information or belief to enable him to answer said allegations, and for that reason and

11       basing his denial on that ground, denies both generally and specifically, each and every,

12       all and singular, the allegations contained therein.

13

## TERRY THOMAS' THIRD CAUSE OF ACTION

14

## (42 U.S.C. § 1981 - Malicious Prosecution)

15

## (Plaintiffs TERRY THOMAS against Defendants ROMBOUGH, GERBER, HILL, and

16

## DOES 1 - 100)

17   231. In answer to the allegations of paragraph 231 of the complaint, this defendant has no

18        information or belief to enable him to answer said allegations, and for that reason and

19        basing his denial on that ground, denies both generally and specifically, each and every,

20        all and singular, the allegations contained therein.

21   232. In answer to the allegations of paragraph 232 of the complaint, this defendant has no

22        information or belief to enable him to answer said allegations, and for that reason and

23        basing his denial on that ground, denies both generally and specifically, each and every,

24        all and singular, the allegations contained therein.

25   233. In answer to the allegations of paragraph 233 of the complaint, this defendant has no

26        information or belief to enable him to answer said allegations, and for that reason and

27        basing his denial on that ground, denies both generally and specifically, each and every,

28        all and singular, the allegations contained therein.

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

DEF ERIC ROMBOUGH'S ANSWER
3:23-CV-01895-VC

641958.1

234. In answer to the allegations of paragraph 234 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

## CAUSES OF ACTION FOR PLAINTIFF SHAQUILLE HILLARD

## SHAQUILLE HILLARD'S FIRST CAUSE OF ACTION

## (42 U.S.C. § 1983 –Unreasonable Seizure)

## (Plaintiff SHAQUILLE HILLARD against Defendants HUGHES, AMIRI, and DOES 1 - 100)

235. In answer to the allegations of paragraph 235 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

236. In answer to the allegations of paragraph 236 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

237. In answer to the allegations of paragraph 237 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

## SHAQUILLE HILLARD'S SECOND CAUSE OF ACTION

## (42 U.S.C. § 1981 – Bias)

## (Plaintiff SHAQUILLE HILLARD Against Defendants HUGHES, AMIRI, and DOES 1 - 100)

238. In answer to the allegations of paragraph 238 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and

DEF ERIC ROMBOUGH'S ANSWER
3:23-CV-01895-VC

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

641958.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

1   basing his denial on that ground, denies both generally and specifically, each and every,

2   all and singular, the allegations contained therein.

3   239. In answer to the allegations of paragraph 239 of the complaint, this defendant has no

4   information or belief to enable him to answer said allegations, and for that reason and

5   basing his denial on that ground, denies both generally and specifically, each and every,

6   all and singular, the allegations contained therein.

7   <u>**SHAQUILLE HILLARD'S THIRD CAUSE OF ACTION**</u>

8   <u>**(42 U.S.C. § 1981 - Malicious Prosecution)**</u>

9   <u>**(Plaintiffs SHAQUILLE HILLARD against Defendants HUGHES, AMIRI,**</u>

10   <u>**and DOES 1 - 100)**</u>

11   240. In answer to the allegations of paragraph 240 of the complaint, this defendant has no

12   information or belief to enable him to answer said allegations, and for that reason and

13   basing his denial on that ground, denies both generally and specifically, each and every,

14   all and singular, the allegations contained therein.

15   241. In answer to the allegations of paragraph 241 of the complaint, this defendant has no

16   information or belief to enable him to answer said allegations, and for that reason and

17   basing his denial on that ground, denies both generally and specifically, each and every,

18   all and singular, the allegations contained therein.

19   242. In answer to the allegations of paragraph 242 of the complaint, this defendant has no

20   information or belief to enable him to answer said allegations, and for that reason and

21   basing his denial on that ground, denies both generally and specifically, each and every,

22   all and singular, the allegations contained therein.

23   243. In answer to the allegations of paragraph 243 of the complaint, this defendant has no

24   information or belief to enable him to answer said allegations, and for that reason and

25   basing his denial on that ground, denies both generally and specifically, each and every,

26   all and singular, the allegations contained therein.

