.92363

1  ERIC J. BENGTSON—BAR NO. 254167
   STEVEN B. DIPPELL—BAR NO. 121217
2  **DAVIS, BENGTSON & YOUNG, APLC**
   1960 The Alameda, Suite 210
3  San Jose, CA  95126
   Phone:    669.245.4200
4  Fax:      408.985.1814
   Email:    eric@dby-law.com
5  Email:    sdippell@dby-law.com

6  Attorneys for Defendant
   CALVIN PRIETO
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| TRENT ALLEN, individually; SHAGOOFA KHAN, individually; ADAM CARPENTER, individually; JOSHUA BUTLER, individually; DEJON RICHARDS, individually; DRESHAWN JACKSON, individually; KARDELL SMITH, individually; DAVID MACKIN, individually; TERRY DWAYNE ROBINSON, JR., individually; MANDINGO CAIN, individually; AMADEO GARCIA, JR., individually; ARON TYSON, individually; DAUNTE GELLINGTON, individually; ROBERT YOUNG, individually; TERRY THOMAS, individually; SHAQUILLE HILLARD, individually; DANYEL EARL LACY, individually; KAYCEE SUITTER, individually; MARCELL LEWIS, individually; GREGORIO YARBOROUGH, individually; QUINCY MASON, individually; TAHJAY MCCULLOUGH, individually; JAMARI ALLEN; individually; <br><br>      Plaintiffs, <br><br>   vs. <br><br> CITY OF ANTIOCH, a municipal corporation; ROB BERNAL, individually and in his official capacity as the City Manager for the CITY OF ANTIOCH; | Case No. 3:23-cv-01895-VC <br><br> *(Consolidated with 23-cv-03773-SI for Pre-Trial Purposes)* <br> **Hon. Vince Chhabria, District Court Judge** <br><br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING RESPONSES TO AMENDED COMPLAINTS** |

-1-
Stipulation and [Proposed] Order Regarding Responses to Amended Complaints    3:23-cv-01895-VC

.92363

-2-

CORNELIUS JOHNSON, individually and in his official capacity as the City Manager for the CITY OF ANTIOCH; FORREST EBBS, individually and in his official capacity as the City Manager for the CITY OF ANTIOCH; KWAME REED, individually and in his official capacity as the City Manager for the CITY OF ANTIOCH; TAMMANY BROOKS, individually and in his official capacity as police chief for the CITY OF ANTIOCH; TONY MOREFIELD, individually and in his official capacity as interim police chief for the CITY OF ANTIOCH; STEVEN FORD, individually and in his official capacity as police chief for the CITY OF ANTIOCH; MATTHEW NUTT, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; JOSH EVANS, individually and in his official capacity as a police sergeant for the CITY OF ANTIOCH; ERIC ROMBOUGH, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; MORTEZA AMIRI, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; SCOTT DUGGAR, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; JOHN RAMIREZ, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; TIMOTHY MANLY WILLIAMS, individually and in his official capacity as a police officer for the CITY OF ANTIOCH;TOM LENDERMAN, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; LOREN BLEDSOE, individually and in his official capacity as a police sergeant for the CITY OF ANTIOCH;THOMAS SMITH, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; CALVIN PRIETO, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; ANDREA RODRIGUEZ, individually and in her official capacity as a police officer for the CITY OF ANTIOCH; JOHNATHAN ADAMS, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; DEVEN WENGER, individually and in his official capacity as

.92363

|   | |
|---|---|
| 1 | a police officer for the CITY OF ANTIOCH; DANIEL HARRIS, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; ROBERT GERBER, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; KYLL HILL, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; Officer MARCOTTE, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; ARRON HUGHES, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; RYAN GEIS, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; ANTIOCH POLICE DEPARTMENT OFFICER MOORE, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; JIMMY WISECARVER, individually and in his official capacity as a police sergeant for the CITY OF ANTIOCH; RICK HOFFMAN, individually and in his official capacity as a police sergeant for the CITY OF ANTIOCH; and DOES 1-100, inclusive, |
|   | Defendants. |

Plaintiffs and Defendant Calvin Prieto ("Prieto"), by and through their undersigned counsel of record, stipulate and agree to the following:

1.  Prieto answered (Dkt. 84) Plaintiffs' Consolidated Complaint for Damages (Dkt. 69) on or about February 23, 2024. Following a motion to dismiss by another defendant, Plaintiffs have filed a First Amended Consolidated Complaint for Damages (Dkt. 112) on May 13, 2024. At least one more motion to dismiss is anticipated by a co-defendant.

2.  Since the anticipated motion(s) may result in additional amended consolidated complaints being filed, Plaintiffs agree that Prieto and other defendants who answered the earlier Consolidated Complaint for Damages need not respond to the pending or successor amended complaints until pleading issues are resolved with those who haven't answered.

3.  Plaintiffs also agree that Prieto and other defendants who so choose may

-4-

answer by way of a general denial, as was permitted in response to the Consolidated Complaint for Damages.

DATED: 5/23/24

**DAVIS, BENGTSON & YOUNG, APLC**

/s/ *Eric J. Bengtson*

By _____
Eric J. Bengtson
Steven B. Dippell
Attorneys for Defendant
CALVIN PRIETO

DATED: 5/23/24

**BURRIS, NISENBAUM, CURRY & LACY**

/s/ *Benjamin Nisenbaum*

By _____
Benjamin Nisenbaum
Attorneys for Plaintiffs

**IT IS SO ORDERED.**

Dated:                                  _____
Hon. Vince Chhabria
District Court Judge