1  JOHN ROBINSON, State Bar No. 297065
   jrobinson@cmtrlaw.com
2  EDWARD VIEIRA-DUCEY, State Bar No. 251405
   evieira-ducey@cmtrlaw.com
3  CASTILLO, MORIARTY, TRAN & ROBINSON
   75 Southgate Avenue
4  Daly City, CA  94015
   Telephone:     (415) 213-4098
5
   Attorneys for Defendant
6  ANDREA RODRIGUEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENT ALLEN, individually; SHAGOOFA KHAN, individually; ADAM CARPENTER, individually; JOSHUA BUTLER, individually; DEJON RICHARDS, individually; DRESHAWN JACKSON, individually; KARDELL SMITH, individually; DAVID MACKIN, individually; TERRY DWAYNE ROBINSON, JR., individually; MANDINGO CAIN, individually; AMADEO GARCIA, JR., individually; ARON TYSON, individually; DAUNTE GELLINGTON, individually; ROBERT YOUNG, individually; TERRY THOMAS, individually; SHAQUILLE HILLARD, individually; DANYEL EARL LACY, individually; KAYCEE SUITTER, individually; MARCELL LEWIS, individually; GREGORIO YARBOROUGH, individually; QUINCY MASON, individually; TAHJAY MCCULLOUGH, individually;<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ANTIOCH, a municipal corporation; TAMMANY BROOKS, individually and in his official capacity as police chief for the CITY OF ANTIOCH; TONY MOREFIELD, individually and in his official capacity as interim police chief for the CITY OF ANTIOCH; STEVEN FORD, individually and in his official capacity as police chief for the CITY OF | Case No.: 3:23-cv-01895-VC<br><br>Consolidated with Case Nos. 23-cv-03773-VC and 3:23-cv-06573-VC<br><br>**JOINT STIPULATION AND ORDER DISMISSING DEFENDANT ANDREA RODRIGUEZ FROM PORTIONS OF THE COMPLAINT**<br><br>Hon. Vince Chhabria |

CASTILLO, MORIARTY, TRAN & ROBINSON, LLP
75 Southgate Avenue
Daly City, California 94015

| | |
|---|---|
| 1 | ANTIOCH; MATTHEW NUTT, individually and in his official capacity as |
| 2 | a police officer for the CITY OF ANTIOCH; JOSH EVANS, individually |
| 3 | and in his official capacity as a police sergeant for the CITY OF ANTIOCH; |
| 4 | ERIC ROMBOUGH, individually and in his official capacity as a police officer for |
| 5 | the CITY OF ANTIOCH; MORTEZA AMIRI, individually and in his official |
| 6 | capacity as a police officer for the CITY OF ANTIOCH; SCOTT DUGGAR, |
| 7 | individually and in his official capacity as a police officer for the CITY OF |
| 8 | ANTIOCH; JOHN RAMIREZ, individually and in his official capacity as |
| 9 | a police officer for the CITY OF ANTIOCH; TIMOTHY MANLY |
| 10 | WILLIAMS, individually and in his official capacity as a police officer for the |
| 11 | CITY OF ANTIOCH; TOM LENDERMAN, individually and in his |
| 12 | official capacity as a police officer for the CITY OF ANTIOCH; LOREN |
| 13 | BLEDSOE, individually and in his official capacity as a police sergeant for the CITY |
| 14 | OF ANTIOCH; THOMAS SMITH, individually and in his official capacity as |
| 15 | a police officer for the CITY OF ANTIOCH; CALVIN PRIETO, |
| 16 | individually and in his official capacity as a police officer for the CITY OF |
| 17 | ANTIOCH; ANDREA RODRIGUEZ, individually and in her official capacity as |
| 18 | a police officer for the CITY OF ANTIOCH; JONATHAN ADAMS, |
| 19 | individually and in his official capacity as a police officer for the CITY OF |
| 20 | ANTIOCH; DEVEN WENGER, individually and in his official capacity as |
| 21 | a police officer for the CITY OF ANTIOCH; DANIEL HARRIS, |
| 22 | individually and in his official capacity as a police officer for the CITY OF |
| 23 | ANTIOCH; ROBERT GERBER, individually and in his official capacity as |
| 24 | a police officer for the CITY OF ANTIOCH; KYLE HILL, individually |
| 25 | and in his official capacity as a police officer for the CITY OF ANTIOCH; |
| 26 | Officer MARCOTT, individually and in his official capacity as a police officer for |
| 27 | the CITY OF ANTIOCH; ARRON HUGHES, individually and in his official |
| 28 | capacity as a police officer for the CITY |

| | |
|---|---|
| 1 | OF ANTIOCH; RYAN GEIS, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; ANTIOCH POLICE DEPARTMENT OFFICER MOORE, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; and DOES 1-100, inclusive, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | Defendants. |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs ADAM CARPENTER, KAYCEE SUITTER, and AMADEO GARCIA ("Plaintiffs"), and Defendant ANDREA RODRIGUEZ hereby stipulate as follows:

WHEREAS Plaintiffs filed their First Amended Complaint on May 14, 2024 (ECF 112);

WHEREAS Plaintiffs' counsel and Defendant Rodriguez's counsel have conferred in good faith to narrow their disputes;

WHEREAS Plaintiffs and Defendant Rodriguez stipulate and agree to dismissal of Defendant Rodriguez as follows:

1) The claims and causes of action against Defendant Andrea Rodriguez are dismissed without prejudice as to Plaintiff ADAM CARPENTER [see ECF 112 ¶¶ 9, 87, 88, 158, 159, 160, 161, 162, 163, 164, 165], in their entirety without prejudice; Plaintiffs and Defendants each bearing their own costs and attorney's fees pursuant to FRCP 41(a)(1)(A)(ii).

2) The claims and causes of action against Defendant Andrea Rodriguez are dismissed without prejudice as to Plaintiff KAYCEE SUITTER [see ECF 112 ¶¶ 24, 125, 126, 266, 267, 268, 269, 270, 271, 272, 273], in their entirety without prejudice; Plaintiffs and Defendants each bearing their own costs and attorney's fees pursuant to FRCP 41(a)(1)(A)(ii).

3) The claims and causes of action against Defendant Andrea Rodriguez are dismissed without prejudice as to Plaintiff AMADEO GARCIA [see ECF 112 ¶¶ 17, 24, 106, 107, 218, 219, 220, 221, 222, 223, 224, 225], in their entirety without prejudice; Plaintiffs and Defendants each bearing their own costs and attorney's fees pursuant to

FRCP 41(a)(1)(A)(ii).

Respectfully submitted,

Dated: May 30, 2024

CASTILLO, MORIARTY,
TRAN & ROBINSON, LLP


By: */s/ John B. Robinson*
   JOHN ROBINSON
   EDWARD VIEIRA-DUCEY
   Attorneys for Defendant
   ANDREA RODRIGUEZ

DATED: May 30, 2024

**BURRIS, NISENBAUM, CURRY, et al.**


By */s/ James Cook*
   John L Burris
   Benjamin Nisenbaum
   James Cook
   Attorneys for Plaintiffs

**IT IS SO ORDERED.**

Dated:
   Hon. Vince Chhabria
   District Court Judge