1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   TONY M. SAIN, SB# 251626
2     E-Mail: Tony.Sain@lewisbrisbois.com
   TORI L. N. BAKKEN, SB# 329069
3     E-Mail: Tori.Bakken@lewisbrisbois.com
   ABIGAIL J. R. McLAUGHLIN, SB# 313208
4     E-Mail: Abigail.McLaughlin@lewisbrisbois.com
   633 West 5th Street, Suite 4000
5  Los Angeles, California 90071
   Telephone: 213.250.1800
6  Facsimile: 213.250.7900

7  Attorneys for Defendants,
   CITY OF ANTIOCH, TAMMANY BROOKS,
8  TONY MOREFIELD, STEVEN FORD, SCOTT
   DUGGAR, TOM LENDERMAN, LOREN
9  BLEDSOE, THOMAS SMITH, ROBERT
   GERBER, KYLE HILL, RYAN GEIS, BROCK
10 MARCOTT, and AARON HUGHES

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TRENT ALLEN, individually; SHAGOOFA KHAN, individually; ADAM CARPENTER, individually; JOSHUA BUTLER, individually; DEJON RICHARDS, individually; DRESHAWN JACKSON, individually; KARDELL SMITH, individually; DAVID MACKIN, individually, TERRY DWAYNE ROBINSON, JR., individually; MANDINGO CAIN, individually; AMADEO GARCIA, JR., individually; ARON TYSON, individually; DAUNTE GELLINGTON, individually; ROBERT YOUNG, individually; TERRY THOMAS, individually; SHAQUILLE HILLARD, individually; DANYEL EARL LACY, individually; MARCELL LEWIS, individually; GREGORIO YARBOROUGH, individually; QUINCY MASON, individually; TAHJAY McCULLOUGH, individually; <br><br>         Plaintiffs, <br><br>    vs. <br><br> CITY OF ANTIOCH, a municipal corporation; TAMMANY BROOKS, individually and in his official capacity as police chief for the CITY OF ANTIOCH; TONY MOREFIELD, individually and in his | Case No. 3:23-cv-01895-VC [Consolidated with Case Nos. 23-cv-03773-SI and 3:23-cv-06573-VC] <br><br> [*Hon. Vince Chhabria, Dist. Judge*] <br><br> **[~~PROPOSED~~] ORDER, AS MODIFIED, CONTINUING JUNE 7, 2024 CASE MANAGEMENT CONFERENCE TO JUNE 21, 2024** <br><br> *Filed Concurrently with Stipulation and Joint Request for Continuance* <br><br><br><br> Complaint Filed (*Allen*):         04/19/2023 <br> Complaint Filed (*Robinson*): 08/11/2023 <br> Deemed Related:                     11/08/2023 <br> Further Case Management:     06/07/2024 <br> Trial Date:                                None Yet Set |

| | |
|---|---|
| 1 | official capacity as interim police chief for the CITY OF ANTIOCH; STEVEN FORD, |
| 2 | individually and in his official capacity as interim police chief for the CITY OF |
| 3 | ANTIOCH; MATTHEW NUTT, individually and in his official capacity as a police officer |
| 4 | for the CITY OF ANTIOCH; JOSH EVANS, individually and in his official capacity as a |
| 5 | police sergeant for the CITY OF ANTIOCH; ERIC ROMBOUGH, individually and in his |
| 6 | official capacity as a police officer for the CITY OF ANTIOCH; MORTEZA AMIRI, |
| 7 | individually and in his official capacity as a police officer for the CITY OF ANTIOCH; |
| 8 | SCOTT DUGGAR, individually and in his official capacity as a police officer for the |
| 9 | CITY OF ANTIOCH; JOHN RAMIREZ, individually and in his official capacity as a |
| 10 | police officer for the CITY OF ANTIOCH; TIMOTHY MANLY WILLIAMS, |
| 11 | individually and in his official capacity as a police officer for the CITY OF ANTIOCH; |
| 12 | TOM LENDERMAN, individually and in his official capacity as a police officer for the |
| 13 | CITY OF ANTIOCH; LOREN BLEDSOE, individually and in his official capacity as a |
| 14 | police sergeant for the CITY OF ANTIOCH; THOMAS SMITH, individually and in his |
| 15 | official capacity as a police officer for the CITY OF ANTIOCH; CALVIN PRIETO, |
| 16 | individually and in his official capacity as a police officer for the CITY OF ANTIOCH; |
| 17 | ANDREA RODRIGUEZ, individually and in her official capacity as a police officer for the |
| 18 | CITY OF ANTIOCH; JONATHAN ADAMS, individually and in his official capacity as a |
| 19 | police officer for the CITY OF ANTIOCH; DEVEN WENGER, individually and in his |
| 20 | official capacity as a police officer for the CITY OF ANTIOCH; DANIEL HARRIS, |
| 21 | individually and in his official capacity as a police officer for the CITY OF ANTIOCH; |
| 22 | ROBERT GERBER, individually and in his official capacity as a police officer for the |
| 23 | CITY OF ANTIOCH; KYLE HILL, individually and in his official capacity as a |
| 24 | police officer for the CITY OF ANTIOCH; Officer MARCOTT, individually and in his |
| 25 | official capacity as a police officer for the CITY OF ANTIOCH; ARRON HUGHES, |
| 26 | individually and in his official capacity as a police officer for the CITY OF ANTIOCH; |
| 27 | RYAN GEIS, individually and in his official capacity as a police officer for the CITY OF |
| 28 | ANTIOCH; ANTIOCH POLICE |

LEWIS BRISBOIS BISGAARD & SMITH LLP ATTORNEYS AT LAW

140856704.1                                   2              3:23-cv-01895-VC [Consolidated with Case Nos. 23-cv-03773-SI and 3:23-cv-06573-VC]
STIP. AND JT. REQ. FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE

1  DEPARTMENT OFFICER MOORE, individually and in is official capacity as a police officer for the CITY OF ANTIOCH; and DOES 1-100, inclusive,

4              Defendants.

6       PURSUANT TO THE STIPULATION OF THE PARTIES, and pursuant to the Court's inherent and statutory authority, including, but not limited to, the Court's authority under all applicable statutes and rules – including Fed. R. Civ. P. 16 and N.D. Cal. Civil L.R. 6-2 – after due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other evidence or argument as was presented to the Court; Good Cause appearing therefor, and in furtherance of the interests of justice,

       IT IS HEREBY ORDERED that:

       1.    The Court hereby Orders that the **further Case Management Conference** in this matter is continued from June 7, 2024 at 10:00 a.m. to **June 21, 2024 at 10:00 a.m**. All parties shall continue to appear remotely.

       2.    The Court further Orders that the deadline for Parties' Joint Further Case Management Conference Statement is continued from May 31, 2024 to June 14, 2024.

       **IT IS SO ORDERED.**

DATED: June 3, 2024              **UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**



_____
Hon. Vince Chhabria
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Vince Chhabria