.92363

1 | ERIC J. BENGTSON—BAR NO. 254167
STEVEN B. DIPPELL—BAR NO. 121217
2 | **DAVIS, BENGTSON & YOUNG, APLC**
1960 The Alameda, Suite 210
3 | San Jose, CA  95126
Phone:    669.245.4200
4 | Fax:       408.985.1814
Email:    eric@dby-law.com
5 | Email:    sdippell@dby-law.com

6 | Attorneys for Defendant
CALVIN PRIETO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENT ALLEN, individually; SHAGOOFA KHAN, individually; ADAM CARPENTER, individually; JOSHUA BUTLER, individually; DEJON RICHARDS, individually; DRESHAWN JACKSON, individually; KARDELL SMITH, individually; DAVID MACKIN, individually; TERRY DWAYNE ROBINSON, JR., individually; MANDINGO CAIN, individually; AMADEO GARCIA, JR., individually; ARON TYSON, individually; DAUNTE GELLINGTON, individually; ROBERT YOUNG, individually; TERRY THOMAS, individually; SHAQUILLE HILLARD, individually; DANYEL EARL LACY, individually; KAYCEE SUITTER, individually; MARCELL LEWIS, individually; GREGORIO YARBOROUGH, individually; QUINCY MASON, individually; TAHJAY MCCULLOUGH, individually; JAMARI ALLEN; individually; <br><br>        Plaintiffs, <br><br>    vs. <br><br> CITY OF ANTIOCH, a municipal corporation; ROB BERNAL, individually and in his official capacity as the City Manager for the CITY OF ANTIOCH; | **Case No. 3:23-cv-01895-VC** <br> *Consolidated with 23-cv-03773-SI (Robinson) and 24-cv-01774-VC (Pugh)* <br> *For All Pre-Trial Purposes* <br> **Hon. Vince Chhabria, District Court Judge** <br><br> **STIPULATION AND ORDER DISMISSING DEFENDANT CALVIN PRIETO FROM PORTIONS OF THE COMPLAINT** |

-2-

| | |
|---|---|
| 1 | CORNELIUS JOHNSON, individually and in his official capacity as the City Manager for the CITY OF ANTIOCH; FORREST EBBS, individually and in his official capacity as the City Manager for the CITY OF ANTIOCH; KWAME REED, individually and in his official capacity as the City Manager for the CITY OF ANTIOCH; TAMMANY BROOKS, individually and in his official capacity as police chief for the CITY OF ANTIOCH; TONY MOREFIELD, individually and in his official capacity as interim police chief for the CITY OF ANTIOCH; STEVEN FORD, individually and in his official capacity as police chief for the CITY OF ANTIOCH; MATTHEW NUTT, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; JOSH EVANS, individually and in his official capacity as a police sergeant for the CITY OF ANTIOCH; ERIC ROMBOUGH, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; MORTEZA AMIRI, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; SCOTT DUGGAR, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; JOHN RAMIREZ, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; TIMOTHY MANLY WILLIAMS, individually and in his official capacity as a police officer for the CITY OF ANTIOCH;TOM LENDERMAN, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; LOREN BLEDSOE, individually and in his official capacity as a police sergeant for the CITY OF ANTIOCH;THOMAS SMITH, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; CALVIN PRIETO, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; ANDREA RODRIGUEZ, individually and in her official capacity as a police officer for the CITY OF ANTIOCH; JOHNATHAN ADAMS, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; DEVEN WENGER, individually and in his official capacity as |

.92363

| | |
|---|---|
| 1 | a police officer for the CITY OF ANTIOCH; DANIEL HARRIS, individually |
| 2 | and in his official capacity as a police officer for the CITY OF ANTIOCH; |
| 3 | ROBERT GERBER, individually and in his official capacity as a police officer for |
| 4 | the CITY OF ANTIOCH; KYLL HILL, individually and in his official capacity as |
| 5 | a police officer for the CITY OF ANTIOCH; Officer MARCOTTE, |
| 6 | individually and in his official capacity as a police officer for the CITY OF |
| 7 | ANTIOCH; ARRON HUGHES, individually and in his official capacity as |
| 8 | a police officer for the CITY OF ANTIOCH; RYAN GEIS, individually and |
| 9 | in his official capacity as a police officer for the CITY OF ANTIOCH; ANTIOCH |
| 10 | POLICE DEPARTMENT OFFICER MOORE, individually and in his official |
| 11 | capacity as a police officer for the CITY OF ANTIOCH; JIMMY WISECARVER, |
| 12 | individually and in his official capacity as a police sergeant for the CITY OF |
| 13 | ANTIOCH; RICK HOFFMAN, individually and in his official capacity as a police |
| 14 | sergeant for the CITY OF ANTIOCH; and DOES 1-100, inclusive, |
| 15 | Defendants. |

16

17

18    Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff ADAM CARPENTER and

19 Defendant CALVIN PRIETO hereby stipulate as follows:

20    WHEREAS Plaintiff Carpenter filed a First Amended Consolidated Complaint on May

21 14, 2024 (ECF 112);

22    WHEREAS Plaintiff's counsel and Defendant Prieto's counsel have conferred in

23 good faith to narrow their disputes;

24    WHEREAS Plaintiff Carpenter and Defendant Prieto stipulate and agree to dismissal

25 of Defendant Prieto as follows:

26    1) The claims and causes of action against Defendant Calvin Prieto are dismissed

27    without prejudice as to Plaintiff ADAM CARPENTER [see ECF 112 ¶¶ 9, 87, 88,

28    158, 159, 160, 161, 162, 163, 164, 165], in their entirety without prejudice; Plaintiff

.92363

Carpenter and Defendant each bearing their own costs and attorney's fees pursuant to FRCP 41(a)(1)(A)(ii).

DATED: 7/31/24

**DAVIS, BENGTSON & YOUNG, APLC**

*/s/ Steven B. Dippell*

By _____
Eric J. Bengtson
Steven B. Dippell
Attorneys for Defendant
CALVIN PRIETO

DATED: 7/31/24

**BURRIS, NISENBAUM, CURRY, et al.**

*/s/ James Cook*

By _____
John L. Burris
Benjamin Nisenbaum
James Cook
Attorneys for Plaintiffs

**IT IS SO ORDERED.**

Dated:                                      _____
Hon. Vince Chhabria
District Court Judge

-4-
Stip and Order Dismissing Def Calvin Prieto from Portions of the Complaint