JOHN L. BURRIS, Esq., SBN 69888
BENJAMIN NISENBAUM, Esq., SBN 222173
JAMES COOK, Esq., SBN 300212
KATHERINE MACELHINEY, Esq., SBN 355532
**Burris, Nisenbaum, Curry & Lacy, LLP**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
John.Burris@bncllaw.com
Ben.Nisenbaum@bncllaw.com
James.Cook@bncllaw.com
Attorneys for Plaintiffs except Terryonn Pugh

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENT ALLEN, individually; TERRYONN PUGH, individually; SHAGOOFA KHAN, individually; ADAM CARPENTER, individually; JOSHUA BUTLER, individually; DEJON RICHARDS, individually; DRESHAWN JACKSON, individually; KARDELL SMITH, individually; DANIEL MACKIN, individually; TERRY DWAYNE ROBINSON, JR., individually; MANDINGO CAIN, individually; AMADEO GARCIA, JR., individually; ARON TYSON, individually; DAUNTE GELLINGTON, individually; ROBERT YOUNG, individually; TERRY THOMAS, individually; SHAQUILLE HILLARD, individually; DANYEL EARL LACY, individually; KAYCEE SUITTER, individually; MARCELL LEWIS, individually; GREGORIO YARBOROUGH, individually; QUINCY MASON, individually; TAHJAY MCCULLOUGH, individually; JAMARI ALLEN; individually;<br><br>Plaintiffs, | CASE NO.: 3:23-cv-01895-VC<br>Consolidated with case nos.<br>23-cv-03773-VC, 3:23-cv-06573-VC, and<br>4:24-cv-01774-KAW<br><br>**JOINT STIPULATION AND ORDER DISMISSING DEFENDANT ANDREA RODRIGUEZ FROM PORTIONS OF THE COMPLAINT**<br><br>Hon. Vince Chhabria |

- 1 -
STIP RE DISMISSAL OF
DEFENDANT RODRIGUEZ
*Allen et al. v. City of Antioch, et al.* 3:23-cv-01895-VC

| | |
|---|---|
| 1 | v. |
| 2 | CITY OF ANTIOCH, a municipal corporation; ROB BERNALL, individually and in his official capacity as the City Manager for the CITY OF ANTIOCH; CORNELIUS JOHNSON, individually and in his official capacity as the City Manager for the CITY OF ANTIOCH; FORREST EBBS, individually and in his official capacity as the City Manager for the CITY OF ANTIOCH; KWAME REED, individually and in his official capacity as the City Manager for the CITY OF ANTIOCH; TAMMANY BROOKS, individually and in his official capacity as police chief for the CITY OF ANTIOCH; TONY MOREFIELD, individually and in his official capacity as interim police chief for the CITY OF ANTIOCH; STEVEN FORD, individually and in his official capacity as police chief for the CITY OF ANTIOCH; MATTHEW NUTT, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; JOSH EVANS, individually and in his official capacity as a police sergeant for the CITY OF ANTIOCH; ERIC ROMBOUGH, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; MORTEZA AMIRI, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; SCOTT DUGGAR, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; JOHN RAMIREZ, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; TIMOTHY MANLY WILLIAMS, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; TOM LENDERMAN, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; LOREN BLEDSOE, individually and in his official capacity as a police sergeant for the CITY OF ANTIOCH; THOMAS SMITH, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; |

| | |
|---|---|
| 1 | CALVIN PRIETO, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; ANDREA RODRIGUEZ, individually and in her official capacity as a police officer for the CITY OF ANTIOCH; JONATHAN ADAMS, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; DEVEN WENGER, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; DANIEL HARRIS, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; ROBERT GERBER, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; KYLE HILL, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; Officer MARCOTTE, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; ARRON HUGHES, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; RYAN GEIS, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; ANTIOCH POLICE DEPARTMENT OFFICER MOORE, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; and DOES 1-100, inclusive, Defendants. |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs ADAM CARPENTER, KAYCEE SUITTER, and AMADEO GARCIA ("Plaintiffs"), and Defendant ANDREA RODRIGUEZ hereby stipulate as follows:

WHEREAS Plaintiffs filed their Third Amended Consolidated Complaint on September 18, 2024 (ECF 225);

WHEREAS Defendant Rodriguez was inadvertently included in certain portions of the Third Amended Consolidated Complaint after the parties agreed to dismiss her;

WHEREAS Plaintiffs' counsel and Defendant Rodriguez's counsel have conferred in good faith to narrow their disputes;

WHEREAS Plaintiffs and Defendant Rodriguez stipulate and agree to dismissal of Defendant Rodriguez as follows:

1) The claims and causes of action against Defendant Andrea Rodriguez are dismissed with prejudice as to Plaintiff KAYCEE SUITTER in their entirety with prejudice; Plaintiffs and Defendants each bearing their own costs and attorney's fees pursuant to FRCP 41(a)(1)(A)(ii).

Respectfully submitted,

DATED: September 24, 2024

**BURRIS, NISENBAUM, CURRY, et al.**

By /s/ Katherine MacElhiney
Katherine MacElhiney
John L Burris
Benjamin Nisenbaum
James Cook
Attorneys for Plaintiffs

By: /s/ John B. Robinson ,
JOHN ROBINSON
EDWARD VIEIRA-DUCEY
Attorneys for Defendant
ANDREA RODRIGUEZ

**IT IS SO ORDERED.**

Dated: _____

Hon. Vince Chhabria
District Court Judge