**LEWIS BRISBOIS BISGAARD & SMITH LLP**
TONY M. SAIN, SB# 251626
  E-Mail: Tony.Sain@lewisbrisbois.com
TORI L. N. BAKKEN, SB# 329069
  E-Mail: Tori.Bakken@lewisbrisbois.com
ABIGAIL J. R. McLAUGHLIN, SB# 313208
  E-Mail: Abigail.McLaughlin@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendants,
CITY OF ANTIOCH, FMR. CHIEF TAMMANY BROOKS, FMR. CHIEF TONY MOREFIELD, FMR. CHIEF STEVEN FORD, CPL. SCOTT DUGGAR, OFCR. TOM LENDERMAN, SGT. LOREN BLEDSOE, OFCR. THOMAS SMITH, OFCR. ROBERT GERBER, OFCR. KYLE HILL, OFCR. RYAN GEIS, OCFR. BROCK MARCOTT, SGT. RICK HOFFMAN, FMR. CITY MANAGER KWAME REED, AND JONATHAN ADAMS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TRENT ALLEN, individually; SHAGOOFA KHAN, individually; ADAM CARPENTER, individually; JOSHUA BUTLER, individually; DEJON RICHARDS, individually; DRESHAWN JACKSON, individually; KARDELL SMITH, individually; DAVID MACKIN, individually, TERRY DWAYNE ROBINSON, JR., individually; MANDINGO CAIN, individually; AMADEO GARCIA, JR., individually; ARON TYSON, individually; DAUNTE GELLINGTON, individually; ROBERT YOUNG, individually; TERRY THOMAS, individually; SHAQUILLE HILLARD, individually; DANYEL EARL LACY, individually; MARCELL LEWIS, individually; GREGORIO YARBOROUGH, individually; QUINCY MASON, individually; TAHJAY MCCULLOUGH, individually;<br><br>                    Plaintiffs,<br><br>          vs. | Case No. 3:23-cv-01895-VC [Consolidated with Case Nos. 23-cv-03773-VC and 3:23-cv-06573-VC and 24-cv-01774-VC]<br>[*Hon. Vince Chhabria, Dist. Judge*]<br><br>**PARTIES' JOINT CASE MANAGEMENT STATEMENT REGARDING PROPOSED DATES FOR CASE MANAGEMENT CONFERENCES AND PROPOSED PRE-TRIAL SCHEDULES FOR EACH GROUP OF PLAINTIFFS**<br><br>Date:      October 11, 2024<br>Time:     2:00 p.m.<br>Crtrm.:    Zoom<br><br>Amend. Consol. Complaint Filed: 05/13/2024<br>Complaint Filed (Pugh):           03/22/2024<br>Consol. Complaint Filed:         02/02/2024<br>Complaint Filed (*Allen*):          04/19/2023<br>Complaint Filed (*Robinson*):   08/11/2023<br>Deemed Related:                     11/08/2023 |

147139333.1

1

3:23-cv-01895-VC [Consolidated with Case Nos. 23-cv-03773-SI and 3:23-cv-06573-VC]

PARTIES' PROPOSED C.M.C. DATES AND PROPOSED PRE-TRIAL SCHEDULES FOR EACH PLTF. GRP.

