1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   TONY M. SAIN, SB# 251626
2    E-Mail: Tony.Sain@lewisbrisbois.com
   TORI L. N. BAKKEN, SB# 329069
3    E-Mail: Tori.Bakken@lewisbrisbois.com
   ABIGAIL J. R. McLAUGHLIN, SB# 313208
4    E-Mail: Abigail.McLaughlin@lewisbrisbois.com
   633 West 5th Street, Suite 4000
5  Los Angeles, California 90071
   Telephone: 213.250.1800
6  Facsimile: 213.250.7900

7  Attorneys for Defendants,
   CITY OF ANTIOCH, FMR. CHIEF
8  TAMMANY BROOKS, FMR. CHIEF TONY
   MOREFIELD, FMR. CHIEF STEVEN FORD,
9  CPL. SCOTT DUGGAR, OFCR. TOM
   LENDERMAN, SGT. LOREN BLEDSOE,
10 OFCR. THOMAS SMITH, OFCR. ROBERT
   GERBER, OFCR. KYLE HILL, OFCR. RYAN
11 GEIS, OCFR. BROCK MARCOTT, SGT. RICK
   HOFFMAN, FMR. CITY MANAGER KWAME
12 REED, AND JONATHAN ADAMS ("City
   Defendants")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TRENT ALLEN, individually; SHAGOOFA KHAN, individually; ADAM CARPENTER, individually; JOSHUA BUTLER, individually; DEJON RICHARDS, individually; DRESHAWN JACKSON, individually; KARDELL SMITH, individually; DAVID MACKIN, individually, TERRY DWAYNE ROBINSON, JR., individually; MANDINGO CAIN, individually; AMADEO GARCIA, JR., individually; ARON TYSON, individually; DAUNTE GELLINGTON, individually; ROBERT YOUNG, individually; TERRY THOMAS, individually; SHAQUILLE HILLARD, individually; DANYEL EARL LACY, individually; MARCELL LEWIS, individually; GREGORIO YARBOROUGH, individually; QUINCY MASON, individually; TAHJAY MCCULLOUGH, individually; <br><br>Plaintiffs, <br><br>vs. | Case No. 3:23-cv-01895-VC [Consolidated with Case Nos. 23-cv-03773-VC and 3:23-cv-06573-VC and 24-cv-01774-VC] <br>[*Hon. Vince Chhabria, Dist. Judge; Hon. Sallie Kim, M. Judge*] <br><br>[*DISCOVERY MATTER*] <br><br>**JOINT DISCOVERY STATUS REPORT AND BRIEF & REQUEST FOR DISCOVERY HEARING** <br><br>Date:    February 3, 2025 <br>Time:   3:00 p.m. <br>Crtrm.:  Via Zoom <br><br>Amend. Consol. Complaint Filed: 05/13/2024 <br>Complaint Filed (Pugh):           03/22/2024 <br>Consol. Complaint Filed:          02/02/2024 |

151669687.1                    1                    3:23-cv-01895-VC
JOINT DISCOVERY STATUS REPORT AND BRIEF

| | |
|---|---|
| CITY OF ANTIOCH, a municipal corporation; TAMMANY BROOKS, individually and in his official capacity as police chief for the CITY OF ANTIOCH; TONY MOREFIELD, individually and in his official capacity as interim police chief for the CITY OF ANTIOCH; STEVEN FORD, individually and in his official capacity as interim police chief for the CITY OF ANTIOCH; MATTHEW NUTT, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; JOSH EVANS, individually and in his official capacity as a police sergeant for the CITY OF ANTIOCH; ERIC ROMBOUGH, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; MORTEZA AMIRI, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; SCOTT DUGGAR, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; JOHN RAMIREZ, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; TIMOTHY MANLY WILLIAMS, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; TOM LENDERMAN, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; LOREN BLEDSOE, individually and in his official capacity as a police sergeant for the CITY OF ANTIOCH; THOMAS SMITH, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; CALVIN PRIETO, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; ANDREA RODRIGUEZ, individually and in her official capacity as a police officer for the CITY OF ANTIOCH; JONATHAN ADAMS, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; DEVEN WENGER, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; DANIEL HARRIS, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; ROBERT GERBER, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; KYLE HILL, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; Officer MARCOTT, individually and in his official capacity as a police officer for the | Complaint Filed (*Allen*):   04/19/2023<br>Complaint Filed (*Robinson*): 08/11/2023<br>Deemed Related:   11/08/2023<br><br>Trial Date (Π Group 1):   09/15/2025<br>Trial Date (Π Group 2):   01/26/2026<br>Trial Date (Π Group 3):   05/26/2026<br>Trial Date (Π Group 4):   09/28/2026 |



