JOHN L. BURRIS, Esq., SBN 69888
BENJAMIN NISENBAUM, Esq., SBN 222173
JAMES COOK, Esq., SBN 300212
KATHERINE MACELHINEY, Esq., SBN 355532
**Burris Nisenbaum Curry & Lacy, LLP**
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (844) 273-6873
John.Burris@bncllaw.com
Ben.Nisenbaum@bncllaw.com
James.Cook@bncllaw.com
katherine@bncllaw.com

Attorneys for Plaintiffs excluding Pugh

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENT ALLEN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF ANTIOCH, et al., <br><br> Defendants. | CASE NO.: 3:23-cv-01895-VC <br> Consolidated with case nos. <br> 23-cv-03773-VC and 3:23-cv-06573-VC <br> [*Hon. Vince Chhabria, Dist. Judge*] <br><br> **STIPULATION FOR DISMISSAL OF PLAINTIFFS SUITTER AND MCCULLOUGH'S CLAIMS, WITH PREJUDICE** |

Counsel for Plaintiffs KAYCEE SUITTER and TAHJAY MCCULOUGH, and Counsel for Defendant CITY OF ANTIOCH respectfully submit the following stipulation and proposed order to dismiss.

Whereas, the parties came to settlement terms regarding KAYCEE SUITTER's and TAHJAY MCCULOUGH's claims against the City of Antioch and City of Antioch Police Officers and staff.

The parties hereby stipulate to dismiss KAYCEE SUITTER and TAHJAY MCCULOUGH's claims with prejudice, with all parties bearing their own fees and costs.

Respectfully submitted,

DATED: February 14, 2025                **BURRIS NISENBAUM CURRY & LACY LLP**

/s/ *Benjamin Nisenbaum*
Benjamin Nisenbaum
John L. Burris
James Cook
Katherine MacElhiney
Attorneys for Plaintiffs excluding Pugh

DATED: February 14, 2025                LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ *Tori L.N. Bakken*
TONY M. SAIN
TORI L.N. BAKKEN
Attorneys for Defendant,
CITY OF ANTIOCH, et al

## [Proposed] ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the stipulation of the parties, and with good cause appearing, **IT IS HEREBY ORDERED** that the claims brought by Plaintiffs KAYCEE SUITTER and TAHJAY MCCULOUGH in this matter be DISMISSED WITH PREJUDICE, with Plaintiffs and Defendants each bearing their own attorneys' fees and costs till this point.

**IT IS SO ORDERED.**

DATED: _____        _____
Honorable Judge Vince Chhabria
United States District Judge