Alison Berry Wilkinson (SBN 135890)
Messing, Adam, Jasmine & Shore LLP
165 North Redwood Drive, Suite 206
San Rafael, California
Telephone:    (415) 266-1822
Facsimile:    (877) 259.3762
Email: alison@majlabor.com

Attorneys for Defendants
DEVIN EIGARD, GUSTAVO JIMENEZ, and DANIEL HARRIS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENT ALLEN, et al., | Case No. 3:23-cv-01895-VC |
| Plaintiffs, | MOTION TO SUBSTITUTE LAW FIRM; PROPOSED ORDER |
| vs. | |
| CITY OF ANTIOCH, et al. | Hon. Vincent Chhabria |
| Defendants. | |

On behalf of Defendants DEVIN EIGARD, DANIEL HARRIS, and GUSTAVO JIMENEZ, the following attorney:

    (1)  Moves to substitute as counsel of record;

    (2)  Certifies she is a member in good standing of this Court's bar;

    (3) Attests to the consent of current counsel to be withdrawn; and

    (4) Attests to the consent of the parties to be represented.

Name of new counsel seeking to appear and firm name:

    Alison Berry Wilkinson (SBN 135890)
    Messing, Adam, Jasmine & Shore LLP
    165 N. Redwood Drive, Suite 206
    San Rafael, CA 94903

1

MOTION TO SUBSTITUTE LAW FIRM; [PROPOSED] ORDER
*Allen, et al. v. City of Antioch, et al.., USDC Case No. 3:23-cv-01895-VC*

Telephone: 415.266.1800
Direct Line: 415.266.1822
Facsimile: 877.259.3762
Email: alison@majlabor.com; alison@berrywilkinson.com

Name(s) of counsel withdrawing from representation and firm name:

Tony M. Sain (SBN 251626)
Tori L.N. Bakken (SBN 329069)
Abigail J.R. McLaughlin (SBN 313208)
Austin Tridente (SBN 351315)
Lewis Brisbois Bisgaard & Smith LLP
633 West 5th Street, Suite 4000
Los Angeles, CA 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Dated: March 24, 2025            Respectfully submitted,

Messing, Adam, Jasmine & Shore LLP

By____/s/ Alison Berry Wilkinson_____
ALISON BERRY WILKINSON
Attorneys for Defendants EIGARD, HARRIS, and JIMENEZ

**[PROPOSED] ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Dated: _____      _____
                                    The Honorable Vince Chhabria
                                    UNITED STATES DISTRICT COURT JUDGE

2

MOTION TO SUBSTITUTE LAW FIRM; [PROPOSED] ORDER
*Allen, et al. v. City of Antioch, et al.., USDC Case No. 3:23-cv-01895-VC*