.92363

ERIC J. BENGTSON—BAR NO. 254167
STEVEN B. DIPPELL—BAR NO. 121217
**DAVIS, BENGTSON & YOUNG, APLC**
1960 The Alameda, Suite 210
San Jose, CA  95126
Phone:    669.245.4200
Fax:        408.985.1814
Email:    eric@dby-law.com
Email:    sdippell@dby-law.com

Attorneys for Defendant
JAMES STENGER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENT ALLEN, individually; TERRYONN PUGH, individually; SHAGOOFA KHAN, individually; ADAM CARPENTER, individually; JOSHUA BUTLER, individually; DEJON RICHARDS, individually; DRESHAWN JACKSON, individually; KARDELL SMITH, individually; DANIEL MACKIN, individually; TERRY DWAYNE ROBINSON, JR., individually; MANDINGO CAIN, individually; AMADEO GARCIA, JR., individually; ARON TYSON, individually; DAUNTE GELLINGTON, individually; ROBERT YOUNG, individually; TERRY THOMAS, individually; SHAQUILLE HILLARD, individually; DANYEL EARL LACY, individually; KAYCEE SUITTER, individually; MARCELL LEWIS, individually; GREGORIO YARBOROUGH, individually; QUINCY MASON, individually; TAHJAY MCCULLOUGH, individually; JAMARI ALLEN; individually;<br><br>          Plaintiffs,<br><br>     vs.<br><br>CITY OF ANTIOCH, a municipal corporation; ROB BERNALL, Individually and in his official | **Case No. 3:23-cv-01895-VC**<br>*Consolidated with 23-cv-03773-SI (Robinson), 23-cv-06573-VC (Hillard), 24-cv-01774-VC (Pugh), and 24-cv-02758 (Wilson)*<br>*For All Pre-Trial Purposes*<br>**Hon. Vince Chhabria, District Court Judge**<br><br>**DEFENDANT STENGER'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**<br><br>Date: May 22, 2025<br>Time: 10:00 a.m.<br>Courtroom 4 – 17th Floor<br>Judge: Hon. Vince Chhabria |

.92363

capacity as the City Manager for the CITY OF ANTIOCH; CORNELIUS JOHNSON, individually and in his official capacity as the City Manager for the CITY OF ANTIOCH; FORREST EBBS, individually and in his official capacity as the City Manager for the CITY OF ANTIOCH; KWAME REED, individually and in his official capacity as the City Manager for the CITY OF ANTIOCH; TAMMANY BROOKS, individually and in his official capacity as police chief for the CITY OF ANTIOCH; TONY MOREFIELD, individually and in his official capacity as interim police chief for the CITY OF ANTIOCH; STEVEN FORD, individually and in his official capacity as police chief for the CITY OF ANTIOCH; MATTHEW NUTT, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; JOSH EVANS, individually and in his official capacity as a police sergeant for the CITY OF ANTIOCH; ERIC ROMBOUGH, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; MORTEZA AMIRI, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; SCOTT DUGGAR, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; JOHN RAMIREZ, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; TIMOTHY MANLY WILLIAMS, individually and in his official Capacity as a police officer for the CITY OF ANTIOCH; TOM LENDERMAN, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; LOREN BLEDSOE, individually and in his official capacity as a police sergeant for the CITY OF ANTIOCH; THOMAS SMITH, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; CALVIN PRIETO, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; ANDREA RODRIGUEZ, individually and in her official capacity as a police officer for the CITY OF ANTIOCH; JONATHAN ADAMS, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; DEVON WENGER, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; DANIEL HARRIS,individually and in his official capacity as a police officer for the CITY OF ANTIOCH; ROBERT GERBER, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; KYLE HILL, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; Officer BROCK MARCOTTE, individually and in his official capacity as a police officer for the CITY

