**EXHIBIT 2**

JOHN L. BURRIS Esq., SBN 69888
BENJAMIN NISENBAUM, Esq., SBN 222173
JAMES COOK Esq., SBN 300212
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com
bnisenbaum@gmail.com
james.cook@johnburrislaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENT ALLEN, et al., | Case No.  3:23-cv-01895-VC |
| Plaintiffs, | **NOTICE OF DEATH OF PLAINTIFF** |
| v. | |
| CITY OF ANTIOCH, et al., | |
| Defendants. | |

**TO THE COURT AND ALL PARTIES OF RECORD, PLEASE TAKE NOTICE**

that Plaintiff Quincy Mason, Sr. died on June 28, 2022. His children, minor plaintiffs Q.M. and

Q.A.M., will succeed to his causes of action as set forth in the contemporaneously filed co

successor in interest declarations. Minor plaintiffs shall be represented by their aunt and legal

guardian as of Quincy Mason's death, Deshon Cordova, as set forth in the contemporaneously

filed Petition for Guardian Ad Litem.

DATED:  June 25, 2024                    **LAW OFFICES OF JOHN L. BURRIS**

1

1

2                                                      By:  /s/ *James Cook*
                                                          JOHN BURRIS
3                                                         BENJAMIN NISENBAUM
                                                          JAMES A. COOK
4                                                         Attorneys for Plaintiffs

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28