**EXHIBIT 3**

JOHN L. BURRIS Esq., SBN 69888
BENJAMIN NISENBAUM, Esq., SBN 222173
JAMES COOK Esq., SBN 300212
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com
ben.nisenbaum@johnburrislaw.com
james.cook@johnburrislaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENT ALLEN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF ANTIOCH, et al., <br><br> Defendants. | CASE NO.: 3:23-cv-01895-VC <br><br> **PETITION TO APPOINT DESHON CORDOVA AS GUARDIAN AD LITEM OF MINOR PLAINTIFFS Q.M. AND Q.A.M.** |

I, Deshon Keymonic Cordova, hereby declare:

1. I am the legal guardian of Minor Plaintiffs Q.M. and Q.A.M. Decedent QUINCY MONQUELL MASON, SR. was the father of the children. Minor Plaintiff Q.M. was born in 2010, and is presently thirteen years old. Minor Plaintiff Q.A.M. was born in0 2009 and is presently fifteen years old.

2. Minor Plaintiffs have causes of action against the named defendants herein on which a lawsuit was brought in this court for violation of civil rights under Federal statutes.

3. Plaintiffs' causes of action arise out of an incident which occurred in June 2022, in which Minor Plaintiffs' father, Quincy Mason, Sr., died during an incident with Antioch police officers.

4. No previous petition for appointment of guardian ad litem with respect to these minors has been filed in this matter.

5. Petitioner is willing to serve as the minors' Guardian Ad Litem until such time as the minors turn eighteen years of age. Petitioner is fully competent to understand and protect the rights of the minors. Petitioner has no interest adverse to that of the minors because their interests concerning liability are totally aligned, and their interests concerning damages totally align as well. The measure of damages is individual to the minor plaintiffs, with any amount awarded to the minor plaintiffs not impacting petitioner, and where the nature of the family relationships advance each other's interests, as opposed to being adverse to each other's interests. As the children's legal guardian, Petitioner is also the best person to act in the interest of the minors.

6. Petitioner requests that she be appointed guardian ad litem for their children, to prosecute the above-described causes of action on behalf of the minor plaintiffs, and for such other relief as the Court may deem just and proper.

7. This petition was prepared by the Law Offices of John L. Burris, the lead counsel representing plaintiffs in this action. James Cook, Esq. of Law Offices of John L. Burris also represents Plaintiff and is in agreement with the terms of this Petition. John L. Burris, Esq., Benjamin Nisenbaum, Esq., and James Cook Esq., hereby represent to the Court that they became involved in this case at the request of plaintiffs, and have not received, and do not expect to receive any compensation for their services in connection with this action from any person other than the parties whom they represent in this action.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my personal knowledge, except where stated on information and belief, and to those matters I am informed and believe them to be true. If called as a witness, I would competently testify to those matters stated herein.

Executed on June 25, 2024 at Oakland, California.

/s/ *Deshon Cordova*.
Deshon Cordova