# EXHIBIT 4

JOHN L. BURRIS Esq., SBN 69888
BENJAMIN NISENBAUM, Esq., SBN 222173
JAMES COOK Esq., SBN 300212
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com
ben.nisenbaum@johnburrislaw.com
james.cook@johnburrislaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENT ALLEN, et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>CITY OF ANTIOCH, et al.,<br><br>　　　　Defendants. | CASE NO.: 3:23-cv-01895-VC<br><br>[PROPOSED]<br><br>**ORDER GRANTING MOTION TO APPOINT DESHON CORDOVA AS GUARDIAN AD LITEM OF MINOR PLAINTIFFS Q.M. AND Q.A.M.** |

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, The Court hereby appoints Deshon Cordova as Guardian ad Litem for Minor Plaintiffs Q.M. and Q.A.M.

**IT IS SO ORDERED.**

DATED: __June 27, 2024__　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Honorable Vince Chhabria
　　　　　　　　　　　　　　　　　　　　　United States District Judge

Order for Appointment of Guardian ad Litem
*Allen et al. v. City of Antioch, et al.* 3:23-cv-01895-VC

1