# EXHIBIT 5

## Case Information

04001944115 | THE PEOPLE OF THE STATE OF CALIFORNIA vs. MASON, QUINCY MONQUELL

Case Number
04001944115

Court
Criminal - Pittsburg-Arnason Justice
Center

File Date
09/25/2018

Case Type
Felony

Case Status
Inactive

## Party

Plaintiff
The People of the State of California

Defendant
MASON, QUINCY MONQUELL

DOB
XX/XX/XXXX

Active Attorneys ▾
Lead Attorney
Varnell, Christopher
Retained

## Charge

Charges
MASON, QUINCY MONQUELL

|     | Description | Statute | Level | Date |
| --- | --- | --- | --- | --- |
| 001 | EVADING PEACE OFFICER/DRIVE IN RECKLESS MANNER 0001969143 | VC 2800.2 | Felony | 09/12/2018 |
| 001 | PC12022.1-E: ENH/SPEC ALLEG - OFFENSE COMMITED W/DEF ON BAIL OR OWN RECOGNIZANCE -0000395754 | PC 12022.1 | Unknown | 09/12/2018 |

| | | | | |
|---|---|---|---|---|
| 002 | FELON POSSESSING FIREARM 0001969144 | PC 29800(a)(1) | Felony | 09/12/2018 |
| 002 | PC12022.1-E: ENH/SPEC ALLEG - OFFENSE COMMITED W/DEF ON BAIL OR OWN RECOGNIZANCE -0000395755 | PC 12022.1 | Unknown | 09/12/2018 |
| 999 | PC1170.12-E: 3RD STRIKE: 2+ SERIOUS-VIOL FEL PRIORS/CHRG IS SPECIFIED FEL 0001969296 | PC 1170.12 | Unknown | 09/12/2018 |
| 999 | PC667.5(b)-E: ENH/SPEC ALLEG-PRIOR-ANY FELONY 0001969297 | PC 667.5(b) | Unknown | 09/12/2018 |
| 999 | PC667.5(b)-E: ENH/SPEC ALLEG-PRIOR-ANY FELONY 0001969298 | PC 667.5(b) | Unknown | 09/12/2018 |
| 999 | PC667.5(b)-E: ENH/SPEC ALLEG-PRIOR-ANY FELONY 0001969299 | PC 667.5(b) | Unknown | 09/12/2018 |
| 999 | PC667.5(b)-E: ENH/SPEC ALLEG-PRIOR-ANY FELONY 0001969300 | PC 667.5(b) | Unknown | 09/12/2018 |
| 999 | PC1203(e)(4)-E: ENH/SPEC ALLEG-PRIOR OFFENSES-ELIGIBILITY FOR PROBATION 0001969301 | PC 1203(e)(4) | Unknown | 09/12/2018 |

## Disposition Events

08/27/2019 Plea ▾

| | | |
|---|---|---|
| 001 | EVADING PEACE OFFICER/DRIVE IN RECKLESS MANNER 0001969143 | *No Contest |

09/26/2018 Plea ▾

| | | |
|---|---|---|
| 001 | EVADING PEACE OFFICER/DRIVE IN RECKLESS MANNER 0001969143 | Not Guilty |

09/26/2018 Plea ▾

| | | |
|---|---|---|
| 002 | FELON POSSESSING FIREARM 0001969144 | Not Guilty |

08/27/2019 Disposition ▾

| 001 | EVADING PEACE OFFICER/DRIVE IN RECKLESS MANNER 0001969143 | *Found Guilty - Court |

11/21/2019 Disposition ▾

| 001 | PC12022.1-E: ENH/SPEC ALLEG - OFFENSE COMMITED W/DEF ON BAIL OR OWN RECOGNIZANCE -0000395754 | *Dismissal -Other Dismissal |

08/27/2019 Disposition ▾

| 002 | FELON POSSESSING FIREARM 0001969144 | *Dismissal -Other Dismissal |

08/27/2019 Disposition ▾

| 002 | PC12022.1-E: ENH/SPEC ALLEG - OFFENSE COMMITED W/DEF ON BAIL OR OWN RECOGNIZANCE -0000395755 | *Moot (Enhancement) |

