# EXHIBIT 6

1  JOHN L. BURRIS Esq., SBN 69888
   BENJAMIN NISENBAUM, Esq., SBN 222173
2  JAMES COOK Esq., SBN 300212
   **LAW OFFICES OF JOHN L. BURRIS**
3  Airport Corporate Centre
   7677 Oakport Street, Suite 1120
4  Oakland, California 94621
   Telephone: (510) 839-5200
5  Facsimile: (510) 839-3882
   john.burris@johnburrislaw.com
6  ben.nisenbaum@johnburrislaw.com
   james.cook@johnburrislaw.com
7
   *Attorneys for Plaintiffs*
8
                    **UNITED STATES DISTRICT COURT**

                    **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRENT ALLEN, et al., | CASE NO.: 3:23-cv-01895-VC |
| Plaintiffs, | **CO-SUCCESSOR-IN-INTEREST STATEMENT OF Q.M. AND Q.A.M.** |
| vs. | |
| CITY OF ANTIOCH, et al., | |
| Defendants. | |

I, Deshon Keymonic Cordova, hereby declare:

1. I am the Legal Guardian and proposed Guardian ad Litem to the Minor Plaintiffs Q.M. and Q.A.M.

2. Decedent QUINCY MONQUELL MASON died on June 28, 2022 at or near Sutter Delta Medical Center, 3901 Lone Tree Way, Antioch, CA 94509.

3. No proceeding is now pending for administration of either Decedents' estate.

4. Minor Plaintiffs Q.M. and Q.A.M. are the Co-successors-in-interest to QUINCY MONQUELL MASON (as defined in section 377.11 of the California Code of Civil Procedure) and

Successor in Interest Statement
*Allen et al. v. City of Antioch, et al.* 3:23-cv-01895-VC

1

succeeds to the decedents' interests in this action.

5. No other person has a superior right to commence the action or proceeding or to be substituted for the decedent in the pending action or proceeding.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to my personal knowledge, except where stated on information and belief, and to those matters I am informed and believe them to be true. If called as a witness, I would competently testify to those matters stated herein.

Executed on <u>June 25, 2024</u> at Oakland, California.

/s/ *Deshon Cordova*.
Deshon Cordova

**Law Offices of John L. Burris**

Dated: June 25, 2024            /s/ *James Cook*
James Cook Esq.,
*Attorney for Plaintiffs*