# EXHIBIT 9

| | |
|---|---|
| **LEWIS BRISBOIS BISGAARD & SMITH LLP**<br>TONY M. SAIN, SB# 251626<br>  E-Mail: Tony.Sain@lewisbrisbois.com<br>TORI L. N. BAKKEN, SB# 329069<br>  E-Mail: Tori.Bakken@lewisbrisbois.com<br>ABIGAIL J. R. McLAUGHLIN, SB# 313208<br>  E-Mail: Abigail.McLaughlin@lewisbrisbois.com<br>633 West 5th Street, Suite 4000<br>Los Angeles, California 90071<br>Telephone: 213.250.1800<br>Facsimile: 213.250.7900<br><br>Attorneys for Defendants,<br>CITY OF ANTIOCH, FMR. CHIEF TAMMANY BROOKS, FMR. CHIEF TONY MOREFIELD, FMR. CHIEF STEVEN FORD, CPL. SCOTT DUGGAR, OFCR. TOM LENDERMAN, SGT. LOREN BLEDSOE, OFCR. THOMAS SMITH, OFCR. ROBERT GERBER, OFCR. KYLE HILL, OFCR. RYAN GEIS, OCFR. BROCK MARCOTT, SGT. RICK HOFFMAN, FMR. CITY MANAGER KWAME REED, AND JONATHAN ADAMS ("City Defendants") | |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TRENT ALLEN, individually; SHAGOOFA KHAN, individually; ADAM CARPENTER, individually; JOSHUA BUTLER, individually; DEJON RICHARDS, individually; DRESHAWN JACKSON, individually; KARDELL SMITH, individually; DAVID MACKIN, individually, TERRY DWAYNE ROBINSON, JR., individually; MANDINGO CAIN, individually; AMADEO GARCIA, JR., individually; ARON TYSON, individually; DAUNTE GELLINGTON, individually; ROBERT YOUNG, individually; TERRY THOMAS, individually; SHAQUILLE HILLARD, individually; DANYEL EARL LACY, individually; MARCELL LEWIS, individually; GREGORIO YARBOROUGH, individually; QUINCY MASON, individually; TAHJAY MCCULLOUGH, individually;<br><br>Plaintiffs,<br><br>vs. | Case No. 3:23-cv-01895-VC [Consolidated with Case Nos. 23-cv-03773-VC and 3:23-cv-06573-VC and 24-cv-01774-VC]<br>[*Hon. Vince Chhabria, Dist. Judge*]<br><br>**JOINT FURTHER CASE MANAGEMENT STATEMENT**<br><br>Date:     December 9, 2024<br>Time:     2:00 p.m.<br>Crtrm.:   Via Zoom<br><br>Amend. Consol. Complaint Filed: 05/13/2024<br>Complaint Filed (*Pugh*):            03/22/2024<br>Consol. Complaint Filed:            02/02/2024<br>Complaint Filed (*Allen*):            04/19/2023<br>Complaint Filed (*Robinson*):     08/11/2023<br>Deemed Related:                         11/08/2023 |

| | | |
|---|---|---|
| 1 | CITY OF ANTIOCH, a municipal corporation; TAMMANY BROOKS, individually and in his official capacity as police chief for the CITY OF ANTIOCH; TONY MOREFIELD, individually and in his official capacity as interim police chief for the CITY OF ANTIOCH; STEVEN FORD, individually and in his official capacity as interim police chief for the CITY OF ANTIOCH; MATTHEW NUTT, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; JOSH EVANS, individually and in his official capacity as a police sergeant for the CITY OF ANTIOCH; ERIC ROMBOUGH, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; MORTEZA AMIRI, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; SCOTT DUGGAR, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; JOHN RAMIREZ, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; TIMOTHY MANLY WILLIAMS, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; TOM LENDERMAN, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; LOREN BLEDSOE, individually and in his official capacity as a police sergeant for the CITY OF ANTIOCH; THOMAS SMITH, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; CALVIN PRIETO, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; ANDREA RODRIGUEZ, individually and in her official capacity as a police officer for the CITY OF ANTIOCH; JONATHAN ADAMS, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; DEVEN WENGER, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; DANIEL HARRIS, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; ROBERT GERBER, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; KYLE HILL, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; Officer MARCOTT, individually and in his official capacity as a police officer for the | Trial Date (Π Group 1): 09/15/2025<br>Trial Date (Π Group 2): 01/26/2026<br>Trial Date (Π Group 3): 05/26/2026 |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | CITY OF ANTIOCH; ARRON HUGHES, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; RYAN GEIS, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; ANTIOCH POLICE DEPARTMENT OFFICER MOORE, individually and in is official capacity as a police officer for the CITY OF ANTIOCH; and DOES 1-100, inclusive,<br><br>                    Defendants. |

