**LEWIS BRISBOIS BISGAARD & SMITH LLP**
TONY M. SAIN, SB# 251626
E-Mail: Tony.Sain@lewisbrisbois.com
TORI L. N. BAKKEN, SB# 329069
E-Mail: Tori.Bakken@lewisbrisbois.com
ABIGAIL J. R. McLAUGHLIN, SB# 313208
E-Mail: Abigail.McLaughlin@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendants, CITY OF ANTIOCH, FMR. CHIEF TAMMANY BROOKS, FMR. CHIEF TONY MOREFIELD, FMR. CHIEF STEVEN FORD, CPL. SCOTT DUGGAR, OFCR. TOM LENDERMAN, SGT. LOREN BLEDSOE, OFCR. THOMAS SMITH, OFCR. ROBERT GERBER, OFCR. KYLE HILL, OFCR. RYAN GEIS, SGT. RICK HOFFMAN, JONATHAN ADAMS, CONSTANTINE KAWALYA, RYAN DUFF, JACOB KING, ASHLEY LUNDIN, GARY LOWTHER, KYLE SMITH, ROBERT GREEN, JONATHAN DOWNIE, DUSTIN DIBBLE, KEVIN TJAHJADI, STEVEN MILLER, JIMMY WISECARVER, JOHN FORTNER, DANIEL NAVARETTE, RYAN MCDONALD ("City Defendants")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

TRENT ALLEN, individually; SHAGOOFA KHAN, individually; ADAM CARPENTER, individually; JOSHUA BUTLER, individually; DEJON RICHARDS, individually; DRESHAWN JACKSON, individually; KARDELL SMITH, individually; DAVID MACKIN, individually, TERRY DWAYNE ROBINSON, JR., individually; MANDINGO CAIN, individually; AMADEO GARCIA, JR., individually; ARON TYSON, individually; DAUNTE GELLINGTON, individually; ROBERT YOUNG, individually; TERRY THOMAS, individually; SHAQUILLE HILLARD, individually; DANYEL EARL LACY, individually; KAYCEE SUITTER, individually; MARCELL LEWIS, individually; GREGORIO YARBOROUGH,

Case No. 3:23-cv-01895-VC [Consolidated with Case Nos. 23-cv-03773-VC and 3:23-cv-06573-VC and 24-cv-01774-VC]
[*Hon. Vince Chhabria, Dist. Judge*]

**JOINT FURTHER CASE MANAGEMENT STATEMENT**

Date: April 7, 2025
Time: 2:00 p.m.
Crtrm.: Via Zoom

Amend. Consol. Complaint Filed: 02/03/2025
Complaint Filed (*Pugh*): 03/22/2024
Consol. Complaint Filed: 02/02/2024

LEWIS BRISBOIS BISGAARD & SMITH LLP ATTORNEYS AT LAW

individually; QUINCY MASON, individually; TAHJAY MCCULLOUGH, individually; JAMARI ALLEN, individually;

Plaintiffs,

vs.

CITY OF ANTIOCH, a municipal corporation; ROB BERNALL, individually and in his official capacity as the City Manager for the CITY OF ANTIOCH; CORNELIUS JOHNSON, individually and in his official capacity as the City Manager for the CITY OF ANTIOCH; FORREST EBBS, individually and in his official capacity as the City Manager for the CITY OF ANTIOCH; KWAME REED, individually and in his official capacity as the City Manager for the CITY OF ANTIOCH; TAMMANY BROOKS, individually and in his official capacity as police chief for the CITY OF ANTIOCH; TONY MOREFIELD, individually and in his official capacity as interim police chief for the CITY OF ANTIOCH; STEVEN FORD, individually and in his official capacity as police chief for the CITY OF ANTIOCH; MATTHEW NUTT, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; JOSH EVANS, individually and in his official capacity as a police sergeant for the CITY OF ANTIOCH; ERIC ROMBOUGH, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; MORTEZA AMIRI, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; SCOTT DUGGAR, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; JOHN RAMIREZ, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; TIMOTHY MANLY WILLIAMS, individually and in his official; capacity as a police officer for the CITY OF ANTIOCH; TOM LENDERMAN, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; LOREN BLEDSOE, individually and in his official capacity as a police sergeant for the CITY OF ANTIOCH; THOMAS SMITH, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; CALVIN PRIETO, individually and in his official capacity as a police officer for the

