JOHN L. BURRIS, Esq., SBN 69888
BENJAMIN NISENBAUM, Esq., SBN 222173
JAMES COOK, Esq., SBN 300212
KATHERINE MACELHINEY, Esq., SBN 355532
KRITHI BASU, Esq., SBN 359258
**Burris Nisenbaum Curry & Lacy, LLP**
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (844) 273-6873
John.Burris@bncllaw.com
Ben.Nisenbaum@bncllaw.com
James.Cook@bncllaw.com
Katherine@bncllaw.com
Krithi.Basu@bncllaw.com

Attorneys for Plaintiffs except TERRYONN PUGH

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENT ALLEN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF ANTIOCH, et al.,<br><br>　　　　Defendants. | CASE NO.: 3:23-cv-01895-VC<br>Consolidated with case nos.<br>23-cv-03773-VC and 3:23-cv-06573-VC<br><br>**STIPULATION AND ORDER REGARDING DEFENDANT ERIC ROMBOUGH'S NON-OPPOSITION TO PLAINTIFF TRENT ALLEN'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

## **STIPULATION**

In light of the admissions of Defendant Eric Rombough in his plea agreement to knowingly and willfully using excessive force against Plaintiff Trent Allen by kicking him in the head during his March 31, 2021 arrest, Defendant Eric Rombough and Plaintiff Trent Allen hereby agree to the following:

1 | There will be no opposition from Defendant Eric Rombough to Plaintiff Trent Allen's motion for partial summary judgment against Defendant Rombough and Doe Defendant Officers.

It is undisputed that Defendant Eric Rombough knowingly and willfully used excessive force against Plaintiff Trent Allen by unnecessarily and unjustifiably kicking him in the head during his March 31, 2021 arrest.

Plaintiff Trent Allen does not release his claim for injunctive relief against Defendant City of Antioch. In the event that Plaintiff Trent Allen and Defendant City of Antioch cannot reach an agreement on Plaintiffs' requested injunctive relief as set forth in the prayer for damages in Plaintiffs' operative Fourth Amended Consolidated Complaint, Plaintiff Trent Allen has established the predicate finding of a violation of 42 U.S.C. § 1983 through the excessive use of force by an officer of the City of Antioch against Plaintiff for a trial on the merits of Plaintiff's *Monell* claim. As such, Plaintiff reserves the right to move for trial if the Parties' settlement discussions do not resolve the *Monell* claim and Plaintiff's requested injunctive relief. The Parties will set aside $1 in nominal damages from Plaintiff Trent Allen's settlement with the City of Antioch from the underlying subject-incident use of force for Plaintiff Trent Allen's Fourth Amendment excessive force claim under 42 U.S.C. § 1983, as further set forth in that settlement agreement.

IT IS SO STIPULATED.

DATED: April 4, 2025

**BURRIS NISENBAUM CURRY & LACY LLP**

/s/ *Ben Nisenbaum*
Benjamin Nisenbaum
John L. Burris
James Cook
Katherine MacElhiney
Krithi Basu
Attorneys for Plaintiffs except Terryonn Pugh

**ALLEN, GLAESSNER, HAZELWOOD, & WERTH LLP**

/s/ *Dale Allen*
Dale Allen
Kelsey Moe
Attorneys for Defendant Eric Rombough

# ORDER

THE COURT HEREBY FINDS, pursuant to the foregoing stipulation and Plaintiff Trent Allen's pending Motion for Partial Summary Judgment Against Defendant Rombough:

1. Defendant Rombough violated Plaintiff Trent Allen's rights under the Fourth Amendment to the United State Constitution by using excessive force against him during the March 31, 2021 subject-incident arrest, in violation of 42 U.S.C. § 1983;

2. For purposes of Plaintiff Trent Allen's Fourteenth Amendment *Monell* claim against Defendant CITY, and its associated request for injunctive relief against Defendant CITY, the foregoing findings satisfy the predicate findings of a violation of 42 U.S.C. § 1983 for a trial on the merits of Plaintiff Trent Allen's *Monell* claim. The Court orders that $1.00 of Plaintiff Trent Allen's settlement with Defendant CITY for violation of the underlying excessive force claim against an officer of Defendant CITY be set aside as nominal damages for Plaintiff Trent Allen's *Monell* cause of action against Defendant CITY.

**IT IS SO ORDERED.**

Dated: _____           _____
                                     Hon. Vince Chhabria
                                     UNITED STATES DISTRICT JUDGE