Alison Berry Wilkinson (SBN 135890)
Messing, Adam, Jasmine & Shore LLP
165 North Redwood Drive, Suite 206
San Rafael, California
Telephone:  (415) 266-1822
Facsimile:   (877) 259.3762
Email: alison@majlabor.com

Attorneys for Defendants
DEVIN EIGARD, GUSTAVO JIMENEZ, and DANIEL HARRIS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENT ALLEN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF ANTIOCH, et al. <br><br> Defendants. | Case No. 3:23-cv-01895-VC <br><br> STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT DANIEL HARRIS, WITH PREJUDICE <br><br> Hon. Vince Chhabria |

Counsel for Plaintiff ARON TYSON, and Counsel for Defendant DANIEL HARRIS, respectfully submit the following stipulation and proposed order to dismiss all claims against Defendant HARRIS, with prejudice.

WHEREAS Defendant HARRIS first appeared as a named defendant in the First Amended Consolidated Complaint for Damages (ECF 112), and has continued as a named defendant in each subsequent amended complaint (ECF 213 [Second Amended Consolidated Complaint For Damages]; ECF 225 [Third Amended Consolidated Complaint For Damages]; and ECF 315 [Fourth Amended Consolidated Complaint for Damages]) but has never been formally served;

WHERAS upon Defendant HARRIS's counsel being informally provided a copy of the Fourth Amended Consolidated Complaint for Damages (ECF 225) by Defendant CITY OF ANTIOCH, she appeared on his behalf in this action (ECF 346) but has not waived service of process;

1

STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT DANIEL HARRIS, WITH PREJUDICE
*Allen, et al. v. City of Antioch, et al.., USDC Case No. 3:23-cv-01895-VC*

1   WHEREAS Defendant HARRIS is a named defendant only with regard to the causes of action brought by Plaintiff ARON TYSON;

   WHEREAS all claims made by Plaintiff TYSON against all defendants were settled on February 20, 2025;

   WHEREAS Plaintiff TYSON signed the Settlement Agreement and General Release of All Claims on February 24, 2025;

   THE PARTIES HEREBY STIPULATE to dismiss ARON TYSON's claims against Defendant DANIEL HARRIS with prejudice, with all parties bearing their own fees and costs.

Dated: April 7, 2025            Respectfully submitted,

                                BURRIS NISENBAUM CURRY & LACY LLP

                                By     /s/ Benjamin Nisenbaum
                                Benjamin Nisenbaum
                                John L. Burris
                                James Cook
                                Katherine MacElhiney
                                Attorneys for Plaintiffs excluding Pugh


Dated: April 7, 2025            Respectfully submitted,

                                Messing, Adam, Jasmine & Shore LLP

                                By     /s/ *Alison Berry Wilkinson*
                                ALISON BERRY WILKINSON
                                Attorneys for Defendants EIGARD, HARRIS, and JIMENEZ


### [PROPOSED] ORDER

IT IS HEREBY ORDERED THAT Defendant DANIEL HARRIS is hereby dismissed from this entire action, with prejudice, with each party to bear their own costs and attorneys' fees.


Dated: April 9, 2025            _____
                                Hon. Vince Chhabria
                                United States District Court Judge

2

STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT DANIEL HARRIS, WITH PREJUDICE
*Allen, et al. v. City of Antioch, et al.., USDC Case No. 3:23-cv-01895-VC*