1  JOHN L. BURRIS, Esq., SBN 69888
   BENJAMIN NISENBAUM, Esq., SBN 222173
2  JAMES COOK, Esq., SBN 300212
   KATHERINE MACELHINEY, Esq., SBN 355532
3  KRITHI BASU, Esq., SBN 359258
4  **Burris Nisenbaum Curry & Lacy, LLP**
   7677 Oakport Street, Suite 1120
5  Oakland, California 94621
   Telephone: (510) 839-5200
6  Facsimile: (510) 839-3882
7  John.Burris@bncllaw.com
   Ben.Nisenbaum@bncllaw.com
8  James.Cook@bncllaw.com
   Katherine@bncllaw.com
9  Krithi.Basu@bncllaw.com
   Attorneys for Plaintiffs except for Mr. Pugh
10

11
               UNITED STATES DISTRICT COURT
12           FOR THE NORTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| TRENT ALLEN, et al., | CASE NO.: 3:23-cv-01895-VC |
| Plaintiffs, | **NOTICE OF DISMISSAL AND [PROPOSED] ORDER DISMISSING DEFENDANTS MATTHEW NUTT; JOSH EVANS; MORTEZA AMIRI; SCOTT DUGGAR; JOHN RAMIREZ; TIMOTHY MANLY WILLIAMS; TOM LENDERMAN; LOREN BLEDSOE; THOMAS SMITH; JONATHAN ADAMS; DEVON WENGER; DANIEL HARRIS; ROBERT GERBER; KYLE HILL; BROCK MARCOTTE; AARON HUGHES; RYAN GEIS; RICK HOFFMAN; JOHN FORTNER; BRAYTON MILNER; DEVIN EIGARD; CONSTANTINE KAWALYA; RYAN DUFF; JACOB KING; GUSTAVO JIMENEZ; ASHLEY LUNDIN; GARY LOWTHER; DUSTIN DIBBLE; KYLE SMITH; JAKE EWART; JAMES BEDGOOD; ROBERT GREEN; JAMES STENGER; RANDALL GRAGG; KEVIN TJAHJADI; RYAN MCDONALD;** |
| v. | |
| CITY OF ANTIOCH, et al., | |
| Defendants. | |

|  | **MATTHEW KOCH; DANIEL NAVARETTE; CASEY BROGDON; JONATHAN DOWNIE; STEVEN MILLER; and OFFICER MOORE** |
|---|---|
|  | Hon. Vince Chhabria |

Whereas, the parties came to settlement terms regarding individual Defendant Officers MATTHEW NUTT; JOSH EVANS; MORTEZA AMIRI; SCOTT DUGGAR; JOHN RAMIREZ; TIMOTHY MANLY WILLIAMS; TOM LENDERMAN; LOREN BLEDSOE; THOMAS SMITH; JONATHAN ADAMS; DEVON WENGER; DANIEL HARRIS; ROBERT GERBER; KYLE HILL; BROCK MARCOTTE; AARON HUGHES; RYAN GEIS; RICK HOFFMAN; JOHN FORTNER; BRAYTON MILNER; DEVIN EIGARD; CONSTANTINE KAWALYA; RYAN DUFF; JACOB KING; GUSTAVO JIMENEZ; ASHLEY LUNDIN; GARY LOWTHER; DUSTIN DIBBLE; KYLE SMITH; JAKE EWART; JAMES BEDGOOD; ROBERT GREEN; JAMES STENGER; RANDALL GRAGG; KEVIN TJAHJADI; RYAN MCDONALD; MATTHEW KOCH; DANIEL NAVARETTE; CASEY BROGDON; JONATHAN DOWNIE; STEVEN MILLER; and OFFICER MOORE, Counsel for Plaintiffs, Counsel for each and every individual Defendant Officer named herein, and Counsel for Defendant CITY OF ANTIOCH respectfully submit the following stipulation and proposed order to dismiss.

