JOHN L. BURRIS, Esq., SBN 69888
BENJAMIN NISENBAUM, Esq., SBN 222173
JAMES COOK, Esq., SBN 300212
KATHERINE MACELHINEY, Esq., SBN 355532
KRITHI BASU, Esq., SBN 359258
**Burris Nisenbaum Curry & Lacy, LLP**
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
John.Burris@bncllaw.com
Ben.Nisenbaum@bncllaw.com
James.Cook@bncllaw.com
Katherine@bncllaw.com
Krithi.Basu@bncllaw.com

Attorneys for Plaintiffs except for Mr. Terryonn Pugh

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENT ALLEN, et al.,<br><br>                Plaintiffs,<br><br>        v.<br><br>CITY OF ANTIOCH, et al.,<br><br>                Defendants. | CASE NO.: 3:23-cv-01895-VC<br>Consolidated with case nos.<br>23-cv-03773-VC and 3:23-cv-06573-VC<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE MOTION FOR ENTRY OF JUDGMENT**<br><br>**Hon. Vince Chabbria** |

   Plaintiffs and Defendant CITY OF ANTIOCH, by and through their counsel of record, hereby represent to the Court and stipulate as follows:

   1. The Parties signed and executed their negotiated settlement agreement in December 2025 after obtaining approval from the Antioch City Council. The agreement contemplated some continued Court involvement, primarily for purposes of dispute resolution.

2. During the February 4, 2026, case management conference, the Court expressed concerns that the agreement may raise federalism and separation of powers issues. The Court thereafter ordered Plaintiffs to file a motion for entry of judgment to address these points. *See* Dkt. No. 426.

3. In light of the Court's concerns, the Parties have agreed to amend the settlement agreement to avoid the Court's continued involvement in this matter. As explained in the Parties' joint status report (Dkt. No. 427), the Parties are in the process of updating the pertinent provisions and obtaining the necessary approval. Accordingly, the Parties respectfully make their ***first request*** for an extension to the deadline to file the motion for entry of judgment by 30 days, to March 23, 2026.

IT IS SO STIPULATED AND AGREED.

DATED: February 20, 2026

**BURRIS NISENBAUM CURRY & LACY, LLP**

*/s/ Krithi Basu*
John Burris
Benjamin Nisenbaum
James Cook
Katherine Ann MacElhiney
Krithi Basu

Attorneys for Plaintiffs,
TRENT ALLEN, SHAGOOFA KHAN, ADAM CARPENTER, JOSHUA BUTLER, DEJON RICHARDS, DRESHAWN JACKSON, KARDELL SMITH, DAVID MACKIN, TERRY DWAYNE ROBINSON, JR., MANDINGO CAIN, AMADEO GARCIA, JR., ARON TYSON, DAUNTE GELLINGTON, ROBERT YOUNG, TERRY THOMAS, SHAQUILLE HILLARD, DANYEL EARL LACY, KAYCEE SUITTER, MARCELL LEWIS, GREGORIO YARBOROUGH, QUINCY MASON, Q.M., Q.A.M., TEHJAY MCCULLOUGH, and JAMARI ALLEN

|   |   |
|---|---|
| 1 | **MCDOWALL COTTER, APC** |
| 2 | */s/ Ernesto Sanchez* |
| 3 | David S. Rosenbaum |
|   | Jennifer A. Emmaneel |
| 4 | Ernesto Sanchez |

Attorneys for Defendants,
CITY OF ANTIOCH, STEVEN MILLER, JONATHAN DOWNIE, DANIEL NAVARRETTE, RYAN MCDONALD, KEVIN TJAHJADI, ROBERT GREEN, KYLE SMITH, DUSTIN DIBBLE, GARY LOWTHER, ASHLEY LUNDIN, JACOB KING, RYAN DUFF, CONSTANTINE KAWALYA, JOHN FORTNER, JIMMY WISECARVER, RICK HOFFMAN, RYAN GEIS, KYLE HILL, ROBERT GERBER, JONATHAN ADAMS, THOMAS SMITH, LOREN BLEDSOE, TOM LENDERMAN, SCOTT DUGGAR, STEVEN FORD, TONY MOREFIELD, and TAMMANY BROOKS

**ATTORNEY ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document, or have been authorized by counsel to show their signature on this document as /s/.

Dated: February 20, 2026                By: */s/ Krithi Basu*
                                              Krithi Basu

**PROPOSED ORDER**

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED**:

The deadline to file the motion for entry of judgment in this matter is extended to March 23, 2026.

IT IS SO ORDERED.

DATED: _____

                                                Honorable Vince Chabbria
United States District Judge

**STIPULATION TO EXTEND DEADLINE TO FILE MOTION FOR ENTRY OF JUDGMENT**
*Allen, et al. v. City of Antioch, et al.*