27   / / /

28   / / /

DEF ERIC ROMBOUGH'S ANSWER
3:23-CV-01895-VC

641958.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

1

## CAUSES OF ACTION FOR PLAINTIFF DANYEL EARL LACY

## DANYEL EARL LACY'S FIRST CAUSE OF ACTION

## (42 U.S.C. § 1983 –Unreasonable Seizure)

## (Plaintiff DANYEL EARL LACY against Defendants ROMBOUGH, MANLY WILLIAMS, HUGHES, and DOES 1 - 100)

244. In answer to the allegations of paragraph 244 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

245. In answer to the allegations of paragraph 245 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

246. In answer to the allegations of paragraph 246 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

## DANYEL EARL LACY'S SECOND CAUSE OF ACTION

## (42 U.S.C. § 1981 – Bias)

## (Plaintiff DANYEL EARL LACY Against Defendants ROMBOUGH, MANLY WILLIAMS, HUGHES, and DOES 1 - 100)

247. In answer to the allegations of paragraph 247 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

248. In answer to the allegations of paragraph 248 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and

1    basing his denial on that ground, denies both generally and specifically, each and every,

2    all and singular, the allegations contained therein.

3    **DANYEL EARL LACY'S THIRD CAUSE OF ACTION**

4    **(42 U.S.C. § 1981 - Malicious Prosecution)**

5    **(Plaintiffs DANYEL EARL LACY against Defendants ROMBOUGH, MANLY**

6    **WILLIAMS, HUGHES, and DOES 1 - 100)**

7    249. In answer to the allegations of paragraph 249 of the complaint, this defendant has no

8    information or belief to enable him to answer said allegations, and for that reason and

9    basing his denial on that ground, denies both generally and specifically, each and every,

10   all and singular, the allegations contained therein.

11   250. In answer to the allegations of paragraph 250 of the complaint, this defendant has no

12   information or belief to enable him to answer said allegations, and for that reason and

13   basing his denial on that ground, denies both generally and specifically, each and every,

14   all and singular, the allegations contained therein.

15   251. In answer to the allegations of paragraph 251 of the complaint, this defendant has no

16   information or belief to enable him to answer said allegations, and for that reason and

17   basing his denial on that ground, denies both generally and specifically, each and every,

18   all and singular, the allegations contained therein.

19   252. In answer to the allegations of paragraph 252 of the complaint, this defendant has no

20   information or belief to enable him to answer said allegations, and for that reason and

21   basing his denial on that ground, denies both generally and specifically, each and every,

22   all and singular, the allegations contained therein.

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

DEF ERIC ROMBOUGH'S ANSWER
3:23-CV-01895-VC

641958.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

## CAUSES OF ACTION FOR PLAINTIFF KAYCEE SUITTER

## KAYCEE SUITTER'S FIRST CAUSE OF ACTION

## (42 U.S.C. § 1983 –Unreasonable Seizure)

## (Plaintiff KAYCEE SUITTER against Defendants MARCOTT, SMITH, RODRIGUEZ, and DOES 1 - 100)

253. In answer to the allegations of paragraph 253 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

254. In answer to the allegations of paragraph 254 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

255. In answer to the allegations of paragraph 255 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

## KAYCEE SUITTER'S SECOND CAUSE OF ACTION

## (42 U.S.C. § 1981 – Bias)

## (Plaintiff KAYCEE SUITTER Against Defendants MARCOTT, SMITH, RODRIGUEZ, and DOES 1 - 100)

256. In answer to the allegations of paragraph 256 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

257. In answer to the allegations of paragraph 257 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and

DEF ERIC ROMBOUGH'S ANSWER
3:23-CV-01895-VC

641958.1

1    basing his denial on that ground, denies both generally and specifically, each and every,

2    all and singular, the allegations contained therein.

3    ## KAYCEE SUITTER'S THIRD CAUSE OF ACTION

4    ### (42 U.S.C. § 1981 - Malicious Prosecution)

5    **(Plaintiffs KAYCEE SUITTER against Defendants MARCOTT, SMITH, RODRIGUEZ,**

6    **and DOES 1 - 100)**

7    258. In answer to the allegations of paragraph 258 of the complaint, this defendant has no

8        information or belief to enable him to answer said allegations, and for that reason and

9        basing his denial on that ground, denies both generally and specifically, each and every,

10       all and singular, the allegations contained therein.