| | |
|---|---|
| 1  CITY OF ANTIOCH, a municipal corporation; TAMMANY BROOKS, <br> 2  individually and in his official capacity as police chief for the CITY OF ANTIOCH; <br> 3  TONY MOREFIELD, individually and in his official capacity as interim police chief for the <br> 4  CITY OF ANTIOCH; STEVEN FORD, individually and in his official capacity as <br> 5  interim police chief for the CITY OF ANTIOCH; MATTHEW NUTT, individually <br> 6  and in his official capacity as a police officer for the CITY OF ANTIOCH; JOSH EVANS, <br> 7  individually and in his official capacity as a police sergeant for the CITY OF ANTIOCH; <br> 8  ERIC ROMBOUGH, individually and in his official capacity as a police officer for the <br> 9  CITY OF ANTIOCH; MORTEZA AMIRI, individually and in his official capacity as a <br> 10 police officer for the CITY OF ANTIOCH; SCOTT DUGGAR, individually and in his <br> 11 official capacity as a police officer for the CITY OF ANTIOCH; JOHN RAMIREZ, <br> 12 individually and in his official capacity as a police officer for the CITY OF ANTIOCH; <br> 13 TIMOTHY MANLY WILLIAMS, individually and in his official capacity as a <br> 14 police officer for the CITY OF ANTIOCH; TOM LENDERMAN, individually and in his <br> 15 official capacity as a police officer for the CITY OF ANTIOCH; LOREN BLEDSOE, <br> 16 individually and in his official capacity as a police sergeant for the CITY OF ANTIOCH; <br> 17 THOMAS SMITH, individually and in his official capacity as a police officer for the <br> 18 CITY OF ANTIOCH; CALVIN PRIETO, individually and in his official capacity as a <br> 19 police officer for the CITY OF ANTIOCH; ANDREA RODRIGUEZ, individually and in <br> 20 her official capacity as a police officer for the CITY OF ANTIOCH; JONATHAN ADAMS, <br> 21 individually and in his official capacity as a police officer for the CITY OF ANTIOCH; <br> 22 DEVEN WENGER, individually and in his official capacity as a police officer for the <br> 23 CITY OF ANTIOCH; DANIEL HARRIS, individually and in his official capacity as a <br> 24 police officer for the CITY OF ANTIOCH; ROBERT GERBER, individually and in his <br> 25 official capacity as a police officer for the CITY OF ANTIOCH; KYLE HILL, <br> 26 individually and in his official capacity as a police officer for the CITY OF ANTIOCH; <br> 27 Officer MARCOTT, individually and in his official capacity as a police officer for the <br> 28 CITY OF ANTIOCH; ARRON HUGHES, | CMC Date:        09/25/2024 <br> Trial Date:       None Yet Set |

LEWIS BRISBOIS BISGAARD & SMITH LLP ATTORNEYS AT LAW

147139333.1

2

3:23-cv-01895-VC [Consolidated with Case Nos. 23-cv-03773-SI and 3:23-cv-06573-VC]

PARTIES' PROPOSED C.M.C. DATES AND PROPOSED PRE-TRIAL SCHEDULES FOR EACH PLTF. GRP.

individually and in his official capacity as a police officer for the CITY OF ANTIOCH; RYAN GEIS, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; ANTIOCH POLICE DEPARTMENT OFFICER MOORE, individually and in is official capacity as a police officer for the CITY OF ANTIOCH; and DOES 1-100, inclusive,

Defendants.

**TO THE COURT, PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to the operative Orders of the honorable Court, Plaintiffs and Defendants hereby submit their Proposed Dates for Case Management Conference and Proposed Pre-Trial Schedules for Each Group of Plaintiffs as identified in the signature blocks below.

**1.     PARTIES' AVAILABILITY FOR MONTHLY CMC HEARINGS.**

On October 1, 2024, the Court informed the Parties that both Case Management Conferences ("CMC") and Discovery Status Conferences will occur on Monday afternoons, beginning at 2:00 p.m. with a CMC with Judge Chhabria and then a Discovery Status Conference with Judge Kim at 3:00 p.m. or immediately after the CMC, whichever is later, and take place approximately every 4 weeks. The Court requested that the Parties meet and confer regarding a schedule for these conferences through September 2025 and the Parties propose the following:

- November 18, 2024;
- December 9, 2024 (However, please note that lead City Defendants' counsel Tony M. Sain will be unavailable due to medical leave, as explained on the record at the September 25, 2024 CMC);
- January 6, 2025;
- February 3, 2025 (Plaintiffs' counsel has a jury trial in front of Judge Beeler (*Lopez v. Santa Rosa*) beginning on February 3, 2025, but does not believe it will go forward);
- February 24, 2025 (due to the City Attorney's conflict on March 3, 2025);
- April 7, 2025 (City Defendants' counsel would request that such CMC be via

147139333.1

3

3:23-cv-01895-VC [Consolidated with Case Nos. 23-cv-03773-SI and 3:23-cv-06573-VC]
PARTIES' PROPOSED C.M.C. DATES AND PROPOSED PRE-TRIAL SCHEDULES FOR EACH PLTF. GRP.