151669687.1      2      3:23-cv-01895-VC

JOINT DISCOVERY STATUS REPORT AND BRIEF

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | CITY OF ANTIOCH; ARRON HUGHES, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; RYAN GEIS, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; ANTIOCH POLICE DEPARTMENT OFFICER MOORE, individually and in is official capacity as a police officer for the CITY OF ANTIOCH; and DOES 1-100, inclusive,<br><br>                    Defendants. |

Pursuant to this Court's October 15, 2024 minute order following the October 11, 2024 initial Discovery Hearing in the above-captioned matter [Dkt. 267], the Parties hereby submit their Joint Discovery Brief. Additionally, per the Court's January 6, 2025 Discovery Hearing with the Parties [Dkt. 205], the Parties are requesting that the Court hold the February 3, 2025 Discovery Hearing in this matter to address the dispute discussed below.

**1.   PARTIES' DISPUTE REGARDING PLAINTIFFS' COUNSEL USING TWO ATTORNEYS TO QUESTION DEPONENTS.**

   **A.   Defendants' Position.**

During multiple depositions in this matter, Plaintiffs' counsel from Burris, Nisenbaum, Curry & Lacy have been using two attorneys to conduct the depositions of individual defendant officers. Such is improper. "While there is no written rule categorically prohibiting deposition questioning by more than one attorney, it is the typical practice in [the Northern] District for only one attorney to question a witness at deposition." *Finjan, Inc. v. Cisco Systems, Inc.*, 2019 WL 7753437, at *2 (N.D. Cal. Sept. 9, 2019). There are no circumstances in this case which support the questioning of a deponent by two attorneys from the same law firm, representing the same parties. *Cf. id.* ("Circumstances may warrant allowing more than one attorney to ask questions at a deposition, such as where the witness is being deposed on clearly distinct claims.").

Moreover, at no point did Plaintiffs' counsel inform defense counsel of their desire to use two attorneys for questioning at depositions. *Id.* ("The far better approach is for parties who believe that a case warrants departure from the general practice of single-attorney questioning to discuss

that issue during the Rule 16 or Rule 26 conferences and, if necessary, raise the issue with the Court sufficiently in advance of the deposition to permit for an orderly resolution of the issue.") (citing Fed. R. Civ. P. 16(c)(2)(L), 26 (f)). Defendants did not and do not agree that Plaintiffs may use more than one attorney at deposition, and there is no reason to stray from typical practices.

### B. Plaintiffs' Position.

Defendants mischaracterize Plaintiffs' counsel's handling of depositions. At no point have two attorneys conducted questioning at the same time. One attorney has merely handed off the baton to a second attorney after asking their questions. This is not prohibited by any rules, and it is not improper. *See Rockwell Intern., Inc. v. Pos-A-Traction Industries, Inc.*, 712 F.2d 1324, 1325 (9th Cir. 1983) ("No provision in the California Civil Code governing depositions prohibits questioning by two attorneys"); *see also Caplan v. Fellheimer Eichen Braverman & Kaskey*, 161 F.R.D. 32, 34-35 (E.D. Penn. 1995) (agreeing with defendants that "the rules are only intended to prevent more than one attorney taking a deposition *at the same time*" and ruling narrowly that "only one attorney may ask questions at one time"). Moreover, Plaintiffs' deposition notices all state that both attorneys James Cook and Ben Nisenbaum will take depositions.