.92363

| | |
|---|---|
| 1 | OF ANTIOCH; AARON HUGHES, individually and in his official capacity as a police officer for |
| 2 | the CITY OF ANTIOCH; RYAN GEIS, individually and in his official capacity as a police |
| 3 | officer for the CITY OF ANTIOCH; RICK HOFFMAN, individually and in his official |
| 4 | capacity as a sergeant for the CITY OF ANTIOCH; JIMMY WISECARVER, individually and in his |
| 5 | official capacity as a sergeant for the CITY OF ANTIOCH; JOHN FORTNER, individually and in |
| 6 | his official capacity as a lieutenant for the CITY OF ANTIOCH; BRAYTON MILNER, |
| 7 | individually and in his official capacity as a police officer for the CITY OF ANTIOCH; DEVIN |
| 8 | EIGARD, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; |
| 9 | CONSTANTINE KAWALYA, individually and in his official capacity as a police officer for the CITY |
| 10 | OF ANTIOCH; RYAN DUFF, individually and in his official capacity as a police officer for the CITY |
| 11 | OF ANTIOCH; JACOB KING, individually and in his official capacity as a police officer for the CITY |
| 12 | OF ANTIOCH; GUSTAVO JIMENEZ, individually and in his official capacity as a police |
| 13 | officer for the CITY OF ANTIOCH; ASHLEY LUNDIN, individually and in her official capacity |
| 14 | as a police officer for the CITY OF ANTIOCH; GARY LOWTHER, individually and in his official |
| 15 | capacity as a police sergeant for the CITY OF ANTIOCH; DUSTIN DIBBLE, individually and in |
| 16 | his official capacity as a police officer for the CITY OF ANTIOCH; KYLE SMITH, individually and in |
| 17 | his official capacity as a police officer for the CITY OF ANTIOCH; JAKE EWART, individually and |
| 18 | in his official capacity as a police officer for the CITY OF ANTIOCH; JAMES BEDGOOD, |
| 19 | individually and in his official capacity as a police officer for the CITY OF ANTIOCH; ROBERT |
| 20 | GREEN, individually and in his official capacity as a sergeant for the CITY OF ANTIOCH; JAMES |
| 21 | STENGER, individually and in his official capacity as a sergeant for the CITY OF ANTIOCH; |
| 22 | RANDALL GRAGG, individually and in his official capacity as a police officer for the CITY |
| 23 | OF ANTIOCH; KEVIN TJAHJADI, individually and in his official capacity as a police officer for |
| 24 | the CITY OF ANTIOCH; RYAN MCDONALD, individually and in his official capacity as a police |
| 25 | officer for the CITY OF ANTIOCH; MATTHEW KOCH, individually and in his official capacity as |
| 26 | a sergeant for the CITY OF ANTIOCH; DANIEL NAVARRETTE, individually and in his official |
| 27 | capacity as a police officer for the CITY OF ANTIOCH; CASEY BROGDON, individually and |
| 28 | in his official capacity as a police officer for the |

.92363

CITY OF ANTIOCH; JONATHAN DOWNIE, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; STEVEN MILLER, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; ANTIOCH POLICE DEPARTMENT OFFICER MOORE, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; and DOES 26-100, inclusive,

Defendants.

Pursuant to Rule 201 of the Federal Rules of Evidence and the authorities cited below, Defendant James Stenger ("Stenger") respectfully requests that the Court, when considering Stenger's FRCP 12(b)(6) motion to dismiss, take judicial notice of the following documents. Copies of the portions of the Court's file referenced in Steger's motion and herein are attached for the Court's ease of reference.

1. Plaintiffs' Consolidated Complaint filed on February 2, 2024, Dkt. 69, attached hereto as **Exhibit 1**;
2. Plaintiffs' Notice of Death of Plaintiff filed on June 25, 2024, Dkt. 148, attached hereto as **Exhibit 2**;
3. Plaintiffs' Petition to Appoint Deshon Cordova as Guardian ad Litem of Minor Plaintiffs Q.M. and Q.A.M. filed on June 26, 2024, Dkt. 150, attached hereto as **Exhibit 3**;
4. Order Granting Motion to Appoint Deshon Cordova as Guardian ad Litem of Minor Plaintiffs' Q.M. and Q.A.M. filed June 27, 2024, Dkt. 151, attached hereto as **Exhibit 4**;
5. Contra Costa County Superior Court Case Information regarding The People of the State of California v. Mason, Quincy Monquell, Case No. 04001944115, attached as **Exhibit 5**;
6. Plaintiffs' Co-Successor-In-Interest Statement of Q.M. and Q.A.M. filed June 25, 2024, Dkt. 149, attached as **Exhibit 6**;
7. Order Granting in Part and Denying in Part Defendants Rodriguez and Prieto's Motion to Dismiss filed on September 9, 2024, Dkt. 219, attached hereto as **Exhibit 7**;
8. Joint Further Case Management Statement filed November 8, 2024, Dkt. 278, attached hereto as **Exhibit 8**; and,

.92363

9. Joint Further Case Management Statement filed December 2, 2024, Dkt. 289, attached hereto as **Exhibit 9**.

### BASIS FOR REQUESTING JUDICIAL NOTICE

We "may judicially notice a fact that is not subject to reasonable dispute because it . . . can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned," Fed. R. Evid. 201(b), including "court filings and other matters of public record," *Reyn's Pasta Bella, LLC v. Visa USA, Inc*., 442 F.3d 741, 746 n.6 (9th Cir. 2006). We "must take judicial notice if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c).

Kismet Acquisition, LLC v. Diaz-Barba (In re Icenhower), 755 F.3d 1130, 1142 (9th Cir. 2014).

Judicial notice may be taken of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to the matter at issue. *Bias v. Moynihan*, 508 F.3d 1212, 1225 (9th Cir. 2007). See also, *Dunaway v. Cal. Dep't of Corr. & Rehab*., 2015 U.S. Dist. LEXIS 85098 (E.D. Cal. June 30, 2015) (judicial notice granted as to criminal court records) and *Turner v. Sec'y*, 991 F.3d 1208 (11th Cir 2021) (federal court may take judicial notice of a state court's online docket).

DATED: March 25, 2025                                             **DAVIS, BENGTSON & YOUNG, APLC**

By */s/ Steven B. Dippell*
    Eric J. Bengtson
    Steven B. Dippell
    Attorneys for Defendant
    JAMES STENGER