## Events and Hearings

09/25/2018 Initial Complaint Filed

09/25/2018 Custody Status ▾

Comment
CUST STAT CHANGED FROM PEND TO WARR

09/25/2018 Warrant Issue ▾

Comment
ARREST WARRANT ISSUED

09/25/2018 * ▾

Comment
WARRANT ORDERED 09/25/2018

09/25/2018 Custody Status ▾

Comment
CUST STAT CHANGED FROM CUST TO PEND

09/25/2018 Bench Warrant Issued

09/26/2018 Arraignment on Complaint Hearing/ Minute Order ▾

Original Type
Arraignment on Complaint Hearing/ Minute Order

Hearing Time
01:30 PM

Result
Held

09/26/2018 Arraignment on Complaint ▾

Comment
ARRAIGNMENT ARRAIGNMENT

09/26/2018 Defendant's First Appearance

09/26/2018 Arraignment on Complaint ▾

Comment
TRL 0928180845004SCHED TRL 09/28/18, 08:45, 004 250000.00REMANDED BAIL: 250000.00
09/26/2018WARRANT RECALLED/SET ASIDE BAIL4REFERRED TO PROBATION DEPARTMENT PX
1010180845004SCHED PX 10/10/18, 08:45, 004 FRC 1005180820004SCHED FRC 10/05/18, 08:20, 004
ARRAIGNMENTARRAIGNMENT DEFENDANT FIRST APPEARANCE

09/26/2018 Custody Status ▾

Comment
CUST STAT CHANGED FROM WARR TO CUST

09/26/2018 Bench Warrant Recalled

09/28/2018 Trailing Case ▾

Original Type
Trailing Case

Hearing Time
01:30 PM

09/28/2018 Other Pre Disposition Hearing ▾

Comment
OTHER PRE DISPOSITION HEARING OTHER PRE DISPOSITION HEARING

09/28/2018 Other Pre Disposition Hearing ▾

Comment
250000.00REMANDED BAIL: 250000.00 TRL 1002180845004SCHED TRL 10/02/18, 08:45, 004 OTHER PRE DISPOSITION HEARINGOTHER PRE DISPOSITION HEARING

---

10/01/2018 Document Filed ▼

Comment
CASE TRANSFER TO ADO

---

10/02/2018 Trailing Case ▼

Original Type
Trailing Case

Hearing Time
08:45 AM

---

10/02/2018 Other Pre Disposition Hearing ▼

Comment
OTHER PRE DISPOSITION HEARING OTHER PRE DISPOSITION HEARING

---

10/02/2018 Other Pre Disposition Hearing ▼

Comment
250000.00REMANDED BAIL: 250000.00 OTHER PRE DISPOSITION HEARINGOTHER PRE DISPOSITION HEARING

---

10/02/2018 Affidavit of Conflict ▼

Comment
AFFIDAVIT OF CONFLICT FILED

---

10/05/2018 Felony Readiness Conference ▼

Original Type
Felony Readiness Conference

Hearing Time
8:20 AM

---

10/09/2018 Probation Officer Report/ Recommendation ▼

Comment
P.O. REPORT & RECOMMENDATION

---

10/10/2018 Preliminary Hearing/ Minute Order ▼

Original Type
Preliminary Hearing/ Minute Order

Hearing Time
08:45 AM

10/10/2018 Other Pre Disposition Hearing ▼

Comment
OTHER PRE DISPOSITION HEARING OTHER PRE DISPOSITION HEARING

10/10/2018 Other Pre Disposition Hearing ▼

Comment
250000.00REMANDED BAIL: 250000.00 SET 1016180845004SCHED SET 10/16/18, 08:45, 004 OTHER PRE
DISPOSITION HEARINGOTHER PRE DISPOSITION HEARING

10/16/2018 To Set Hearing/ Minute Order ▼

Original Type
To Set Hearing/ Minute Order

Hearing Time
08:45 AM

10/16/2018 Other Pre Disposition Hearing ▼

Comment
OTHER PRE DISPOSITION HEARING OTHER PRE DISPOSITION HEARING

10/16/2018 Other Pre Disposition Hearing ▼

Comment
250000.00REMANDED BAIL: 250000.00 PX 1113181330004SCHED PX 11/13/18, 13:30, 004 FRC
1109180820004SCHED FRC 11/09/18, 08:20, 004 OTHER PRE DISPOSITION HEARINGOTHER PRE
DISPOSITION HEARING