Pursuant to this Court's October 15, 2024 minute order following the October 11, 2024 Further Case Management Conference in the above-captioned matter [Dkt. 266], the Parties hereby submit their Joint Further Case Management Statement and state as follows:

## **TABLE OF CONTENTS**

**Page**

1.  RULINGS MADE AT PREVIOUS CASE MANAGEMENT CONFERENCE...................4

2.  PENDING ISSUES TO BE DISCUSSED AT DECEMBER 9, 2024 CASE MANAGEMENT CONFERENCE. ......................................................................................4

    A.  Status of Discovery. ................................................................................................4

        1.  Depositions..................................................................................................4

        2.  Written Discovery. ......................................................................................7

1. **RULINGS MADE AT PREVIOUS CASE MANAGEMENT CONFERENCE.**

[Group 4 Plaintiffs Deadlines Vacated.] At the November 15, 2024 Case Management Conference, the Court Ordered that, in light of the settlement of all Group 4 Plaintiffs' claims (except Plaintiff Pugh as to his 2020 incident), all deadlines associated with the Group 4 Plaintiffs are vacated. The Court further Ordered that, as to the only remaining claims from that group – Plaintiff Terryonn Pugh's causes of action related to his 2020 incident – such are moved into the Group 3 Plaintiffs.

[Conspiracy Claim Issue.] The Court approved the Parties' joint proposal as to how to litigate the Conspiracy claims. Specifically, each Plaintiff's incident will be tried separately, only the Defendant officers involved in that specific incident will be Defendants at such incident-specific trial, Plaintiffs for that specific incident may proffer evidence (if otherwise found admissible by the Court) that Antioch Police Department officers who are not Defendants for that incident-specific trial were nevertheless involved in a conspiracy with Defendant officers for that incident-specific trial, and those officers who are not Defendants for that incident-specific trial shall not be bound by any verdict or judgment resulting from that incident-specific trial. Plaintiffs agreed and the Court acknowledged that, other than as described above, the Plaintiffs will not pursue claims against any Defendant(s) under the Second Common Cause of Action for Conspiracy to Violate Civil Rights contained in the Plaintiffs' Third Amended Consolidated Complaint for Damages.

The Court further ruled that any fact-based determinations regarding Plaintiffs' conspiracy claim will be determined subject to Federal Rule of Evidence 403 at the time of the applicable Pre-Trial Conference for each group of Plaintiffs.

2. **PENDING ISSUES TO BE DISCUSSED AT DECEMBER 9, 2024 CASE MANAGEMENT CONFERENCE.**

None at this time.

   **A.    Status of Discovery.**

   *1.    Depositions.*

[Additional PMK Deposition.] After the November 15, 2024 deposition of a Person Most Knowledgeable ("PMK") as to Defendant City's retention of and search for records relevant to this

matter, Plaintiffs also requested a PMK deposition as to the following topics: (1) reporting requirements on Antioch Police Department ("APD") officers when they reasonably suspect or believe that fellow APD officer(s) have violated law and/or APD policy; and (2) any revisions to APD policy/practice to address deficiencies exposed in APD policy/practice re: failure of APD officers to report fellow APD officers who are suspected or reasonably believed to have violated law and/or APD policy. The Parties are currently meeting and conferring regarding the scheduling of this deposition, which is likely to occur in February 2025.

[Additional Non-Party APD Officer Depositions.] On November 18, 2024, Plaintiffs requested availability for the depositions of (1) Lt. Matthew Koch; (2) Sgt. Jimmy Wisecarver; (3) Sgt. James Stenger; and (4) Cpl. Steven McElroy within the next 2-3 months. The Parties are currently meeting and conferring regarding the scheduling of these depositions.