Complaint Filed (*Allen*): 04/19/2023
Complaint Filed (*Robinson*): 08/11/2023
Deemed Related: 11/08/2023

Trial Date (Π Group 1): 09/15/2025
Trial Date (Π Group 2): 01/26/2026
Trial Date (Π Group 3): 05/26/2026

CITY OF ANTIOCH; ANDREA RODRIGUEZ, individually and in her official capacity as a police officer for the CITY OF ANTIOCH; JONATHAN ADAMS, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; DEVON WENGER, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; DANIEL HARRIS, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; ROBERT GERBER, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; KYLE HILL, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; Officer BROCK MARCOTTE, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; AARON HUGHES, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; RYAN GEIS, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; RICK HOFFMAN, individually and in his official capacity as a sergeant for the CITY OF ANTIOCH; JIMMY WISECARVER, individually and in his official capacity as a sergeant for the CITY OF ANTIOCH; JOHN FORTNER, individually and in his official capacity as a lieutenant for the CITY OF ANTIOCH; BRAYTON MILNER, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; DEVIN EIGARD, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; CONSTANTINE KAWALYA, individually, and in his official capacity as a police officer for the CITY OF ANTIOCH; RYAN DUFF, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; JACOB KING, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; GUSTAVO JIMENEZ, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; ASHLEY LUNDIN, individually and in her official capacity as a police officer for the CITY OF ANTIOCH; GARY LOWTHER, individually and in his official capacity as a police sergeant for the CITY OF ANTIOCH; DUSTIN DIBBLE, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; KYLE SMITH, individually and in his official capacity as a



police officer for the CITY OF ANTIOCH; JAKE EWART, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; JAMES BEDGOOD, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; ROBERT GREEN, individually and in his official capacity as a sergeant for the CITY OF ANTIOCH; JAMES STENGER, individually and in his official capacity as a sergeant for the CITY OF ANTIOCH; RANDALL GRAGG, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; KEVIN TJAHJADI, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; RYAN MCDONALD, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; MATTHEW KOCH, individually and in his official capacity as a sergeant for the CITY OF ANTIOCH; DANIEL NAVARRETTE, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; CASEY BROGDON, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; JONATHAN DOWNIE, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; STEVEN MILLER, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; ANTIOCH POLICE DEPARTMENT OFFICER MOORE, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; and DOES 26-100, inclusive,

Defendants.

Pursuant to this Court's October 15, 2024 minute order following the October 11, 2024 Further Case Management Conference in the above-captioned matter [Dkt. 266], the Parties hereby submit their Joint Further Case Management Statement and state as follows:

# TABLE OF CONTENTS

**Page**

1. RULINGS MADE AT PREVIOUS CASE MANAGEMENT CONFERENCE....................6

2. PENDING ISSUES TO BE DISCUSSED AT APRIL 7, 2025 CASE MANAGEMENT CONFERENCE......................................................................6

A. Status of Discovery. ..............................................................................6

1. Depositions...............................................................................6

2. Written Discovery. ....................................................................6

B. Status of Newly Added Defendants .........................................................8

C. Update re Parties' Settlement Efforts. .....................................................9

1. Settlement of Plaintiffs...............................................................9



**1.     RULINGS MADE AT PREVIOUS CASE MANAGEMENT CONFERENCE.**

On February 24, 2025, at the previous Case Management Conference, the Court noted that Plaintiffs provided Defendant Officer Rombough's plea agreement to the Court and all parties. [*See* Dkt. 334.] Accordingly, Plaintiffs' Motion for Partial Summary Judgment for Plaintiff Trent Allen will be filed on Monday, March 31, 2025. Plaintiffs will also be filing a Motion for Summary Judgment for Plaintiff Terry Robinson against Defendant Matthew Nutt. Plaintiff Jessie Wilson's Motion for Summary Judgment will be forthcoming as well. [*Id.*] The Court stated that it would be amenable to tweaking discovery deadlines as necessary due to the new Defendants and Counsel coming in as a result of Plaintiffs' Fourth Amended Consolidated Complaint. [*Id.*] However, trial dates are to remain as set. [*Id.*]