The Plaintiffs move to DISMISS Defendant Officers MATTHEW NUTT; JOSH EVANS; MORTEZA AMIRI; SCOTT DUGGAR; JOHN RAMIREZ; TIMOTHY MANLY WILLIAMS; TOM LENDERMAN; LOREN BLEDSOE; THOMAS SMITH; JONATHAN ADAMS; DEVON WENGER; DANIEL HARRIS; ROBERT GERBER; KYLE HILL; BROCK MARCOTTE; AARON HUGHES; RYAN GEIS; RICK HOFFMAN; JOHN FORTNER; BRAYTON MILNER; DEVIN EIGARD; CONSTANTINE KAWALYA; RYAN DUFF; JACOB KING; GUSTAVO

- 3 -

JIMENEZ; ASHLEY LUNDIN; GARY LOWTHER; DUSTIN DIBBLE; KYLE SMITH; JAKE EWART; JAMES BEDGOOD; ROBERT GREEN; JAMES STENGER; RANDALL GRAGG; KEVIN TJAHJADI; RYAN MCDONALD; MATTHEW KOCH; DANIEL NAVARETTE; CASEY BROGDON; JONATHAN DOWNIE; STEVEN MILLER; and OFFICER MOORE; with prejudice, from each and every Plaintiff's individual claims against the individually-named Defendant Officers.

      All Plaintiffs' common Section 1983 claim for *Monell* against Defendant CITY OF ANTIOCH, and Plaintiff Trent Allen's stipulated judgment against Defendants ROMBOUGH and CITY OF ANTIOCH remain, with all parties bearing their own fees and costs on the individual, non-*Monell* components of said claims to be dismissed.

Respectfully submitted,

DATED: September 10, 2025      **BURRIS NISENBAUM CURRY & LACY LLP**

      /s/ *John L. Burris*
      John L. Burris
      Benjamin Nisenbaum
      James Cook
      Katherine MacElhiney
      Krithi Basu
      Attorneys for Plaintiffs
      except for Mr. Terryonn Pugh

### [Proposed] ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the stipulation of the parties, and with good cause appearing, **IT IS HEREBY [ORDERED** / NOT ORDERED] that the individual claims brought by Plaintiffs against Defendant Officers MATTHEW NUTT; JOSH EVANS; MORTEZA AMIRI; SCOTT DUGGAR; JOHN RAMIREZ; TIMOTHY MANLY WILLIAMS; TOM LENDERMAN; LOREN BLEDSOE; THOMAS SMITH; JONATHAN ADAMS; DEVON WENGER; DANIEL HARRIS; ROBERT GERBER; KYLE HILL; BROCK MARCOTTE; AARON HUGHES; RYAN GEIS; RICK HOFFMAN; JOHN FORTNER; BRAYTON MILNER; DEVIN EIGARD; CONSTANTINE KAWALYA; RYAN DUFF; JACOB KING; GUSTAVO JIMENEZ; ASHLEY LUNDIN; GARY LOWTHER; DUSTIN DIBBLE; KYLE SMITH; JAKE EWART; JAMES BEDGOOD; ROBERT GREEN; JAMES STENGER; RANDALL GRAGG; KEVIN TJAHJADI; RYAN MCDONALD; MATTHEW KOCH; DANIEL NAVARETTE; CASEY BROGDON; JONATHAN DOWNIE; STEVEN MILLER; and OFFICER MOORE in this matter be DISMISSED WITH PREJUDICE.

Plaintiffs' common cause of action against CITY OF ANTIOCH, and Trent Allen's stipulated judgment against Defendant ROMBOUGH and CITY OF ANTIOCH remain, with Plaintiffs and Defendants each bearing their own attorneys' fees and costs till this point on the individual, non-*Monell* components of said claims to be dismissed.

**IT IS SO ORDERED.**

DATED: _____          _____
                                                                                    Honorable Judge Vince Chhabria
                                                                                    United States District Judge