11   259. In answer to the allegations of paragraph 259 of the complaint, this defendant has no

12       information or belief to enable him to answer said allegations, and for that reason and

13       basing his denial on that ground, denies both generally and specifically, each and every,

14       all and singular, the allegations contained therein.

15   260. In answer to the allegations of paragraph 260 of the complaint, this defendant has no

16       information or belief to enable him to answer said allegations, and for that reason and

17       basing his denial on that ground, denies both generally and specifically, each and every,

18       all and singular, the allegations contained therein.

19   261. In answer to the allegations of paragraph 261 of the complaint, this defendant has no

20       information or belief to enable him to answer said allegations, and for that reason and

21       basing his denial on that ground, denies both generally and specifically, each and every,

22       all and singular, the allegations contained therein.

23   ## CAUSES OF ACTION FOR PLAINTIFF MARCELL LEWIS

24   ### MARCELL LEWIS' FIRST CAUSE OF ACTION

25   #### (42 U.S.C. § 1983 –Unreasonable Seizure)

26   **(Plaintiff MARCELL LEWIS against Defendants AMIRI, and DOES 1 - 100)**

27   262. In answer to the allegations of paragraph 262 of the complaint, this defendant has no

28       information or belief to enable him to answer said allegations, and for that reason and

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

DEF ERIC ROMBOUGH'S ANSWER
3:23-CV-01895-VC

641958.1

1  basing his denial on that ground, denies both generally and specifically, each and every,

2  all and singular, the allegations contained therein.

3  263. In answer to the allegations of paragraph 263 of the complaint, this defendant has no

4  information or belief to enable him to answer said allegations, and for that reason and

5  basing his denial on that ground, denies both generally and specifically, each and every,

6  all and singular, the allegations contained therein.

7  264. In answer to the allegations of paragraph 264 of the complaint, this defendant has no

8  information or belief to enable him to answer said allegations, and for that reason and

9  basing his denial on that ground, denies both generally and specifically, each and every,

10  all and singular, the allegations contained therein.

11  **MARCELL LEWIS' SECOND CAUSE OF ACTION**

12  **(42 U.S.C. § 1981 – Bias)**

13  **(Plaintiff MARCELL LEWIS Against Defendants AMIRI, and DOES 1 - 100)**

14  265. In answer to the allegations of paragraph 265 of the complaint, this defendant has no

15  information or belief to enable him to answer said allegations, and for that reason and

16  basing his denial on that ground, denies both generally and specifically, each and every,

17  all and singular, the allegations contained therein.

18  266. In answer to the allegations of paragraph 266 of the complaint, this defendant has no

19  information or belief to enable him to answer said allegations, and for that reason and

20  basing his denial on that ground, denies both generally and specifically, each and every,

21  all and singular, the allegations contained therein.

22  **MARCELL LEWIS' THIRD CAUSE OF ACTION**

23  **(42 U.S.C. § 1981 - Malicious Prosecution)**

24  **(Plaintiffs MARCELL LEWIS against Defendants AMIRI, and DOES 1 - 100)**

25  267. In answer to the allegations of paragraph 267 of the complaint, this defendant has no

26  information or belief to enable him to answer said allegations, and for that reason and

27  basing his denial on that ground, denies both generally and specifically, each and every,

28  all and singular, the allegations contained therein.