Zoom, as lead City Defendants' counsel Tony M. Sain has an in-person Final Pre-Trial Conference in Riverside, California that morning regarding the *Vasquez, et al. v. County of Riverside, et al.* matter (U.S.D.C., C.D. Cal. Case No. 5:23-cv-00988-JGB-DTB);

- May 5, 2025 ((City Defendants' counsel would request that such CMC be via Zoom, as lead City Defendants' counsel Tony M. Sain has an in-person Final Pre-Trial Conference in Riverside, California that morning regarding the *Chacon, et al. v. County of Riverside, et al.* matter (U.S.D.C., C.D. Cal. Case No. 5:23-cv-00990-JGB-SHK);

- June 2, 2025 (Plaintiffs' counsel has a jury in front of Judge Cisneros (*Coleman v. City of Oakland*) beginning on June 2, 2025, but does not believe it will go forward);

- July 7, 2025;

- August 4, 2025; and

- September 2, 2025.

## 2. PARTIES' PROPOSED PRE-TRIAL SCHEDULES.

**Group 1 (J. Allen, T. Allen, Pugh, Robinson, Mason):**

| Case Management Event: | Date-Deadline: |
|---|---|
| Motions to Amend Pleadings or Add Parties – Filing Due | 12/23/2024 |
| Fact Discovery Cut-Off | 04/25/2025 |
| Expert Disclosures Due (initial) | 04/28/2025 |
| Rebuttal-Supplemental Expert Disclosures Due | 05/12/2025 |
| Expert Discovery Cutoff – Last Day to Complete | 05/26/2025 |
| Dispositive Motions/MSJs & Non-Discovery Motion Filing Deadline (*e.g.*, non-discovery motions unrelated to the conduct of trial) | 06/13/2025 |
| Dispositive Motion Hearing Cut-Off – Last Day for Hearing Dispositive/Non-Discovery Motions (MSJs) | 07/11/2025 |
| Pre-Trial Documents Filing Deadline | 08/11/2025 |
| Final **Pre-Trial Conference**; Hearing on Motions *in Limine* | 09/08/2025 |
| **TRIAL** (Jury Trial) | 09/16/2025 |

**Group 2 (Butler, Carpenter, Jackson, Khan, Lacy, Lewis):**

| Case Management Event: | Date-Deadline: |
|---|---|
| Motions to Amend Pleadings or Add Parties – Filing Due | 05/05/2025 |
| Fact Discovery Cut-Off | 08/11/2025 |
| Expert Disclosures Due (initial) | 08/18/2025 |
| Rebuttal-Supplemental Expert Disclosures Due | 09/01/2025 |
| Expert Discovery Cutoff – Last Day to Complete | 09/12/2025 |

| Case Management Event: | Date-Deadline: |
|---|---|
| Dispositive Motions/MSJs & Non-Discovery Motion Filing Deadline (*e.g.*, non-discovery motions unrelated to the conduct of trial) | 10/03/2025 |
| Dispositive Motion Hearing Cut-Off – Last Day for Hearing Dispositive/Non-Discovery Motions (MSJs) | 11/07/2025 |
| Pre-Trial Documents Filing Deadline | 12/15/2025 |
| Final **Pre-Trial Conference**; Hearing on Motions *in Limine* | 01/12/2026 |
| **TRIAL** (Jury Trial) | 01/27/2026 |

**Group 3 (Cain, Hillard, Mackin, Smith, Thomas, Tyson, Yarborough):**

| Case Management Event: | Date-Deadline: |
|---|---|
| Motions to Amend Pleadings or Add Parties – Filing Due | 09/15/2025 |
| Fact Discovery Cut-Off | 12/22/2025 |
| Expert Disclosures Due (initial) | 01/09/2026 |
| Rebuttal-Supplemental Expert Disclosures Due | 01/16/2026 |
| Expert Discovery Cutoff – Last Day to Complete | 02/06/2026 |
| Dispositive Motions/MSJs & Non-Discovery Motion Filing Deadline (*e.g.*, non-discovery motions unrelated to the conduct of trial) | 02/20/2026 |
| Dispositive Motion Hearing Cut-Off – Last Day for Hearing Dispositive/Non-Discovery Motions (MSJs) | 03/20/2026 |
| Pre-Trial Documents Filing Deadline | 04/20/2026 |
| Final **Pre-Trial Conference**; Hearing on Motions *in Limine* | 05/18/2026 |
| **TRIAL** (Jury Trial) | 05/26/2026 |