## 2. STATUS OF DISCOVERY.

### A. Depositions.

The Parties are continuing to schedule, notice, and take depositions of the parties (plaintiffs and defendants), third party witnesses, and Persons Most Knowledgeable ("PMKs").

### B. Written Discovery.

[Plaintiffs' Requests for Production of Documents to Defendant Officers, Set One.] On December 26, 2024, Plaintiffs served their Requests for Production of Documents, Set One to Defendant Officers.

[City Defendants' Ninth Supplemental Disclosure.] On January 7, 2025, in advance of the February 4, 2025 Settlement Conference, City Defendants served their Ninth Supplemental Disclosures (126 pages).

[Plaintiff Smith's Supplemental Responses to Defendant Wenger's Interrogatories, Set One, and Requests for Production of Documents, Set One.] On January 7, 2025, Plaintiff Kardell Smith

1  served his Supplemental Responses to Defendant Devon Wenger's Interrogatories, Set One, and
2  Requests for Production of Documents, Set One. Smith's Supplemental Responses to Wenger's
3  Interrogatories (Set One) indicate that Smith will remove Wenger from both of Smith's causes of
4  action.

5  [Meet and Confer Efforts and Related Actions.]  On January 14, 2025, City Defendants met
6  and conferred with Plaintiffs regarding alleged missing items from City Defendants' production
7  identified in Plaintiffs' January 6, 2025, Meet and Confer letter. City Defendants agreed to produce
8  the missing items identified and in their possession. Specifically, City Defendants agreed to produce
9  all missing items identified and in their possession related to the Group 3 Plaintiffs on January 21,
10 2025 in advance of the upcoming Settlement Conference on February 4, 2025. City Defendants also
11 agreed to produce the remaining missing items identified and in their possession on January 27,
12 2025. City Defendants produced documents on January 27, 2025, including unredacted versions of
13 documents previously produced.

14 [Defendant Duggar's Interrogatories to Plaintiff Robinson, Set One.]  On January 17, 2025,
15 Defendant Scott Duggar served his Interrogatories to Plaintiff Robinson, Set One.

16 [Plaintiffs' Request for Production of Documents, Set Six.]  On January 21, 2025, City
17 Defendants' timely served their response to Plaintiffs' Request for Production of Documents, Set
18 Six (138 pages, 16 a/v files).

19 [City Defendants' Tenth Supplemental Disclosure.]  On January 21, 2025, in advance of the
20 February 4, 2025 Settlement Conference, City Defendants served their Tenth Supplemental
21 Disclosures (600 pages and 11 a/v files) in response to Plaintiffs' January 6, 2025 Meet and Confer
22 Letter.

23 [Plaintiff Cain's Supplemental Disclosure.]  On January 21, 2025, Plaintiff Mandingo Cain
24 served his Supplemental Disclosures (4 a/v files).

25 [City Defendants' Eleventh Supplemental Disclosure.]  On January 27, 2025, in advance of
26 the February 4, 2025 Settlement Conference, City Defendants served their Eleventh Supplemental
27 Disclosures (1,259 pages and 12 a/v files) and Second Amended Privilege Log in response to
28 Plaintiffs' January 6, 2025 Meet and Confer Letter.

1  [Plaintiffs' Supplemental Disclosure.] On January 22, 2025, Plaintiffs served Supplemental
2  Disclosures (44 pages, 1 a/v file, and 1 photo).