11/09/2018 Felony Readiness Conference ▼

Original Type
Felony Readiness Conference

Hearing Time
8:20 AM

11/13/2018 Preliminary Hearing/ Minute Order ▼

Original Type
Preliminary Hearing/ Minute Order

Hearing Time
01:30 PM

11/13/2018 Other Pre Disposition Hearing ▼

Comment
OTHER PRE DISPOSITION HEARING OTHER PRE DISPOSITION HEARING

11/13/2018 Other Pre Disposition Hearing ▼

Comment
250000.00REMANDED BAIL: 250000.00 SET 1211180845004SCHED SET 12/11/18, 08:45, 004 OTHER PRE DISPOSITION HEARINGOTHER PRE DISPOSITION HEARING

12/11/2018 To Set Hearing/ Minute Order ▼

Original Type
To Set Hearing/ Minute Order

Hearing Time
08:45 AM

12/11/2018 Other Pre Disposition Hearing ▼

Comment
OTHER PRE DISPOSITION HEARING OTHER PRE DISPOSITION HEARING

12/11/2018 Other Pre Disposition Hearing ▼

Comment
250000.00REMANDED BAIL: 250000.00 SET 0115191330004SCHED SET 01/15/19, 13:30, 004 OTHER PRE DISPOSITION HEARINGOTHER PRE DISPOSITION HEARING

01/15/2019 To Set Hearing/ Minute Order ▼

Original Type
To Set Hearing/ Minute Order

Hearing Time
01:30 PM

01/15/2019 Other Pre Disposition Hearing ▼

Comment
OTHER PRE DISPOSITION HEARING OTHER PRE DISPOSITION HEARING

01/15/2019 Other Pre Disposition Hearing ▼

Comment
250000.00REMANDED BAIL: 250000.00 PX 0205191330004SCHED PX 02/05/19, 13:30, 004 FRC 0201190820004SCHED FRC 02/01/19, 08:20, 004 OTHER PRE DISPOSITION HEARINGOTHER PRE DISPOSITION HEARING

02/01/2019 Felony Readiness Conference ▼

Original Type
Felony Readiness Conference

Hearing Time
8:20 AM

02/05/2019 Preliminary Hearing/ Minute Order ▼

Original Type
Preliminary Hearing/ Minute Order

Hearing Time
01:30 PM

02/05/2019 Other Pre Disposition Hearing ▼

Comment
OTHER PRE DISPOSITION HEARING OTHER PRE DISPOSITION HEARING

02/05/2019 Other Pre Disposition Hearing ▼

Comment
250000.00REMANDED BAIL: 250000.00 PX 0227191330004SCHED PX 02/27/19, 13:30, 004 FRC
0222190820004SCHED FRC 02/22/19, 08:20, 004 OTHER PRE DISPOSITION HEARINGOTHER PRE
DISPOSITION HEARING

02/22/2019 Felony Readiness Conference ▼

Original Type
Felony Readiness Conference

Hearing Time
8:20 AM

02/27/2019 Preliminary Hearing/ Minute Order ▼

Original Type
Preliminary Hearing/ Minute Order

Hearing Time
01:30 PM

02/27/2019 Other Pre Disposition Hearing ▼

Comment
OTHER PRE DISPOSITION HEARING OTHER PRE DISPOSITION HEARING

02/27/2019 Other Pre Disposition Hearing ▼

Comment
PX 0320190845004SCHED PX 03/20/19, 08:45, 004 FRC 0315190820004SCHED FRC 03/15/19, 08:20, 004
OTHER PRE DISPOSITION HEARINGOTHER PRE DISPOSITION HEARING

03/15/2019 Felony Readiness Conference ▼

Original Type
Felony Readiness Conference

Hearing Time
8:20 AM

03/20/2019 Preliminary Hearing/ Minute Order ▼

Original Type
Preliminary Hearing/ Minute Order

Hearing Time
08:45 AM

03/20/2019 Other Pre Disposition Hearing ▼

Comment
OTHER PRE DISPOSITION HEARING OTHER PRE DISPOSITION HEARING

03/20/2019 Other Pre Disposition Hearing ▼

Comment
250000.00REMANDED BAIL: 250000.00 PX 0508190845004SCHED PX 05/08/19, 08:45, 004 FRC
0503190820004SCHED FRC 05/03/19, 08:20, 004 OTHER PRE DISPOSITION HEARINGOTHER PRE
DISPOSITION HEARING