[Current Deposition Schedule.] As a reminder, the current incident-related deposition schedule is as follows:

*Plaintiff Trent Allen Incident.*

Plaintiff Trent Allen on February 21, 2025 at 10:00 a.m. at Valley State Prison by City Defendants;

Defendant Officer Brock Marcotte on January 23, 2025 at 10:00 a.m. at Plaintiffs' counsels' office by Plaintiffs;

Defendant Officer Scott Duggar on January 23, 2025 at 2:00 p.m. at Plaintiffs' counsels' office by Plaintiffs;

Defendant Officer Robert Gerber on January 17, 2025 at 10:00 a.m. via Zoom by Plaintiffs;

Defendant Officer Jonathan Adams on February 20, 2025 at 10:00 a.m. at Plaintiffs' counsels' office by Plaintiffs;

Non-party incident witness Amuri Pittman on January 22, 2025 at 10:00 a.m. at LBBS Walnut Creek by City Defendants.

*Plaintiff Terryon Pugh Incident*.

Plaintiff Terryonn Pugh on February 28, 2025 at 10:00 a.m. at Valley State Prison by City Defendants (This deposition will also include the November 10, 2020 incident involving Defendants



149442987.1     5     3:23-cv-01895-VC
JOINT FURTHER CASE MANAGEMENT STATEMENT

1    Nutt, Prieto, and Rodriguez, which is currently in Trial Group 3, if such is not settled or dismissed
2    prior to such date);
3        Non-party witness Armonie Pugh on January 10, 2025 at 10:00 a.m. at LBBS Walnut Creek
4    by City Defendants.
5        *Plaintiff Jamari Allen Incident.*
6        Plaintiff Jamari Allen on January 9, 2025 at 10:00 a.m. at LBBS Walnut Creek by City
7    Defendants.
8        *Plaintiff Terry Robinson, Jr. Incident.*
9        Plaintiff Terry Robinson, Jr. on January 8, 2025 at 10:00 a.m. at LBBS Walnut Creek by
10   City Defendants;
11       Defendant Officer Matthew Nutt on February 18, 2025 at 10:00 a.m. at Plaintiffs' counsels'
12   office by Plaintiffs;
13       Defendant Officer Scott Duggar on January 23, 2025 at 2:00 p.m. at Plaintiffs' counsels'
14   office by Plaintiffs (to be combined with his deposition scheduled related to the Trent Allen
15   incident);
16       Non-party witness Terrel Green on February 26, 2025 at 10:00 a.m. at LBBS Walnut Creek
17   by City Defendants.
18       *Plaintiff Quincy Mason Incident.*
19       Guardian *ad Litem* Deshon Cordova for minor Plaintiffs Q.M. and Q.M. on January 21, 2025
20   at 10:00 a.m. at LBBS Walnut Creek by City Defendants;
21       Non-party witness Ashley Jones on February 26, 2025 at 2:00 p.m. at LBBS Walnut Creek
22   by City Defendants;
23       Defendant Sergeant Rick Hoffman on March 4, 2025 at 10:00 a.m. at Plaintiffs' counsels'
24   office by Plaintiffs;
25       Defendant Officer Brock Marcotte on January 23, 2025 at 10:00 a.m. at Plaintiffs' counsels'
26   office by Plaintiffs (to be combined with his deposition scheduled related to the Trent Allen
27   incident);
28



1 Defendant Officer Jonathan Adams on February 20, 2025 at 10:00 a.m. at Plaintiffs' counsels' office by Plaintiffs (to be combined with his deposition scheduled related to the Trent Allen incident).

Sr. Inspector Larry Wallace on February 7, 2025 at 10:00 a.m. at Plaintiffs' counsel's office by Plaintiffs.

### 2. *Written Discovery.*

[Meet and Confer Efforts and Related Actions.] On November 13, 2024, the City Defendants' counsel and Plaintiffs' counsel met and conferred about the status of discovery and City Defendants' production of relevant documents in this matter. The Parties agreed that remaining production and responses to outstanding issues can be achieved in phases, based on the impending deadlines for trial groups and settlement conference groups. Currently, the prioritization is as to the Trial Group 1 and Settlement Group 3 Plaintiffs (due to the upcoming Settlement Conference focused on these plaintiffs) and specific items addressed in Plaintiffs' November 1, 2024 Meet and Confer Letter.