**2.     PENDING ISSUES TO BE DISCUSSED AT APRIL 7, 2025 CASE MANAGEMENT CONFERENCE.**

The Parties will have an update for the Court as to the five Mandatory Settlement Conferences that occurred on March 25, 2025, March 27, 2025, April 1, 2025, April 2, 2025, and April 3, 2025. Additionally, City Defendants intend to have an update for the Court as to the withdrawal and substitution of their counsel. The City has been making diligent efforts to find appropriate and available counsel for all City Defendants.

The parties have worked diligently to complete depositions, and depending on the ongoing settlement conferences, it is expected less will be necessary. The parties will update the Court on the status of depositions at the case management conference.

   **A.     Status of Discovery.**

      ***1.     Depositions.***

The Parties are continuing to schedule, notice, and take depositions of the parties (plaintiffs and defendants), third party witnesses, and Persons Most Knowledgeable ("PMKs").

      ***2.     Written Discovery.***

[Defendant Officers' Responses to Plaintiffs' Requests for Admissions, Set One.] On March 28, 2025, Defendant Evans served responses to Plaintiffs' Request for Admissions, Set One.

Defendant Officers Duggar, Marcotte, Gerber, Adams, Thomas Smith, McDonald, and Hoffman are currently in the process of drafting responses.

Plaintiffs have served written discovery on Officer Rombough, and defendant Rombough intends to serve written discovery on those plaintiffs who have not settled. Plaintiffs contend that they should be able to proceed with discovery against Defendants Rombough and Amiri now that Defendant Amiri's criminal trial is over, but the parties have agreed on a practical and efficient management of work in light of ongoing settlement proceedings. Specifically, Plaintiffs have agreed to give Defendant Rombough a three-week extension to respond to Plaintiffs' written discovery after the conclusion of the settlement conferences on April 1, April 2, and April 3, 2025. The parties will update the Court on the status of discovery as to these Defendants at the case management conference.

[Plaintiffs' Requests for Admissions to Defendant Officers.] On March 21, 2025, Plaintiffs served Requests for Admission to Defendant Officers Adams, Gerber, Bledsoe, Thomas Smith, Tjahjadi, Hoffman, Kyle Smith, McDonald, and Stenger.

[Plaintiffs' Interrogatories and Requests for Production of Documents to Defendant Officers, Set One.] On March 24, 2025, Plaintiffs served Interrogatories and Requests for Production of Documents, Set One to Defendant Officers Kyle Smith, Tjahjadi, Stenger, Hoffman, Green, and Dibble.

[Meet and Confer Letters.] On March 18, 2025 and March 19, 2025, Plaintiffs served responses to City Defendants' Interrogatories and Requests for Production of Documents identified in their February 4, 2025, meet and confer letter. Additionally, on March 20, 2025, Plaintiffs served supplemental responses to City Defendants' Requests for Production of Documents to Plaintiffs Butler, Jackson, Carpenter, Trent Allen, Khan, and Smith.

[Extension of Group 1 Fact Discovery Deadline.] Pursuant to a stipulation between newly added Defendant Stenger and Plaintiffs, on March 26, 2025, the Court entered an order (Dkt. 357) extending the Group 1 fact discovery deadline as between them from April 25 to May 12, 2025, to allow for discussion of the discovery schedule at the upcoming case management conference. Adjustments of the discovery deadlines and other trial preparation deadlines may be appropriate in

light of the newly named defendants and the anticipated entry of new legal counsel for the City Defendants.