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

DEF ERIC ROMBOUGH'S ANSWER
3:23-CV-01895-VC

641958.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

268. In answer to the allegations of paragraph 268 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

269. In answer to the allegations of paragraph 269 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

270. In answer to the allegations of paragraph 270 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

## CAUSES OF ACTION FOR PLAINTIFF GREGORIO YARBOROUGH

## GREGORIO YARBOROUGH'S FIRST CAUSE OF ACTION

### (42 U.S.C. § 1983 –Unreasonable Seizure)

### (Plaintiff GREGORIO YARBOROUGH against Defendants GEIS, and DOES 1 - 100)

271. In answer to the allegations of paragraph 271 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

272. In answer to the allegations of paragraph 272 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

273. In answer to the allegations of paragraph 273 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

641958.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

## GREGORIO YARBOROUGH'S SECOND CAUSE OF ACTION

## (42 U.S.C. § 1981 – Bias)

## (Plaintiff GREGORIO YARBOROUGH Against Defendants GEIS, and DOES 1 - 100)

274. In answer to the allegations of paragraph 274 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

275. In answer to the allegations of paragraph 275 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

## GREGORIO YARBOROUGH'S THIRD CAUSE OF ACTION

## (42 U.S.C. § 1981 - Malicious Prosecution)

## (Plaintiffs GREGORIO YARBOROUGH against Defendants GEIS, and DOES 1 - 100)

276. In answer to the allegations of paragraph 276 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

277. In answer to the allegations of paragraph 277 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

278. In answer to the allegations of paragraph 278 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

279. In answer to the allegations of paragraph 279 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and

DEF ERIC ROMBOUGH'S ANSWER
3:23-CV-01895-VC

641958.1

1    basing his denial on that ground, denies both generally and specifically, each and every,

2    all and singular, the allegations contained therein.

3    ### CAUSES OF ACTION FOR PLAINTIFF QUINCY MASON

4    ### QUINCY MASON'S FIRST CAUSE OF ACTION

5    ### (42 U.S.C. § 1983 –Unreasonable Seizure)

6    ### (Plaintiff QUINCY MASON against Defendants DOES 1 - 100)

7    280. In answer to the allegations of paragraph 280 of the complaint, this defendant has no

8    information or belief to enable him to answer said allegations, and for that reason and

9    basing his denial on that ground, denies both generally and specifically, each and every,

10   all and singular, the allegations contained therein.

11   281. In answer to the allegations of paragraph 281 of the complaint, this defendant has no

12   information or belief to enable him to answer said allegations, and for that reason and

13   basing his denial on that ground, denies both generally and specifically, each and every,

14   all and singular, the allegations contained therein.

15   282. In answer to the allegations of paragraph 282 of the complaint, this defendant has no

16   information or belief to enable him to answer said allegations, and for that reason and

17   basing his denial on that ground, denies both generally and specifically, each and every,

18   all and singular, the allegations contained therein.

19   ### QUINCY MASON'S SECOND CAUSE OF ACTION

20   ### (42 U.S.C. § 1981 – Bias)

21   ### (Plaintiff QUINCY MASON Against Defendants DOES 1 - 100)

22   283. In answer to the allegations of paragraph 283 of the complaint, this defendant has no

23   information or belief to enable him to answer said allegations, and for that reason and

24   basing his denial on that ground, denies both generally and specifically, each and every,

25   all and singular, the allegations contained therein.

26   284. In answer to the allegations of paragraph 284 of the complaint, this defendant has no

27   information or belief to enable him to answer said allegations, and for that reason and

28

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

DEF ERIC ROMBOUGH'S ANSWER
3:23-CV-01895-VC

641958.1

1  basing his denial on that ground, denies both generally and specifically, each and every,

2  all and singular, the allegations contained therein.

3  ## CAUSES OF ACTION FOR PLAINTIFF TEHJAY MCCULLOUGH

4  ## TEHJAY MCCULLOUGH'S FIRST CAUSE OF ACTION

5  ## (42 U.S.C. § 1983 –Unreasonable Seizure)

6  ## (Plaintiff TEHJAY MCCULLOUGH against Defendants PRIETO, RODRIGUEZ,

7  ## MOORE, AMIRI, and DOES 1 - 100)

8  285. In answer to the allegations of paragraph 285 of the complaint, this defendant has no

9  information or belief to enable him to answer said allegations, and for that reason and

10  basing his denial on that ground, denies both generally and specifically, each and every,

11  all and singular, the allegations contained therein.

12  286. In answer to the allegations of paragraph 286 of the complaint, this defendant has no

13  information or belief to enable him to answer said allegations, and for that reason and

14  basing his denial on that ground, denies both generally and specifically, each and every,

15  all and singular, the allegations contained therein.

16  287. In answer to the allegations of paragraph 287 of the complaint, this defendant has no

17  information or belief to enable him to answer said allegations, and for that reason and

18  basing his denial on that ground, denies both generally and specifically, each and every,

19  all and singular, the allegations contained therein.