**Group 4 (Garcia, Gellington, McCullough, Pugh, Richards, Suitter, Young):**

| Case Management Event: | Date-Deadline: |
|---|---|
| Motions to Amend Pleadings or Add Parties – Filing Due | 01/12/2026 |
| Fact Discovery Cut-Off | 04/24/2026 |
| Expert Disclosures Due (initial) | 05/08/2026 |
| Rebuttal-Supplemental Expert Disclosures Due | 05/22/2026 |
| Expert Discovery Cutoff – Last Day to Complete | 06/05/2026 |
| Dispositive Motions/MSJs & Non-Discovery Motion Filing Deadline (*e.g.*, non-discovery motions unrelated to the conduct of trial) | 06/19/2026 |
| Dispositive Motion Hearing Cut-Off – Last Day for Hearing Dispositive/Non-Discovery Motions (MSJs) | 07/17/2026 |
| Pre-Trial Documents Filing Deadline | 08/21/2026 |
| Final **Pre-Trial Conference**; Hearing on Motions *in Limine* | 09/14/2026 |
| **TRIAL** (Jury Trial) | 09/29/2026 |

147139333.1                                                                 5

3:23-cv-01895-VC [Consolidated with Case Nos. 23-cv-03773-SI and 3:23-cv-06573-VC]
PARTIES' PROPOSED C.M.C. DATES AND PROPOSED PRE-TRIAL SCHEDULES FOR EACH PLTF. GRP.

| | | |
|---|---|---|
| 1 | DATED: October 11, 2024 | **BURRIS NISENBAUM CURRY & LACY LLP** |
| 2 | | By: _____*/s/ Benjamin Nisenbaum*_____ |
| 3 | | BENJAMIN NISENBAUM |
| | | JOHN L. BURRIS |
| 4 | | JAMES COOK |
| 5 | | KATHERINE MACELHINEY |
| | | Attorneys for Plaintiffs (Excluding Pugh) |

DATED: October 11, 2024          **LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: _____*/s/ Tony M. Sain*_____
   TONY M. SAIN
   TORI L. N. BAKKEN
Attorneys for Defendants,
CITY OF ANTIOCH, FMR. CHIEF TAMMANY BROOKS, FMR. CHIEF TONY MOREFIELD, FMR. CHIEF STEVEN FORD, CPL. SCOTT DUGGAR, OFCR. TOM LENDERMAN, SGT. LOREN BLEDSOE, OFCR. THOMAS SMITH, OFCR. ROBERT GERBER, KYLE HILL, RYAN GEIS, OCFR. BROCK MARCOTT, SGT. RICK HOFFMAN, FMR. CITY MANAGER KWAME REED, AND JONATHAN ADAMS

DATED: October 11, 2024          **CLAPP, MORONEY, VUCINICH, BEEMAN & SCHELEY**

_____*/s/ Kenny C. Park*_____
   JEFFREY VUCINICH
   KENNY C. PARK
Attorneys for Defendant,
JOHN RAMIREZ

DATED: October 11, 2024          **MCNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP**

_____*/s/ Noah Blechman*_____
   NOAH BLECHMAN
   JOHN J. SWAFFORD
Attorney for Defendant,
TIMOTHY MANLY-WILLIAMS

DATED: October 11, 2024          **LONGYEAR & LAVRA, LLP**

                                            */s/ Nicole M. Cahill*
                                        DAYTON VANVRANKEN LONGYEAR
                                        NICOLE M. CAHILL
                                Attorneys for Defendant,
                                JOSHUA EVANS

DATED: October 11, 2024          **CASTILLO MORIARTY TRAN AND ROBINSON LLP**

                                            */s/ John Robinson*
                                        PATRICK DANIEL MORIARTY
                                        JOHN ROBINSON
                                Attorneys for Defendant,
                                ANDREA RODRIGUEZ

DATED: October 11, 2024          **RIDLEY MASTER**

                                            */s/ Shangyayi Liu*
                                        TODD MASTER
                                        SHANGYAYI LIU
                                Attorneys for Defendant,
                                ANDREA RODRIGUEZ

DATED: October 11, 2024          **RIVERA HEWITT PAUL LLP**

                                            */s/ Jonathan Paul*
                                        JONATHAN PAUL
                                        WENDY MOTOOKA
                                Attorneys for Defendant,
                                DEVON WENGER