4  DATED: January 27, 2025         **LEWIS BRISBOIS BISGAARD & SMITH LLP**

                                    By:    */s/ Abigail J.R. McLaughlin*
                                        TONY M. SAIN
                                        TORI L. N. BAKKEN
                                        ABIGAIL J.R. McLAUGHLIN
                                    Attorneys for Defendants,
                                    CITY OF ANTIOCH, FMR. CHIEF TAMMANY
                                    BROOKS, FMR. CHIEF TONY MOREFIELD,
                                    FMR. CHIEF STEVEN FORD, CPL. SCOTT
                                    DUGGAR, OFCR. TOM LENDERMAN, SGT.
                                    LOREN BLEDSOE, OFCR. THOMAS SMITH,
                                    OFCR. ROBERT GERBER, OFCR. KYLE HILL,
                                    OFCR. RYAN GEIS, OCFR. BROCK
                                    MARCOTT, SGT. RICK HOFFMAN, FMR.
                                    CITY MANAGER KWAME REED, AND
                                    JONATHAN ADAMS ("City Defendants")

15 DATED: January __, 2025

                                    By: _____
                                        CARMELA CARAMAGNO
                                    Attorneys for Plaintiff,
                                    TERRYONN PUGH

DATED: January 27, 2025          BURRIS NISENBAUM CURRY & LACY, LLP

By: _____*/s/ Ben Nisenbaum*_____
    JOHN BURRIS
    BEN NISENBAUM
    JAMES COOK
    KATHERINE MACELHINEY
    KRITHI BASU
Attorneys for Plaintiffs,
TRENT ALLEN, SHAGOOFA KHAN, ADAM CARPENTER, JOSHUA BUTLER, DEJON RICHARDS, DRESHAWN JACKSON, KARDELL SMITH, DAVID MACKIN, TERRY DWAYNE ROBINSON, JR., MANDINGO CAIN, AMADEO GARCIA, JR., ARON TYSON, DAUNTE GELLINGTON, ROBERT YOUNG, TERRY THOMAS, SHAQUILLE HILLARD, DANYEL EARL LACY, MARCELL LEWIS, GREGORIO YARBOROUGH, QUINCY MASON, TAHJAY MCCULLOUGH

DATED: January 27, 2025          LONGYEAR & LAVRA

By: _____*/s/ Nicole M. Cahill*_____
    VAN LONGYEAR
    NICOLE M. CAHILL
Attorneys for Defendant,
JOSHUA EVANS

DATED: January 27, 2025          COLLINS & COLLINS

By: _____*/s/ Robert C. Leiford III*_____
    MICHAEL WRONIAK
    ROBERT C. LEIFORD III
Attorneys for Defendant,
AARON HUGHES

| | | |
|---|---|---|
| 1 | DATED: January 27, 2025 | LITIGATION ENGINEERED |
| 2 | | |
| 3 | | By: _/s/ Chester Walls_ |
| 4 | | CHESTER WALLS<br>Attorneys for Defendant, |
| 5 | | MATTHEW NUTT |
| 6 | DATED: January 27, 2025 | DAVIS BENGSTON & YOUNG |
| 7 | | |
| 8 | | By: _/s/ Steven B. Dippell_<br>STEVEN B. DIPPELL |
| 9 | | Attorneys for Defendant,<br>CALVIN PRIETO |
| 10 | | |
| 11 | DATED: January 27, 2025 | CMTR LAW |
| 12 | | |
| 13 | | By: _/s/ Edward Vieira-Ducey_<br>JOHN ROBINSON |
| 14 | | EDWARD VIEIRA-DUCEY<br>Attorneys for Defendant, |
| 15 | | ANDREA RODRIGUEZ |
| 16 | | |
| 17 | DATED: January 27, 2025 | AGHW LAW |
| 18 | | |
| 19 | | By: _/s/ Dale Allen_<br>DALE ALLEN |
| 20 | | Attorneys for Defendant,<br>ERIC ROMBOUGH |

| | | |
|---|---|---|
| 1 | DATED: January 27, 2025 | RIVERA HEWITT PAUL |
| 2 | | |
| 3 | | By: _/s/ Wendy Motooka_ |
| 4 | | JONATHAN PAUL<br>WENDY MOTOOKA |
| 5 | | Attorneys for Defendant,<br>DEVON WENGER |
| 7 | DATED: January 27, 2025 | CLAPP, MORONEY, VUCINICH, BEEMAN & SCHELEY |
| 9 | | _/s/ Kenny C. Park_ |
| 10 | | JEFFREY VUCINICH<br>KENNY C. PARK |
| 11 | | Attorneys for Defendant,<br>JOHN RAMIREZ |