05/03/2019 Felony Readiness Conference ▼

Original Type
Felony Readiness Conference

Hearing Time
8:20 AM

05/08/2019 Preliminary Hearing/ Minute Order ▼

Original Type
Preliminary Hearing/ Minute Order

Hearing Time
08:45 AM

05/08/2019 Other Pre Disposition Hearing ▼

Comment
OTHER PRE DISPOSITION HEARING OTHER PRE DISPOSITION HEARING

05/08/2019 Other Pre Disposition Hearing ▼

Comment
SET 0618190845004SCHED SET 06/18/19, 08:45, 004 FRC 0614190820004SCHED FRC 06/14/19, 08:20, 004
OTHER PRE DISPOSITION HEARINGOTHER PRE DISPOSITION HEARING

06/14/2019 Felony Readiness Conference ▼

Original Type
Felony Readiness Conference

Hearing Time
8:20 AM

06/18/2019 To Set Hearing/ Minute Order ▾

Original Type
To Set Hearing/ Minute Order

Hearing Time
8:45 AM

06/18/2019 Other Pre Disposition Hearing ▾

Comment
OTHER PRE DISPOSITION HEARING OTHER PRE DISPOSITION HEARING

06/18/2019 Other Pre Disposition Hearing ▾

Comment
250000.00REMANDED BAIL: 250000.00 PX 0723190845004SCHED PX 07/23/19, 08:45, 004 FRC
0719190820004SCHED FRC 07/19/19, 08:20, 004 OTHER PRE DISPOSITION HEARINGOTHER PRE
DISPOSITION HEARING

07/19/2019 Felony Readiness Conference ▾

Original Type
Felony Readiness Conference

Hearing Time
8:20 AM

07/23/2019 Preliminary Hearing/ Minute Order ▾

Original Type
Preliminary Hearing/ Minute Order

Hearing Time
08:45 AM

07/23/2019 Other Pre Disposition Hearing ▾

Comment
OTHER PRE DISPOSITION HEARING OTHER PRE DISPOSITION HEARING

07/23/2019 Other Pre Disposition Hearing ▾

Comment
OTHER PRE DISPOSITION HEARINGOTHER PRE DISPOSITION HEARING 250000.00REMANDED BAIL:
250000.00 PX 0821190845004SCHED PX 08/21/19, 08:45, 004 FRC 0816190820004SCHED FRC 08/16/19,
08:20, 004

08/16/2019 Felony Readiness Conference ▼

Original Type
Felony Readiness Conference

Hearing Time
8:20 AM

08/21/2019 Preliminary Hearing/ Minute Order ▼

Original Type
Preliminary Hearing/ Minute Order

Hearing Time
08:45 AM

08/21/2019 Other Pre Disposition Hearing ▼

Comment
OTHER PRE DISPOSITION HEARING OTHER PRE DISPOSITION HEARING

08/21/2019 Other Pre Disposition Hearing ▼

Comment
OTHER PRE DISPOSITION HEARINGOTHER PRE DISPOSITION HEARING 250000.00REMANDED BAIL:
250000.00 SET 0827191330004SCHED SET 08/27/19, 13:30, 004

08/27/2019 To Set Hearing/ Minute Order ▼

Original Type
To Set Hearing/ Minute Order

Hearing Time
01:30 PM

Result
Held

08/27/2019 Sentencing Hearing Held ▼

Comment
SENTENCING HRG SENTENCING HRG

08/27/2019 *Conviction Certified by Clerk of the Court

08/27/2019 Sentencing Hearing Held ▼

Comment
SENTENCINGSENTENCING 002PC 12022.1 MOOT NCT 02 ENH PC 12022.1 MOOT 02DSMA CO N04CT 02
DISMISSED BY COURT ORDER 01NOLO PL N04CT 01 NOLO BY PLEA SENTENCING HRGSENTENCING
HRG

08/27/2019 Commitment to State Prison ▼

Comment
COMMITMENT TO STATE PRISON

08/27/2019 Waiver of Rights/Plea Form ▼

Comment
WAIVER RIGHTS

10/07/2019 Initial Reporting to DOJ ▼

Comment
INITIAL REPORTING TO DOJ

10/22/2019 Document Filed ▼

Comment
PROHIB PERSONS RELINQ NON COMP

11/21/2019 Document Filed ▼

Comment
AMENDED ABSTRACT OF JUDGMENT

11/21/2019 Enhancement Admitted ▼

Comment
CT 01 ENH PC 12022.1 DSM