City Defendants produced the first batch of documents (2,153 photographs and 77 a/v files) subject to this agreement on November 14, 2024. These were evidence files related to the Trent Allen/Terryonn Pugh case (APD Case No. 21001905) which led to the March 31, 2021 arrest incidents at issue in the instant case. The evidence files included photographs of subjects, evidence, vehicles and residences being investigated in association with the case, as well as audio witness statements and video recordings capturing parts of the underlying criminal incident or activities related to the criminal investigation. They also reproduced items identified by Defendants as produced, but that Plaintiffs contended that they never received. City Defendants anticipate the next batch of production will be served on or before December 4, 2024, so as to give Plaintiffs enough time to analyze the production before the Settlement Conference on December 11, 2024. City Defendants also agreed that this production will include a revised privilege log that is compliant with the Federal Rules of Civil Procedure P and Magistrate Judge Sallie Kim's Standing Orders.

1       [<u>Plaintiffs' Interrogatories, Set One.</u>]  On November 18, 2024, Defendants Duggar,
2 Marcotte, Adams, Hill, Bledsoe, Gerber, Geis, Smith, and Lenderman served responses to Plaintiffs'
3 Interrogatories, Set One.

4       [<u>Plaintiffs' Request for Production of Documents, Set Five.</u>]  On November 18, 2024,
5 Defendants served their responses to Plaintiffs' Request for Production of Documents, Set Five to
6 Defendant City of Antioch.

7       [<u>Plaintiffs' Requests for Admission, Set Two</u>.]  On November 19, 2024, Plaintiffs served
8 Requests for Admission ("RFA"), Set Two to Defendants Jonathan Adams, Robert Gerber, Brock
9 Marcotte, Joshua Evans, Aaron Hughes, and John Ramirez, to which Defendants will timely
10 respond.

11       Some of the individual Defendants and the Plaintiffs are also engaged in the exchange of
12 written discovery, including Defendant Devon Wenger, who served RFP (Set One), Interrogatories
13 (Set One), and RFA (Set One) to Plaintiffs Jamari Allen and Kardell Smith on October 24, 2024.

14       Plaintiff Jamari Allen served his responses to Defendant Wenger's written discovery on
15 November 22, 2024.  Plaintiff Kardell Smith served his responses on November 29, 2024.  Kardell
16 Smith's responses to the Interrogatories remain unverified. Plaintiffs indicated in the service of
17 Kardell Smith's responses that his verification is forthcoming shortly.  Defendant Wenger believes
18 that Smith's responses to the RFP (Set One) are evasive.  The parties will meet and confer on these
19 discovery responses.

20       [<u>Plaintiffs' Response to Defendant Wenger's Alleged Concerns re: Kardell Smith's</u>
21 <u>Responses to Written Requests.</u>]  Defendants have not initiated any meet and confer efforts
22 regarding Plaintiff Kardell Smith's responses to Defendant Wenger's Requests for Admission
23 and/or Interrogatories and Defendants' inclusion of this alleged issue in the parties' emails regarding
24 this Joint Further Case Management Statement is the first time Plaintiffs were made aware of any
25 issues with such responses. Plaintiffs believe Mr. Smith answered the subject requests timely,
26 completely, and consistently with the Federal Rules of Civil Procedure and Northern District of
27 California Local Rules.

28

149442987.1        8        3:23-cv-01895-VC
JOINT FURTHER CASE MANAGEMENT STATEMENT

[Plaintiffs' List of Outstanding Discovery Issues.] On November 18, 2024, Plaintiffs sent Defendants a list of items Plaintiffs identified as still missing and/or incomplete from City Defendants' discovery production as to Plaintiffs Trent Allen and Terryonn Pugh's case (APD Case # 21001905), including but not limited to: Reports to related APD cases [APD Case No.'s: 20-7227, 20-9627, 20-10241, and 20-1614]; Search warrants; Wiretap warrant and affidavit; and Recorded interviews of Plaintiff Trent Allen and other non-party witnesses. Plaintiffs also notified Defendants via email on November 19, 2024, that the documents produced labeled "007 Photos of Pugh in Hospital" [APD 008740-APD 008750] are not photos of Terryonn Pugh in the hospital as claimed.