Defendant Wenger will also need to request an extension of the fact discovery deadline, unless plaintiff Jamari Allen's claims are resolved via settlement conference this week. Wenger's criminal trial earlier this month on the conspiracy to violate civil rights claims resulted in a mistrial. His criminal defense counsel has been relieved of the representation and Wenger has been granted until April 8 to obtain new counsel or to request a hearing before the Magistrate Judge to appoint new counsel. The retrial is set for July 21, 2025. 4:23-cr-00269-JSW, ECF No. 421.

City Defendants also intend to seek an extension of the fact discovery deadline from April 25 to May 29, 2025 unless the Group 1 Plaintiffs' claims are resolved via settlement conference this week. An extension of the Group 1 fact discovery deadline is appropriate because depositions still need to be conducted for all Group 1 Plaintiffs, Defendants, and witnesses.

**B.  Status of Newly Added Defendants**

The following newly added defendants have waived service: James Stenger and Casey Brogdon.

The following newly added defendants are yet to be served but have appeared in the City Defendants' Answer to the Fourth Amended Consolidated Complaint (Dkt. No. 324): Rick Hoffman, Constantine Kawalya, Ryan Duff, Jacob King, Ashley Lundin, Gary Lowther, Kyle Smith, Robert Green, Jonathan Downie, Dustin Dibble, Kevin Tjahjadi, Steven Miller, Jimmy Wisecarver, John Fortner, Devin Eigard, Gustavo Jimenez, Daniel Navarrette, and Ryan McDonald.

Newly added Defendant James Stenger has brought a Rule 12(b)(6) motion that is set to be heard by the Court on May 22, 2025.

Newly added Defendant Brayton Milner has also brought a Rule 12(b)(6) motion that is set to be heard by the Court on May 1, 2025 (Dkt. No. 348).

The remaining newly added defendants who have yet to appear or be served are as follows: Jake Ewart, James Bedgood, Randall Gragg, and Matthew Koch.

### C. Update re Parties' Settlement Efforts.

#### *1. Settlement of Plaintiffs*

On March 25, 2025, the Parties engaged in a Mandatory Settlement Conference ("MSC") with Judge Laurel Beeler regarding the Plaintiffs – Marcell Lewis, Danyel Lacy, Gregorio Yarborough, and Kardell Smith. Lewis, Yarborough, and Smith all reached conditional and enforceable settlements on the record for specified amounts to be paid solely by the City and/or its insurers to the aforementioned plaintiffs that completely resolves all claims by Plaintiffs Marcell Lewis, Gregorio Yarborough, and Kardell Smith – against all defendants in this action – including but not limited to all Conspiracy claims brought by any plaintiffs against any and all defendants involved solely in the incidents at issue in Marcell Lewis, Gregorio Yarborough, and Kardell Smith's claims, including those newly named in the Fourth Amended Consolidated Complaint. [*See* Dkt. 356.] The parties also agreed on a settlement amount for Plaintiff Lacy, which must still be finalized by Lacy.

On March 27, 2025, the Parties engaged in a Mandatory Settlement Conference ("MSC") with Judge Laurel Beeler regarding the Plaintiffs – Joshua Butler, Adam Carpenter, and Dreshawn Jackson. Butler and Carpenter reached conditional and enforceable settlements on the record for specified amounts to be paid solely by the City and/or its insurers to both of the aforementioned plaintiffs that completely resolves all claims by Plaintiffs Joshua Butler and Adam Carpenter – against all defendants in this action – including but not limited to all Conspiracy claims brought by any plaintiffs against any and all defendants involved solely in the incidents at issue in Joshua Butler and Adam Carpenter's claims, including those newly named in the Fourth Amended Consolidated Complaint. [*See* Dkt. 366.]