20  ## TEHJAY MCCULLOUGH'S SECOND CAUSE OF ACTION

21  ## (42 U.S.C. § 1981 – Bias)

22  ## (Plaintiff TEHJAY MCCULLOUGH Against Defendants PRIETO, RODRIGUEZ,

23  ## MOORE, AMIRI, and DOES 1 - 100)

24  288. In answer to the allegations of paragraph 288 of the complaint, this defendant has no

25  information or belief to enable him to answer said allegations, and for that reason and

26  basing his denial on that ground, denies both generally and specifically, each and every,

27  all and singular, the allegations contained therein.

28

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

DEF ERIC ROMBOUGH'S ANSWER
3:23-CV-01895-VC

641958.1

289. In answer to the allegations of paragraph 289 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

### TEHJAY MCCULLOUGH'S THIRD CAUSE OF ACTION

### (42 U.S.C. § 1981 - Malicious Prosecution)

### (Plaintiffs TEHJAY MCCULLOUGH against Defendants PRIETO, RODRIGUEZ, MOORE, AMIRI, and DOES 1 - 100)

290. In answer to the allegations of paragraph 290 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

291. In answer to the allegations of paragraph 291 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

292. In answer to the allegations of paragraph 292 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

293. In answer to the allegations of paragraph 293 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

/ / /

/ / /

/ / /

/ / /

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

641958.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

sidebar

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

### CAUSES OF ACTION FOR ALL PLAINTIFFS

### FIRST COMMON CAUSE OF ACTION

### Monell - 42 U.S.C. § 1983

### (All Plaintiffs Against Defendants CITY, BROOKS, MOREFIELD, FORD, and DOES 1-100)

294. In answer to the allegations of paragraph 294 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

295. In answer to the allegations of paragraph 295 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

296. In answer to the allegations of paragraph 296 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

297. In answer to the allegations of paragraph 297 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

298. In answer to the allegations of paragraph 298 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

299. In answer to the allegations of paragraph 299 of the complaint, this defendant has no information or belief to enable him to answer said allegations, and for that reason and

641958.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

1  basing his denial on that ground, denies both generally and specifically, each and every,
2  all and singular, the allegations contained therein.

3  300. In answer to the allegations of paragraph 300 of the complaint, this defendant has no
4  information or belief to enable him to answer said allegations, and for that reason and
5  basing his denial on that ground, denies both generally and specifically, each and every,
6  all and singular, the allegations contained therein.

7  301. In answer to the allegations of paragraph 301 of the complaint, this defendant has no
8  information or belief to enable him to answer said allegations, and for that reason and
9  basing his denial on that ground, denies both generally and specifically, each and every,
10  all and singular, the allegations contained therein.

11  302. In answer to the allegations of paragraph 302 of the complaint, this defendant has no
12  information or belief to enable him to answer said allegations, and for that reason and
13  basing his denial on that ground, denies both generally and specifically, each and every,
14  all and singular, the allegations contained therein.

15  303. In answer to the allegations of paragraph 303 of the complaint, this defendant has no
16  information or belief to enable him to answer said allegations, and for that reason and
17  basing his denial on that ground, denies both generally and specifically, each and every,
18  all and singular, the allegations contained therein.

19  304. In answer to the allegations of paragraph 304 of the complaint, this defendant has no
20  information or belief to enable him to answer said allegations, and for that reason and
21  basing his denial on that ground, denies both generally and specifically, each and every,
22  all and singular, the allegations contained therein.

23  305. In answer to the allegations of paragraph 305 of the complaint, this defendant has no
24  information or belief to enable him to answer said allegations, and for that reason and
25  basing his denial on that ground, denies both generally and specifically, each and every,
26  all and singular, the allegations contained therein.

27  306. In answer to the allegations of paragraph 306 of the complaint, this defendant has no
28  information or belief to enable him to answer said allegations, and for that reason and

DEF ERIC ROMBOUGH'S ANSWER
3:23-CV-01895-VC

641958.1

1    basing his denial on that ground, denies both generally and specifically, each and every,

2    all and singular, the allegations contained therein.

3    307. In answer to the allegations of paragraph 307 of the complaint, this defendant has no

4    information or belief to enable him to answer said allegations, and for that reason and

5    basing his denial on that ground, denies both generally and specifically, each and every,

6    all and singular, the allegations contained therein.