DATED: October 11, 2024          **COLLINS + COLLINS LLP**

                              By: _____
                                        ROBERT C. LEIFORD III
                                        MICHAEL L. WRONIAK
                                        KATHLEEN A. HUPKE
                                Attorneys for Defendant,
                                AARON HUGHES

**FEDERAL COURT PROOF OF SERVICE**
ALLEN, et al. v. CITY OF ANTIOCH, et al. LBBS File No: #55035.3
USDC/Northern District Case No. 3:23-cv-01895-VC

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On October 11, 2024, I served the following document(s): **PARTIES' PROPOSED DATES FOR CASE MANAGEMENT CONFERENCES AND PROPOSED PRE-TRIAL SCHEDULES FOR EACH GROUP OF PLAINTIFFS**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

The documents were served by the following means:

☒ (BY E-MAIL OR ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on October 11, 2024, at Los Angeles, California.

/s/ *Abigail J.R. McLaughlin*
Abigail J.R. McLaughlin



147139333.1

3:23-cv-01895-VC [Consolidated with Case Nos. 23-cv-03773-SI and 3:23-cv-06573-VC]
PARTIES' PROPOSED C.M.C. DATES AND PROPOSED PRE-TRIAL SCHEDULES FOR EACH PLTF. GRP.

**SERVICE LIST**
**ALLEN, et al. v. CITY OF ANTIOCH, et al. LBBS File No: #55035.3**
**USDC/Northern District Case No. 3:23-cv-01895-VC**
**[Consolidated with ROBINSON, et al. Case No. 23-cv-03773-SI and 3:23-cv-06573-VC]**

| | |
|---|---|
| John L. Burris, Esq.<br>Benjamin Nisenbaum, Esq.<br>James Cook, Esq.<br>Katherine MacElihiney, Esq.<br>Crystal Mackey<br>LAW OFFICES OF BURRIS, NISENBAUM, CURRY, & LACY<br>Airport Corporate Centre<br>7677 Oakport Street, Suite 1120<br>Oakland, CA  94621<br>Tel: (510) 839-5200<br>Fax: (510) 839-3882<br>john.burris@johnburrislaw.com<br>bnisenbaum@gmail.com<br>james.cook@johnburrislaw.com<br>Katherine@bncllaw.com<br>crystal.mackey@johnburrislaw.com | **ATTORNEYS FOR PLAINTIFFS:**<br>**TRENT ALLEN, SHAGOOFA KHAN, ADAM CARPENTER, JOSHUA BUTLER, DEJON RICHARDS, DRESHAWN JACKSON, KARDELL SMITH, DAVID MACKIN, AMADEO GARCIA, ARON TYSON, DAUNTE GELLINGTON, DIEGO SAVALA, MANDINGO CAIN, ROBERT YOUNG, TERRY ROBINSON, TERRY THOMAS,** |
| Dale Allen, Esq.<br>Matthew Matejcek<br>ALLEN, GLAESSNER, HAZELWOOD, & WERTH LLP<br>180 Montgomery Street, Suite 1200<br>San Francisco, CA 94104<br>Tel: (415) 697-2000<br>Fax: (415) 813-2045<br>DAllen@aghwlaw.com;<br>tcostes@aghwlaw.com;<br>erodas@aghwlaw.com | **ATTORNEYS FOR DEFENDANT:**<br>**ERIC ROMBOUGH** |
| Noah Blechman<br>John Swafford<br>Sabrina Ahia<br>McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP<br>3480 Buskirk Avenue, Suite 250<br>Pleasant Hill, CA 94523<br>Tel: (925) 939-5330<br>Fax: (925) 939-0203<br>noah.blechman@mcnamaralaw.com;<br>John.Swafford@mcnamaralaw.com;<br>sabrina.ahia@mcnamaralaw.com | **ATTORNEYS FOR DEFENDANT:**<br>**TIMOTHY MANLY WILLIAMS** |

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

147139333.1

2

3:23-cv-01895-VC [Consolidated with Case Nos. 23-cv-03773-SI and 3:23-cv-06573-VC]
PARTIES' PROPOSED C.M.C. DATES AND PROPOSED PRE-TRIAL SCHEDULES FOR EACH PLTF. GRP.