**FEDERAL COURT PROOF OF SERVICE**
ALLEN, et al. v. CITY OF ANTIOCH, et al. LBBS File No: #55035.3
USDC/Northern District Case No. 3:23-cv-01895-VC

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On January 27, 2025, I served the following document(s): JOINT DISCOVERY STATUS REPORT AND BRIEF & REQUEST FOR DISCOVERY HEARING

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on January 27, 2025, at Los Angeles, California.

/s/ Abigail J.R. McLaughlin

## SERVICE LIST
### ALLEN, et al. v. CITY OF ANTIOCH, et al. LBBS File No: #55035.3
### USDC/Northern District Case No. 3:23-cv-01895-VC
### [Consolidated with ROBINSON, et al. Case No. 23-cv-03773-SI and 3:23-cv-06573-VC]

| | |
|---|---|
| John L. Burris, Esq.<br>Benjamin Nisenbaum, Esq.<br>James Cook, Esq.<br>Katherine MacElihiney, Esq.<br>Crystal Mackey, Esq.<br>Krithi Basu, Esq.<br>LAW OFFICES OF BURRIS, NISENBAUM, CURRY, & LACY<br>Airport Corporate Centre<br>7677 Oakport Street, Suite 1120<br>Oakland, CA  94621<br>Tel: (510) 839-5200<br>Fax: (510) 839-3882<br>john.burris@johnburrislaw.com<br>bnisenbaum@gmail.com<br>james.cook@johnburrislaw.com<br>Katherine@bncllaw.com<br>crystal.mackey@johnburrislaw.com<br>krithi.basu@bncllaw.com | **ATTORNEYS FOR PLAINTIFFS:**<br>**TRENT ALLEN, SHAGOOFA KHAN, ADAM CARPENTER, JOSHUA BUTLER, DEJON RICHARDS, DRESHAWN JACKSON, KARDELL SMITH, DAVID MACKIN, AMADEO GARCIA, ARON TYSON, DAUNTE GELLINGTON, DIEGO SAVALA, MANDINGO CAIN, ROBERT YOUNG, TERRY ROBINSON, TERRY THOMAS,** |
| Dale Allen, Esq.<br>Matthew Matejcek<br>ALLEN, GLAESSNER, HAZELWOOD, & WERTH LLP<br>180 Montgomery Street, Suite 1200<br>San Francisco, CA 94104<br>Tel: (415) 697-2000<br>Fax: (415) 813-2045<br>DAllen@aghwlaw.com;<br>tcostes@aghwlaw.com;<br>erodas@aghwlaw.com | **ATTORNEYS FOR DEFENDANT:**<br>**ERIC ROMBOUGH** |
| Noah Blechman<br>John Swafford<br>Sabrina Ahia<br>McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP<br>3480 Buskirk Avenue, Suite 250<br>Pleasant Hill, CA 94523<br>Tel: (925) 939-5330<br>Fax: (925) 939-0203<br>noah.blechman@mcnamaralaw.com;<br>John.Swafford@mcnamaralaw.com;<br>sabrina.ahia@mcnamaralaw.com | **ATTORNEYS FOR DEFENDANT:**<br>**TIMOTHY MANLY WILLIAMS** |

| | |
|---|---|
| Todd Master<br>Shangyayi Liu<br>**RIDLEY♦ MASTER**<br>1900 O'Farrell Street, Suite 280<br>San Mateo, CA 94403<br>Tel: (650) 365-7715<br>Fax: (650) 364-2597<br>tmaster@hrmrlaw.com<br>sliu@hrmrlaw.com<br>fkelly@hrmrlaw.com | **ATTORNEYS FOR DEFENDANT:**<br>**MORTEZA AMIRI** |
| John Robinson<br>Edward Viera-Ducey<br>**CASTILLO MORIARTY TRAN AND ROBINSON LLP**<br>75 Southgate Avenue<br>Daly City, CA 94015<br>Tel: (415) 213-4098<br>jrobinson@cmtrlaw.com;<br>evieira-ducey@cmtrlaw.com<br>kkarpenske@cmtrlaw.com | **ATTORNEYS FOR DEFENDANT:**<br>**ANDREA RODRIGUEZ** |
| Jonathan Paul<br>Wendy Motooka<br>**RIVERA HEWITT PAUL LLP**<br>11341 Gold Express Drive, Suite 160<br>Gold River, CA 95670<br>Tel: (916) 922-1200<br>jpaul@rhplawyers.com;<br>wmotooka@rhplawyers.com;<br>mgreen@rhplawyers.com | **ATTORNEYS FOR DEFENDANT:**<br>**DEVON WENGER** |
| Eric J. Bengtson, Esq.<br>Steven B. Dippell, Esq.<br>**DAVIS, BENGTSON & YOUNG, APLC**<br>1960 The Alameda, Suite 210<br>San Jose, CA 95126<br>Tel. (408) 261-4206 – direct line<br>Fax: (408) 985-1814 – fax<br>SDippell@dby-law.com;<br>eric@dby-law.com;<br>jheaton@dby-law.com<br>mnery@dby-law.com | **ATTORNEYS FOR DEFENDANT:**<br>**CALVIN PRIETO** |

| | |
|---|---|
| Kenny C. Park, Esq.<br>Jeffrey M. Vucinich, Esq.<br>**CLAPP, MORONEY, VUCINICH, BEEMAN**<br>**and SCHELEY**<br>A PROFESSIONAL CORPORATION<br>1730 S El Camino Real, Suite 500<br>San Mateo, CA 94402<br>Tel. (650) 989-5400<br>Fax. (650) 989-5499<br>JVucinich@clappmoroney.com;<br>kpark@clappmoroney.com<br>ruribe@clappmoroney.com | **ATTORNEYS FOR DEFENDANT:**<br>**OFFICER JOHN RAMIREZ** |
| Nicole M. Cahill, Esq.<br>Van Longyear, Esq.<br>Ashley M. Calvillo, Essq.<br>**LONGYEAR & LAVRA, LLP**<br>555 University Avenue, Suite 280<br>Sacramento, CA  95825<br>Tel: (916) 974-8500<br>Fax: (916) 974-8510<br>longyear@longyearlaw.com<br>cahill@longyearlaw.com<br>calvillo@longyearlaw.com<br>gonzales@longyearlaw.com | **ATTORNEYS FOR DEFENDANT:**<br>**JOSHUA EVANS** |
| Michael Wroniak, Esq.<br>Robert C. Leiford III, Esq.<br>Collins + Collins LLP<br>790 E Colorado Blvd., Suite 600<br>Pasadena, CA 91101<br>Tel: (626) 243-1100<br>Fax: (626) 243-1111<br>rleiford@ccllp.law<br>MWroniak@ccllp.law | **ATTORNEY FOR DEFENDANT:**<br>**AARON HUGHES** |
| Chester E. Walls, Esq.<br>**Litigation Engineered**<br>1300 E. Shaw Avenue, Suite 125<br>Fresno, CA 93710<br>Mobile (559) 593-8707<br>Telephone (559) 221-2771  (Ext. 104)<br>Facsimile (559) 221-2775<br>cew@litg-engr.com;<br>drp@litg-engr.com | **ATTORNEY FOR DEFENDANT:**<br>**MATTHEW NUTT** |