On November 18, 2024, Plaintiffs emailed Defendants a reminder to produce the relevant APD Policies No.'s 326.1.1 (Report Preparation) and 607 (Digital Evidence) which had been identified by Lt. Bittner during the PMK Deposition. Defendants have agreed to include this in the forthcoming December 4, 2024, production.

On November 19, 2024, Counsel for Plaintiffs emailed Defendants an updated version of the November 1, 2024 list of discovery Plaintiffs identified as missing and/or incomplete from Defendants' production as to all plaintiffs. The updated list was provided to verify and keep track of any responsive items produced by Defendants as of November 19, 2024, by "striking out" such items from the original list. Items that remain missing and/or incomplete have not been altered so Defendants can include them in their forthcoming production.

[Plaintiffs' Concerns re: Defendants' Responses to Written Requests.] Plaintiffs' Counsel are concerned about the incomplete and apparently evasive responses to Plaintiffs' Requests for Admission and/or Interrogatories by some of the defendants, particularly those represented by Counsel for the City.

[Defendants' Response to Plaintiffs' Alleged Concerns re: Defendants Responses to Written Requests.] Plaintiffs have not initiated any meet and confer efforts regarding Defendants' responses to Plaintiffs' Requests for Admission and/or Interrogatories and Plaintiffs' inclusion of this alleged issue in this Joint Further Case Management Report is the first time Defendants were made aware of any issues with such responses. Defendants believe they answered the subject requests timely,

completely, and consistently with the Federal Rules of Civil Procedure and Northern District of California Local Rules.

DATED: December 2, 2024         **LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: */s/ Tony M. Sain*
 TONY M. SAIN
 TORI L. N. BAKKEN
 ABIGAIL J.R. McLAUGHLIN
Attorneys for Defendants,
CITY OF ANTIOCH, FMR. CHIEF TAMMANY BROOKS, FMR. CHIEF TONY MOREFIELD, FMR. CHIEF STEVEN FORD, CPL. SCOTT DUGGAR, OFCR. TOM LENDERMAN, SGT. LOREN BLEDSOE, OFCR. THOMAS SMITH, OFCR. ROBERT GERBER, OFCR. KYLE HILL, OFCR. RYAN GEIS, OCFR. BROCK MARCOTT, SGT. RICK HOFFMAN, FMR. CITY MANAGER KWAME REED, AND JONATHAN ADAMS ("City Defendants")

DATED: December 2, 2024

By: */s/ Carmela Caramagno*
 CARMELA CARAMAGNO
Attorneys for Plaintiff,
TERRYONN PUGH



| | | |
|---|---|---|
| DATED: December 2, 2024 | | BURRIS NISENBAUM CURRY & LACY, LLP |

By: _____/s/ Katherine MacElhiney_____
 JOHN BURRIS
 BEN NISENBAUM
 JAMES COOK
 KATHERINE MACELHINEY
Attorneys for Plaintiffs,
TRENT ALLEN, SHAGOOFA KHAN, ADAM CARPENTER, JOSHUA BUTLER, DEJON RICHARDS, DRESHAWN JACKSON, KARDELL SMITH, DAVID MACKIN, TERRY DWAYNE ROBINSON, JR., MANDINGO CAIN, AMADEO GARCIA, JR., ARON TYSON, DAUNTE GELLINGTON, ROBERT YOUNG, TERRY THOMAS, SHAQUILLE HILLARD, DANYEL EARL LACY, MARCELL LEWIS, GREGORIO YARBOROUGH, QUINCY MASON, TAHJAY MCCULLOUGH

DATED: December 2, 2024    RIDLEY MASTER

By: _____/s/ Todd H. Master_____
 TODD H. MASTER
 SHANGYAYI LIU
Attorneys for Defendant,
MORTEZA AMIRI

DATED: December 2, 2024    LONGYEAR & LAVRA

By: _____/s/ Nicole M. Cahill_____
 VAN LONGYEAR
 NICOLE M. CAHILL
Attorneys for Defendant,
JOSHUA EVANS

DATED: December 2, 2024    COLLINS & COLLINS

By: _____/s/ Robert C. Leiford III_____
 MICHAEL WRONIAK
 ROBERT C. LEIFORD III
Attorneys for Defendant,
AARON HUGHES

| | | |
|---|---|---|
| DATED: December 2, 2024 | | McNAMARA, AMBACHER, WHEELER, HIRSIG, & GRAY |

By:  */s/ Noah Blechman*
NOAH BLECHMAN
Attorneys for Defendant,
TIMOTHY MANLY WILLIAMS

DATED: December 2, 2024    LITIGATION ENGINEERED

By:  */s/ Chester Walls*
CHESTER WALLS
Attorneys for Defendant,
MATTHEW NUTT

DATED: December 2, 2024    DAVIS BENGSTON & YOUNG

By:  */s/ Steven B. Dippell*
STEVEN B. DIPPELL
Attorneys for Defendant,
CALVIN PRIETO

DATED: December 2, 2024    CMTR LAW

By:  */s/ Edward Vieira-Ducey*
JOHN ROBINSON
EDWARD VIEIRA-DUCEY
Attorneys for Defendant,
ANDREA RODRIGUEZ

DATED: December 2, 2024    AGHW LAW

By:  */s/ Dale Allen*
DALE ALLEN
Attorneys for Defendant,
ERIC ROMBOUGH

DATED: December 2, 2024           RIVERA HEWITT PAUL

                                  By:  _____/s/ Wendy Motooka_____
                                       JONATHAN PAUL
                                       WENDY MOTOOKA
                                       Attorneys for Defendant,
                                       DEVON WENGER

DATED: December 2, 2024           CLAPP, MORONEY, VUCINICH, BEEMAN & SCHELEY

                                       _____/s/ Kenny C. Park_____
                                       JEFFREY VUCINICH
                                       KENNY C. PARK
                                       Attorneys for Defendant,
                                       JOHN RAMIREZ

**FEDERAL COURT PROOF OF SERVICE**
ALLEN, et al. v. CITY OF ANTIOCH, et al. LBBS File No: #55035.3
USDC/Northern District Case No. 3:23-cv-01895-VC

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On December 2, 2024, I served the following document(s): JOINT FURTHER CASE MANAGEMENT STATEMENT

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on December 2, 2024, at Los Angeles, California.

/s/ Abigail J. R. McLaughlin
Abigail J. R. McLaughlin

## SERVICE LIST
## ALLEN, et al. v. CITY OF ANTIOCH, et al. LBBS File No: #55035.3
## USDC/Northern District Case No. 3:23-cv-01895-VC
### [Consolidated with ROBINSON, et al. Case No. 23-cv-03773-SI and 3:23-cv-06573-VC]

| | |
|---|---|
| John L. Burris, Esq.<br>Benjamin Nisenbaum, Esq.<br>James Cook, Esq.<br>Katherine MacElihiney, Esq.<br>Crystal Mackey<br>LAW OFFICES OF BURRIS, NISENBAUM, CURRY, & LACY<br>Airport Corporate Centre<br>7677 Oakport Street, Suite 1120<br>Oakland, CA 94621<br>Tel: (510) 839-5200<br>Fax: (510) 839-3882<br>john.burris@johnburrislaw.com<br>bnisenbaum@gmail.com<br>james.cook@johnburrislaw.com<br>Katherine@bncllaw.com<br>crystal.mackey@johnburrislaw.com<br>krithi.basu@bncllaw.com | **ATTORNEYS FOR PLAINTIFFS:**<br>**TRENT ALLEN, SHAGOOFA KHAN, ADAM CARPENTER, JOSHUA BUTLER, DEJON RICHARDS, DRESHAWN JACKSON, KARDELL SMITH, DAVID MACKIN, AMADEO GARCIA, ARON TYSON, DAUNTE GELLINGTON, DIEGO SAVALA, MANDINGO CAIN, ROBERT YOUNG, TERRY ROBINSON, TERRY THOMAS,** |
| Dale Allen, Esq.<br>Matthew Matejcek<br>ALLEN, GLAESSNER, HAZELWOOD, & WERTH LLP<br>180 Montgomery Street, Suite 1200<br>San Francisco, CA 94104<br>Tel: (415) 697-2000<br>Fax: (415) 813-2045<br>DAllen@aghwlaw.com;<br>tcostes@aghwlaw.com;<br>erodas@aghwlaw.com | **ATTORNEYS FOR DEFENDANT:**<br>**ERIC ROMBOUGH** |
| Noah Blechman<br>John Swafford<br>Sabrina Ahia<br>McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP<br>3480 Buskirk Avenue, Suite 250<br>Pleasant Hill, CA 94523<br>Tel: (925) 939-5330<br>Fax: (925) 939-0203<br>noah.blechman@mcnamaralaw.com;<br>John.Swafford@mcnamaralaw.com;<br>sabrina.ahia@mcnamaralaw.com | **ATTORNEYS FOR DEFENDANT:**<br>**TIMOTHY MANLY WILLIAMS** |

| | | |
|---|---|---|
| 1 | Todd Master<br>Shangyayi Liu | **ATTORNEYS FOR DEFENDANT:**<br>**MORTEZA AMIRI** |
| 2 | **RIDLEY♦ MASTER**<br>1900 O'Farrell Street, Suite 280 | |
| 3 | San Mateo, CA 94403<br>Tel: (650) 365-7715 | |
| 4 | Fax: (650) 364-2597<br>tmaster@hrmrlaw.com | |
| 5 | sliu@hrmrlaw.com<br>fkelly@hrmrlaw.com | |
| 6 | | |
| 7 | John Robinson<br>Edward Viera-Ducey | **ATTORNEYS FOR DEFENDANT:**<br>**ANDREA RODRIGUEZ** |
| 8 | **CASTILLO MORIARTY TRAN AND ROBINSON LLP** | |
| 9 | 75 Southgate Avenue<br>Daly City, CA 94015 | |
| 10 | Tel: (415) 213-4098<br>jrobinson@cmtrlaw.com; | |
| 11 | evieira-ducey@cmtrlaw.com<br>kkarpenske@cmtrlaw.com | |
| 12 | | |
| 13 | Jonathan Paul<br>Wendy Motooka | **ATTORNEYS FOR DEFENDANT:**<br>**DEVON WENGER** |
| 14 | **RIVERA HEWITT PAUL LLP**<br>11341 Gold Express Drive, Suite 160 | |
| 15 | Gold River, CA 95670<br>Tel: (916) 922-1200 | |
| 16 | jpaul@rhplawyers.com;<br>wmotooka@rhplawyers.com; | |
| 17 | mgreen@rhplawyers.com | |
| 18 | | |
| 19 | Eric J. Bengtson, Esq.<br>Steven B. Dippell, Esq. | **ATTORNEYS FOR DEFENDANT:**<br>**CALVIN PRIETO** |
| 20 | **DAVIS, BENGTSON & YOUNG, APLC**<br>1960 The Alameda, Suite 210 | |
| 21 | San Jose, CA 95126<br>Tel. (408) 261-4206 – direct line | |
| 22 | Fax: (408) 985-1814 – fax<br>SDippell@dby-law.com; | |
| 23 | eric@dby-law.com;<br>jheaton@dby-law.com | |
| 24 | mnery@dby-law.com | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

149442987.1                                                    iii                                          3:23-cv-01895-VC
JOINT FURTHER CASE MANAGEMENT STATEMENT

Kenny C. Park, Esq.
Jeffrey M. Vucinich, Esq.
**CLAPP, MORONEY, VUCINICH, BEEMAN and SCHELEY**
A PROFESSIONAL CORPORATION
1730 S El Camino Real, Suite 500
San Mateo, CA 94402
Tel. (650) 989-5400
Fax. (650) 989-5499
JVucinich@clappmoroney.com;
kpark@clappmoroney.com

**ATTORNEYS FOR DEFENDANT:
OFFICER JOHN RAMIREZ**

Nicole M. Cahill, Esq.
Van Longyear, Esq.
Ashley M. Calvillo, Essq.
**LONGYEAR & LAVRA, LLP**
555 University Avenue, Suite 280
Sacramento, CA  95825
Tel: (916) 974-8500
Fax: (916) 974-8510
longyear@longyearlaw.com
cahill@longyearlaw.com
calvillo@longyearlaw.com
gonzales@longyearlaw.com

**ATTORNEYS FOR DEFENDANT:
JOSHUA EVANS**

Chester E. Walls, Esq.
**Litigation Engineered**
1300 E. Shaw Avenue, Suite 125
Fresno, CA 93710
Mobile (559) 593-8707
Telephone (559) 221-2771  (Ext. 104)
Facsimile (559) 221-2775
cew@litg-engr.com;
drp@litg-engr.com

**ATTORNEY FOR DEFENDANT:
MATTHEW NUTT**