Written settlement agreements have been circulated for signature, with such signatures expected. Once completed, requests for dismissal of the individual defendants no longer involved in the remaining claims will be filed with the Court. Based on the settlement agreements to date, this will include Defendants Daniel Navarette, Ryan Duff, Ryan Geis, Gustavo Jimenez, Jacob King, Ashley Lundin, Jonathan Downie, Brayton Milner, and Kyle Hill. Once Plaintiff Lacy finalizes his settlement, this will also include Defendants Jake Ewart and James Bedgood.

The parties have scheduled three further MSCs with Judge Beeler, set to take place on April 1, 2025, April 2, 2025, and April 3, 2025. The focus of these conferences will be the remaining Plaintiffs: Dreshawn Jackson, Jamari Allen, Quincy Mason, Shagoofa Khan, Terry Robinson, Jr., Terryonn Pugh, and Trent Allen. Additionally, on April 2, 2025, and April 3, 2025, the Parties will discuss Plaintiffs' *Monell* claims and injunctive relief.

DATED: March 31, 2025

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: *./s/ Austin L. Tridente*

TONY M. SAIN
TORI L. N. BAKKEN
ABIGAIL J.R. McLAUGHLIN
AUSTIN L. TRIDENTE
Attorneys for Defendants,
TAMMANY BROOKS, FMR. CHIEF TONY MOREFIELD, FMR. CHIEF STEVEN FORD, CPL. SCOTT DUGGAR, OFCR. TOM LENDERMAN, SGT. LOREN BLEDSOE, OFCR. THOMAS SMITH, OFCR. ROBERT GERBER, OFCR. KYLE HILL, OFCR. RYAN GEIS, SGT. RICK HOFFMAN, JONATHAN ADAMS, CONSTANTINE KAWALYA, RYAN DUFF, JACOB KING, ASHLEY LUNDIN, GARY LOWTHER, KYLE SMITH, ROBERT GREEN, JONATHAN DOWNIE, DUSTIN DIBBLE, KEVIN TJAHJADI, STEVEN MILLER, JIMMY WISECARVER, JOHN FORTNER, DANIEL NAVARETTE, RYAN MCDONALD ("City Defendants")

DATED: March 31, 2025

By: ______________________

CARMELA CARAMAGNO
Attorneys for Plaintiff,
TERRYONN PUGH



DATED: March 31, 2025

BURRIS NISENBAUM CURRY & LACY, LLP

By: */s/ Krithi Basu*

JOHN BURRIS
BEN NISENBAUM
JAMES COOK
KATHERINE MACELHINEY
KRITHI BASU
Attorneys for Plaintiffs,
TRENT ALLEN, SHAGOOFA KHAN, ADAM CARPENTER, JOSHUA BUTLER, DEJON RICHARDS, DRESHAWN JACKSON, KARDELL SMITH, DAVID MACKIN, TERRY DWAYNE ROBINSON, JR., MANDINGO CAIN, AMADEO GARCIA, JR., ARON TYSON, DAUNTE GELLINGTON, ROBERT YOUNG, TERRY THOMAS, SHAQUILLE HILLARD, DANYEL EARL LACY, MARCELL LEWIS, GREGORIO YARBOROUGH, QUINCY MASON, TAHJAY MCCULLOUGH

DATED: March 31, 2025

RIDLEY MASTER

By:

TODD H. MASTER
SHANGYAYI LIU
Attorneys for Defendant,
MORTEZA AMIRI

DATED: March 31, 2025

LONGYEAR & LAVRA

By: */s/ Nicole M. Cahill*

VAN LONGYEAR
NICOLE M. CAHILL
Attorneys for Defendant,
JOSHUA EVANS

DATED: March 31, 2025

COLLINS & COLLINS

By: */s/ Robert C. Leiford III*
MICHAEL WRONIAK
ROBERT C. LEIFORD III
Attorneys for Defendant,
AARON HUGHES

DATED: March 31, 2025

McNAMARA, AMBACHER, WHEELER, HIRSIG, & GRAY

By: ______________________
NOAH BLECHMAN
Attorneys for Defendant,
TIMOTHY MANLY WILLIAMS

DATED: March 31, 2025

LITIGATION ENGINEERED

By: */s/ Chester Walls*
CHESTER WALLS
Attorneys for Defendant,
MATTHEW NUTT

DATED: March 31, 2025

DAVIS BENGSTON & YOUNG

By: */s/ Steven B. Dippell*
STEVEN B. DIPPELL
Attorneys for Defendant,
JAMES STENGER

DATED: March 31, 2025

CMTR LAW

By: */s/ John Robinson*
JOHN ROBINSON
EDWARD VIEIRA-DUCEY
Attorneys for Defendant,
BRAYTON MILNER

DATED: March 31, 2025

AGHW LAW

By: */s/ Dale Allen*
DALE ALLEN
Attorneys for Defendant,
ERIC ROMBOUGH

DATED: March 31, 2025

RIVERA HEWITT PAUL

By: */s/ Wendy Motooka*
JONATHAN PAUL
WENDY MOTOOKA
Attorneys for Defendant,
DEVON WENGER

DATED: March 31, 2025

CLAPP, MORONEY, VUCINICH, BEEMAN & SCHELEY

*/s/ Kenny C. Park*
JEFFREY VUCINICH
KENNY C. PARK
Attorneys for Defendant,
JOHN RAMIREZ

**FEDERAL COURT PROOF OF SERVICE**
ALLEN, et al. v. CITY OF ANTIOCH, et al. LBBS File No: #55035.3
USDC/Northern District Case No. 3:23-cv-01895-VC

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On March 31, 2025, I served the following document(s): JOINT FURTHER CASE MANAGEMENT STATEMENT

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on March 31, 2025, at Los Angeles, California.

/s/ Austin L. Tridente
Austin L. Tridente

**SERVICE LIST**
**ALLEN, et al. v. CITY OF ANTIOCH, et al. LBBS File No: #55035.3**
**USDC/Northern District Case No. 3:23-cv-01895-VC**
**[Consolidated with ROBINSON, et al. Case No. 23-cv-03773-SI and 3:23-cv-06573-VC]**

| | |
|---|---|
| John L. Burris, Esq.<br>Benjamin Nisenbaum, Esq.<br>James Cook, Esq.<br>Katherine MacElihiney, Esq.<br>Crystal Mackey, Esq.<br>Krithi Basu, Esq.<br>LAW OFFICES OF BURRIS, NISENBAUM, CURRY, & LACY<br>Airport Corporate Centre<br>7677 Oakport Street, Suite 1120<br>Oakland, CA  94621<br>Tel: (510) 839-5200<br>Fax: (510) 839-3882<br>john.burris@johnburrislaw.com<br>bnisenbaum@gmail.com<br>james.cook@johnburrislaw.com<br>Katherine@bncllaw.com<br>crystal.mackey@johnburrislaw.com<br>krithi.basu@bncllaw.com | **ATTORNEYS FOR PLAINTIFFS:**<br>**TRENT ALLEN, SHAGOOFA KHAN, ADAM CARPENTER, JOSHUA BUTLER, DEJON RICHARDS, DRESHAWN JACKSON, KARDELL SMITH, DAVID MACKIN, AMADEO GARCIA, ARON TYSON, DAUNTE GELLINGTON, DIEGO SAVALA, MANDINGO CAIN, ROBERT YOUNG, TERRY ROBINSON, TERRY THOMAS,** |
| Dale Allen, Esq.<br>Matthew Matejcek<br>ALLEN, GLAESSNER, HAZELWOOD, & WERTH LLP<br>180 Montgomery Street, Suite 1200<br>San Francisco, CA 94104<br>Tel: (415) 697-2000<br>Fax: (415) 813-2045<br>DAllen@aghwlaw.com;<br>tcostes@aghwlaw.com;<br>erodas@aghwlaw.com | **ATTORNEYS FOR DEFENDANT:**<br>**ERIC ROMBOUGH** |
| Noah Blechman<br>John Swafford<br>Sabrina Ahia<br>McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP<br>3480 Buskirk Avenue, Suite 250<br>Pleasant Hill, CA 94523<br>Tel: (925) 939-5330<br>Fax: (925) 939-0203<br>noah.blechman@mcnamaralaw.com;<br>John.Swafford@mcnamaralaw.com;<br>sabrina.ahia@mcnamaralaw.com | **ATTORNEYS FOR DEFENDANT:**<br>**TIMOTHY MANLY WILLIAMS** |

Todd Master
Shangyayi Liu
**RIDLEY♦ MASTER**
1900 O'Farrell Street, Suite 280
San Mateo, CA 94403
Tel: (650) 365-7715
Fax: (650) 364-2597
tmaster@hrmrlaw.com
sliu@hrmrlaw.com
fkelly@hrmrlaw.com

**ATTORNEYS FOR DEFENDANT: MORTEZA AMIRI**

John Robinson
Edward Viera-Ducey
**CASTILLO MORIARTY TRAN AND ROBINSON LLP**
75 Southgate Avenue
Daly City, CA 94015
Tel: (415) 213-4098
jrobinson@cmtrlaw.com;
evieira-ducey@cmtrlaw.com
kkarpenske@cmtrlaw.com

**ATTORNEYS FOR DEFENDANT: BRAYTON MILNER**

Jonathan Paul
Wendy Motooka
**RIVERA HEWITT PAUL LLP**
11341 Gold Express Drive, Suite 160
Gold River, CA 95670
Tel: (916) 922-1200
jpaul@rhplawyers.com;
wmotooka@rhplawyers.com;
mgreen@rhplawyers.com

**ATTORNEYS FOR DEFENDANT: DEVON WENGER**

Eric J. Bengtson, Esq.
Steven B. Dippell, Esq.
**DAVIS, BENGTSON & YOUNG, APLC**
1960 The Alameda, Suite 210
San Jose, CA 95126
Tel. (408) 261-4206 – direct line
Fax: (408) 985-1814 – fax
SDippell@dby-law.com;
eric@dby-law.com;
jheaton@dby-law.com
mnery@dby-law.com

**ATTORNEYS FOR DEFENDANT: JAMES STENGER**

Kenny C. Park, Esq.
Jeffrey M. Vucinich, Esq.
**CLAPP, MORONEY, VUCINICH, BEEMAN and SCHELEY**
A PROFESSIONAL CORPORATION
1730 S El Camino Real, Suite 500
San Mateo, CA 94402
Tel. (650) 989-5400
Fax. (650) 989-5499
JVucinich@clappmoroney.com;
kpark@clappmoroney.com
ruribe@clappmoroney.com

**ATTORNEYS FOR DEFENDANT: OFFICER JOHN RAMIREZ**

Nicole M. Cahill, Esq.
Van Longyear, Esq.
Ashley M. Calvillo, Essq.
**LONGYEAR & LAVRA, LLP**
555 University Avenue, Suite 280
Sacramento, CA 95825
Tel: (916) 974-8500
Fax: (916) 974-8510
longyear@longyearlaw.com
cahill@longyearlaw.com
calvillo@longyearlaw.com
gonzales@longyearlaw.com

**ATTORNEYS FOR DEFENDANT: JOSHUA EVANS**

Michael Wroniak, Esq.
Robert C. Leiford III, Esq.
Collins + Collins LLP
790 E Colorado Blvd., Suite 600
Pasadena, CA 91101
Tel: (626) 243-1100
Fax: (626) 243-1111
rleiford@ccllp.law
MWroniak@ccllp.law

**ATTORNEY FOR DEFENDANT: AARON HUGHES**

Chester E. Walls, Esq.
**Litigation Engineered**
1300 E. Shaw Avenue, Suite 125
Fresno, CA 93710
Mobile (559) 593-8707
Telephone (559) 221-2771 (Ext. 104)
Facsimile (559) 221-2775
cew@litg-engr.com;
drp@litg-engr.com

**ATTORNEY FOR DEFENDANT: MATTHEW NUTT**