7    **<u>SECOND COMMON CAUSE OF ACTION</u>**

8    **<u>42 U.S.C. § 1985-86 – Conspiracy To Violate Civil Rights</u>**

9    **<u>(All Plaintiffs Against All Defendants, and DOES 1 - 100)</u>**

10   308. In answer to the allegations of paragraph 308 of the complaint, this defendant has no

11   information or belief to enable him to answer said allegations, and for that reason and

12   basing his denial on that ground, denies both generally and specifically, each and every,

13   all and singular, the allegations contained therein.

14   309. In answer to the allegations of paragraph 309 of the complaint, this defendant has no

15   information or belief to enable him to answer said allegations, and for that reason and

16   basing his denial on that ground, denies both generally and specifically, each and every,

17   all and singular, the allegations contained therein.

18   310. In answer to the allegations of paragraph 310 of the complaint, this defendant has no

19   information or belief to enable him to answer said allegations, and for that reason and

20   basing his denial on that ground, denies both generally and specifically, each and every,

21   all and singular, the allegations contained therein.

22   311. In answer to the allegations of paragraph 311 of the complaint, this defendant has no

23   information or belief to enable him to answer said allegations, and for that reason and

24   basing his denial on that ground, denies both generally and specifically, each and every,

25   all and singular, the allegations contained therein.

26   312. In answer to the allegations of paragraph 312 of the complaint, this defendant has no

27   information or belief to enable him to answer said allegations, and for that reason and

28

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

DEF ERIC ROMBOUGH'S ANSWER
3:23-CV-01895-VC

641958.1

basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

**AFFIRMATIVE DEFENSES**

FIRST AFFIRMATIVE DEFENSE

AS AND FOR A FIRST, SEPARATE AND DISTINCT DEFENSE, DEFENDANT ALLEGES:

Plaintiff's cause of action is barred by reason of the provisions of California Code of Civil Procedure sections 335.1, 340, and 343.

SECOND AFFIRMATIVE DEFENSE

AS AND FOR A SECOND, SEPARATE AND DISTINCT DEFENSE, DEFENDANT ALLEGES:

Plaintiff's cause of action is barred by the statute(s) of limitations as set forth in Government Code Sections 901, 945.4, 945.6, 945.8, and all other applicable statutes of limitations.

THIRD AFFIRMATIVE DEFENSE

AS AND FOR A THIRD, SEPARATE AND DISTINCT DEFENSE, DEFENDANT ALLEGES:

Plaintiffs were guilty of willful misconduct and wanton and reckless behavior in and about the matters and events set forth in said complaint; and that said willful misconduct and wanton and reckless behavior contributed to the injuries and damages alleged, if any there were.

FOURTH AFFIRMATIVE DEFENSE

AS AND FOR A FOURTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT ALLEGES:

That plaintiffs willfully, wrongfully, unlawfully, and without just cause or provocation made an assault and battery against and upon the person of defendant, Eric Rombough; defendant Eric Rombough, thereupon necessarily defended himself and such acts of force complained of were committed in the necessary protection of defendant's body and person.

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

1      Prior to the time when defendant is alleged to have committed the acts complained of,

2   plaintiffs willfully, wrongfully, and unlawfully made an assault upon defendant Eric Rombough

3   and would have beaten, bruised, and ill-treated him if defendant had not immediately defended

4   himself against said assault; and in so doing, defendant Eric Rombough necessarily and

5   unavoidably came in contact with plaintiffs and threatened plaintiffs, but no more than was

6   necessary for said defense.

7      Any damages or injuries suffered by plaintiffs were occasioned by their own wrongful

8   acts; and the acts of defendant, Eric Rombough mentioned above are the same acts of which

9   plaintiffs complain.

10                            <u>FIFTH AFFIRMATIVE DEFENSE</u>

11      AS AND FOR A FIFTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT

12   ALLEGES:

13      At the time and place mentioned in the complaint, plaintiffs willfully, wrongfully, and

14   unlawfully, and without just cause or provocation made an assault and battery against and upon

15   the person of defendant, Eric Rombough and other persons present. Plaintiffs would have beaten,

16   bruised, and seriously injured said person if defendant, Eric Rombough had not defended himself

17   and others against the acts of plaintiffs. If, in defending himself and others, defendant Eric

18   Rombough unavoidably touched and threatened plaintiffs, defendant, Eric Rombough used only

19   the force reasonably necessary to prevent plaintiffs from further injuring him and other persons

20   present.

21      Any damages or injuries suffered by plaintiffs were occasioned by their own wrongful

22   acts; and the acts of defendant, Eric Rombough mentioned above are the same acts of which

23   plaintiffs complain.

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

DEF ERIC ROMBOUGH'S ANSWER
3:23-CV-01895-VC

641958.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

1

SIXTH AFFIRMATIVE DEFENSE

2  AS AND FOR A SIXTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT

3 ALLEGES:

4  The plaintiffs willfully and wrongfully provoked the altercation in which they were

5 involved, and said provocation by plaintiffs was a cause of the injuries and damages allegedly

6 sustained.

7

SEVENTH AFFIRMATIVE DEFENSE

8  AS AND FOR A SEVENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT

9 ALLEGES:

10  Defendant, Eric Rombough alleged employee mentioned in plaintiff's complaint was, at

11 all times, duly qualified, appointed and acting police officer of City of Antioch and peace officer

12 of the State of California and in accordance with the Constitution of the United States and the

13 State of California and the laws of the United States and the laws of the State of California; and at

14 all times mentioned herein, said officer was engaged in the performance of his regularly assigned

15 duties within the scope of his duties as peace officer of the City of Antioch.

16

EIGHTH AFFIRMATIVE DEFENSE

17  AS AND FOR A EIGHTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT

18 ALLEGES:

19  This answering defendant acted in good faith and with a reasonable belief that the actions

20 were lawful and further did not directly or indirectly perform any acts whatsoever which would

21 constitute a breach of any duty owed to plaintiffs.

22

NINTH AFFIRMATIVE DEFENSE

23  AS AND FOR A NINTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT

24 ALLEGES:

25  The acts of this answering defendant was lawful and proper and in all respects was

26 reasonable and legal.

27 / / /

28 / / /

641958.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

1

## TENTH AFFIRMATIVE DEFENSE

2    AS AND FOR A TENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT

3  ALLEGES:

4    In this connection probable cause existed to believe that plaintiffs had committed a public

5  offense and, therefore, probable cause existed to detain and/or arrest plaintiffs.

6

## ELEVENTH AFFIRMATIVE DEFENSE

7    AS AND FOR A ELEVENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT

8  ALLEGES:

9    At all times relevant to this litigation, plaintiffs were subject to restraint as was reasonably

10  necessary for their detention and/or arrest.

11

## TWELFTH AFFIRMATIVE DEFENSE

12    AS AND FOR A TWELFTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT

13  ALLEGES:

14    At all times relevant to this litigation, reasonable cause existed to believe that plaintiffs

15  had committed a public offense and, therefore, reasonable force was used to effect plaintiff's

16  arrest, to prevent escape or to overcome resistance.

17

## THIRTEENTH AFFIRMATIVE DEFENSE

18    AS AND FOR A THIRTEENTH, SEPARATE AND DISTINCT DEFENSE,

19  DEFENDANT ALLEGES:

20    At all times relevant to this litigation, plaintiffs consented either expressly or impliedly, to

21  any such acts or conduct as may be shown on the part of this answering defendant.

22

## FOURTEENTH AFFIRMATIVE DEFENSE

23    AS AND FOR A FOURTEENTH, SEPARATE AND DISTINCT DEFENSE,

24  DEFENDANT ALLEGES:

25    Defendants are immune from 42 U.S.C. §1983 liability pursuant to the doctrine of

26  qualified immunity. See *White v. Pauly*, 137 S. Ct. 548 (2017), *Ashcroft v. al-Kidd*, 563 U.S. 731

27  (2011) and *Harlow v. Fitzgerald*, 457 U.S. 800 (1982).

28  / / /

DEF ERIC ROMBOUGH'S ANSWER
3:23-CV-01895-VC

641958.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## FIFTEENTH AFFIRMATIVE DEFENSE

AS AND FOR A FIFTEENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT ALLEGES:

Plaintiff's claims for punitive or exemplary damages violate defendants' right to procedural due process, substantive due process, and protection from "excessive" fines as guaranteed by the Fifth, Fourteenth, and Eighth Amendments to the United States Constitution, respectively, and the Constitution of the State of California.

## SIXTEENTH AFFIRMATIVE DEFENSE

AS AND FOR A SIXTEENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT ALLEGES:

That plaintiffs assumed the risk of any injuries and/or damages resulting from the matters set forth in said complaint, and that said assumption of risk by plaintiff were a cause of the injuries and/or damages alleged by plaintiffs, if any there were.

## SEVENTEENTH AFFIRMATIVE DEFENSE

AS AND FOR A SEVENTEENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT ALLEGES:

That plaintiffs were themselves negligent and careless in and about the matters and events set forth in the complaint, and that said negligence contributed to their alleged injuries and/or damages.  A verdict of the jury in favor of plaintiffs, if any, which may be rendered in this case must therefore be reduced by the percentage that plaintiffs' negligence contributed to the accident and injuries complained of, if any there were.

## EIGHTEENTH AFFIRMATIVE DEFENSE

AS AND FOR A EIGHTEENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT ALLEGES:

That the complaint does not state facts sufficient to constitute a cause of action against this answering defendant.

/ / /

/ / /

DEF ERIC ROMBOUGH'S ANSWER
3:23-CV-01895-VC

641958.1

1

### NINETEENTH AFFIRMATIVE DEFENSE

2       AS AND FOR A NINETEENTH, SEPARATE AND DISTINCT DEFENSE,

3  DEFENDANT ALLEGES:

4       Plaintiffs failed to mitigate their damages.

5

### TWENTIETH AFFIRMATIVE DEFENSE

6       AS AND FOR A TWENTIETH, SEPARATE AND DISTINCT DEFENSE,

7  DEFENDANT ALLEGES:

8       At all times mentioned in the complaint, defendant was a public employee of the City of

9  Antioch and if he performed any of the acts or omissions alleged as the basis of the complaint, the

10  acts or omissions were the result of the exercise of the discretion vested in him. Defendant is

11  therefore immune from liability.

12

### TWENTY-FIRST AFFIRMATIVE DEFENSE

13       AS AND FOR A TWENTY-FIRST, SEPARATE AND DISTINCT DEFENSE,

14  DEFENDANT ALLEGES:

15       At all times mentioned in the complaint, Defendant, Eric Rombough is not liable for any

16  of these acts or omissions alleged in the complaint because the complaint only alleges that

17  Defendant, Eric Rombough is liable based on the acts or omissions of others.

18

### TWENTY-SECOND AFFIRMATIVE DEFENSE

19       AS AND FOR A TWENTY-SECOND, SEPARATE AND DISTINCT DEFENSE,

20  DEFENDANT ALLEGES:

21       Defendant is informed and believes that the complaint and each cause of action thereof is

22  barred by the doctrines of laches, unclean hands, waiver and estoppel.

23

### TWENTY-THIRD AFFIRMATIVE DEFENSE

24       AS AND FOR A TWENTY-THIRD, SEPARATE AND DISTINCT DEFENSE,

25  DEFENDANT ALLEGES:

26       That this answering defendant presently has insufficient knowledge or information upon

27  which to form a belief as to whether he may have additional, as yet unstated, affirmative defenses.

28

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

DEF ERIC ROMBOUGH'S ANSWER
3:23-CV-01895-VC

641958.1

1    This answering defendant reserves the right to answer additional affirmative defenses in the event

2    discovery indicates it would be appropriate.

3                                    **<u>PRAYER FOR RELIEF</u>**

4              WHEREFORE, defendants prays that plaintiff takes nothing by way of the

5    complaint on file herein and that defendants have judgment for their costs, attorneys' fees and for

6    such other and further relief as the court deems proper.

7

8
                                                   Respectfully submitted,
9
     Dated:  February 23, 2024              ALLEN, GLAESSNER,
10                                          HAZELWOOD & WERTH, LLP

11
                                            By:   */s/ Dale Allen*_____
12                                                DALE L. ALLEN, JR.
                                                  MATTHEW T. MATEJCEK
13                                                Attorneys For Defendant
                                                  ERIC ROMBOUGH
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

DEF ERIC ROMBOUGH'S ANSWER
3:23-CV-01895-VC

641958.1