| | | |
|---|---|---|
| 1 | Todd Master<br>Shangyayi Liu | **ATTORNEYS FOR DEFENDANT:**<br>**MORTEZA AMIRI** |
| 2 | **RIDLEY♦ MASTER**<br>1900 O'Farrell Street, Suite 280 | |
| 3 | San Mateo, CA 94403<br>Tel: (650) 365-7715 | |
| 4 | Fax: (650) 364-2597<br>tmaster@hrmrlaw.com | |
| 5 | sliu@hrmrlaw.com<br>fkelly@hrmrlaw.com | |
| 6 | | |
| 7 | John Robinson<br>Edward Viera-Ducey | **ATTORNEYS FOR DEFENDANT:**<br>**ANDREA RODRIGUEZ** |
| 8 | **CASTILLO MORIARTY TRAN AND ROBINSON LLP** | |
| 9 | 75 Southgate Avenue<br>Daly City, CA 94015 | |
| 10 | Tel: (415) 213-4098<br>jrobinson@cmtrlaw.com; | |
| 11 | evieira-ducey@cmtrlaw.com<br>kkarpenske@cmtrlaw.com | |
| 12 | | |
| 13 | Jonathan Paul<br>Wendy Motooka | **ATTORNEYS FOR DEFENDANT:**<br>**DEVON WENGER** |
| 14 | **RIVERA HEWITT PAUL LLP**<br>11341 Gold Express Drive, Suite 160 | |
| 15 | Gold River, CA 95670<br>Tel: (916) 922-1200 | |
| 16 | jpaul@rhplawyers.com;<br>wmotooka@rhplawyers.com; | |
| 17 | mgreen@rhplawyers.com | |
| 18 | | |
| 19 | Eric J. Bengtson, Esq.<br>Steven B. Dippell, Esq. | **ATTORNEYS FOR DEFENDANT:**<br>**CALVIN PRIETO** |
| 20 | **DAVIS, BENGTSON & YOUNG, APLC**<br>1960 The Alameda, Suite 210 | |
| 21 | San Jose, CA 95126<br>Tel. (408) 261-4206 – direct line | |
| 22 | Fax: (408) 985-1814 – fax<br>SDippell@dby-law.com; | |
| 23 | eric@dby-law.com;<br>jheaton@dby-law.com | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

| | |
|---|---|
| 1  Kenny C. Park, Esq.<br>   Jeffrey M. Vucinich, Esq.<br>2  **CLAPP, MORONEY, VUCINICH,**<br>   **BEEMAN**<br>3  **and SCHELEY**<br>   A PROFESSIONAL CORPORATION<br>4  1730 S El Camino Real, Suite 500<br>5  San Mateo, CA 94402<br>   Tel. (650) 989-5400<br>6  Fax. (650) 989-5499<br>   JVucinich@clappmoroney.com;<br>7  kpark@clappmoroney.com | **ATTORNEYS FOR DEFENDANT:**<br>**OFFICER JOHN RAMIREZ** |
| 8  Nicole M. Cahill, Esq.<br>   Van Longyear, Esq.<br>9  Ashley M. Calvillo, Essq.<br>   **LONGYEAR & LAVRA, LLP**<br>10 555 University Avenue, Suite 280<br>   Sacramento, CA  95825<br>11 Tel: (916) 974-8500<br>   Fax: (916) 974-8510<br>12 longyear@longyearlaw.com<br>   cahill@longyearlaw.com<br>13 calvillo@longyearlaw.com<br>   gonzales@longyearlaw.com<br>14 | **ATTORNEYS FOR DEFENDANT:**<br>**JOSHUA EVANS** |
| 15 Chester E. Walls, Esq.<br>   **Litigation Engineered**<br>16 1300 E. Shaw Avenue, Suite 125<br>   Fresno, CA 93710<br>17 Mobile (559) 593-8707<br>   Telephone (559) 221-2771  (Ext. 104)<br>18 Facsimile (559) 221-2775<br>   cew@litg-engr.com;<br>19 drp@litg-engr.com | **ATTORNEY FOR DEFENDANT:**<br>**MATTHEW NUTT** |

147139333.1                    4                    3:23-cv-01895-VC [Consolidated with Case Nos. 23-cv-03773-SI and 3:23-cv-06573-VC]
PARTIES' PROPOSED C.M.C. DATES AND PROPOSED PRE-TRIAL SCHEDULES FOR EACH PLTF. GRP.

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW